IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>MEDIMMUNE, LLC,<br>BIOGEN IDEC, INC., AND<br>ALEXION PHARMACEUTICALS, INC.,<br><br>*Defendants*. | Civil Action No. [_____] |

**Plaintiff's Fed. R. Civ. P. 7.1 Disclosure Statement**

Pursuant to Federal Rule of Civil Procedure 7.1, Novartis Vaccines and Diagnostics Inc. ("Novartis V&D"), a Delaware corporation based in Massachusetts, hereby certifies that it is an indirect wholly-owned subsidiary of Novartis AG, a publicly held Swiss company. The parent companies of Novartis V&D are: Novartis Pharmaceuticals Corporation, a Delaware corporation based in New Jersey; Novartis Finance Corporation, a New York corporation; Novartis Corporation, a New York corporation; Novartis Holding AG, a Swiss company; Novartis Pharma AG, a Swiss company; and Novartis AG, a Swiss company. Novartis AG is the only publicly held company that owns ten percent or more of Novartis V&D.

Dated: January 26, 2011

                    */s/ Richard K. Herrmann*
                    Richard K. Herrmann (#405)
                    Mary B. Matterer (#2696)
                    Amy A. Quinlan (#3021)
                    Kenneth L. Dorsney (#3726)
                    MORRIS JAMES LLP
                    500 Delaware Avenue, Suite 1500
                    Wilmington, DE 19801
                    (302) 888-6800
                    rherrmann@morrisjames.com

                    *Attorneys for Plaintiff,*
                    *Novartis Vaccines & Diagnostics, Inc.*

Of Counsel:

Evan R. Chesler
David Greenwald
Teena-Ann V. Sankoorikal
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000