**ORIGINAL**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Delaware

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   i 1 - 8 4 |
| MEDIMMUNE, LLC, BIOGEN IDEC, INC. and ALEXION PHARMACEUTICALS, INC. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    MedImmune, LLC
    c/o Registered Agent - The Corporation Trust Company
    1209 Orange Street
    Wilmington, DE  19801

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Richard K. Herrmann
    Mary B. Matterer
    Morris James LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE  19801

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/28/2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Med Immune, LLC

was received by me on *(date)*  05/16/11 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Scott LaScala _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

The Corporation Trust Company _____ on *(date)* 05/16/11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date:  05/16/11 _____

*Server's signature*

Ryan McLaughlin
*Printed name and title*

1001 N. Jefferson Street Wilmington DE 19801
*Server's address*

Additional information regarding attempted service, etc: