**ORIGINAL**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 11-84 |
| MEDIMMUNE, LLC, BIOGEN IDEC, INC. and ALEXION PHARMACEUTICALS, INC. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Biogen Idec, Inc.
    c/o Registered Agent - Corporation Service Company
    2711 Centerville Road, Suite 400
    Wilmington, DE  19808

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard K. Herrmann
                                       Mary B. Matterer
                                       Morris James LLP
                                       500 Delaware Avenue, Suite 1500
                                       Wilmington, DE  19801

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/28/2011                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Biogen Idec, Inc
was received by me on *(date)* 5-16-11.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Dionne Miles, who is
designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company registered agent for Biogen Idec, Inc on *(date)* 5-16-11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 5-16-11

Kenneth G. Bernhardt
*Server's signature*

Ken Bernhardt    LEGAL COURIER
*Printed name and title*

Digital Legal, LLC
1001 N. Jefferson St. Ste. 100
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc: