IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORVARTIS VACCINES & DIAGNOSTICS, INC<br><br>    Plaintiff,<br><br>    v.<br><br>MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC.<br><br>    Defendants. | )<br>)<br>)<br>)   C.A. No. 11-cv-84 (SLR)<br>)<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff, Norvartis Vaccines & Diagnostics, Inc. ("Plaintiff"), and Defendant, Alexion Pharmaceuticals, Inc. ("Defendant"), subject to the Court's approval, hereby agree that Defendant shall have until July 6, 2011 to answer or otherwise respond to the Complaint.

Respectfully submitted,

MORRIS JAMES LLP

By:/s/Richard K. Herrmann
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware  19801
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750
rherrmann@morrisjames.com

*Counsel for Plaintiff Norvartis Vaccines & Diagnostics, Inc.*

DATED: May 27, 2011

FARNAN LLP

By:/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

*Counsel for Defendant Alexion Pharmaceuticals, Inc.*

SO ORDERED THIS ____ day of May, 2011.

                                                                                                                _____
                                                                                                                The Honorable Sue L. Robinson
                                                                                                                United States District Court Judge