# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 11-84-SLR <br><br> JURY TRIAL DEMANDED |

## STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff, Novartis Vaccines & Diagnostics, Inc. ("Plaintiff"), and Defendant, MedImmune, LLC ("Defendant"), subject to the Court's approval, hereby agree that Defendant shall have until July 6, 2011 to answer or otherwise respond to the Complaint.

Respectfully submitted,

MORRIS JAMES LLP

By: /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
rherrmann@morrisjames.com

*Counsel for Plaintiff Novartis Vaccines & Diagnostics, Inc.*

CONNOLLY, BOVE, LODGE & HUTZ LLP

By: /s/ Mary W. Bourke
Mary W. Bourke (#2356)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 888-6305
Facsimile: (302) 658-6514
mbourke@cblh.com

*Counsel for Defendant MedImmune, LLC*

**SO ORDERED** this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

4339536