## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORVARTIS VACCINES & DIAGNOSTICS, INC | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 11-cv-84 (SLR) |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| MEDIMMUNE, LLC, BIOGEN IDEC, INC., | ) | |
| AND ALEXION PHARMACEUTICALS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of Gerald J. Flattmann, Jr. and Christine Willgoos of Paul, Hastings, Janofsky &

Walker LLP to represent Alexion Pharmaceuticals, Inc. in this matter.

Respectfully submitted,

FARNAN LLP

By:/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

*Counsel for Defendant Alexion
Pharmaceuticals, Inc.*

DATED: June 3, 2011

SO ORDERED THIS ____ day of June, 2011.

_____
The Honorable Sue L. Robinson
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid _____ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted __X__ to the Clerk's Office upon the filing of this motion.

Gerald J. Flattmann, Jr.
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 E. 55th Street
First Floor
New York, NY 10022
(212) 318-6720
(212) 230-7720

Date: 5/31/11

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ____ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted __X__ to the Clerk's Office upon the filing of this motion.

Christine Willgoos
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 E. 55th Street
First Floor
New York, NY 10022
(212) 318-6673
(212) 230-7673

Date: 5/31/11