**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 11-84-SLR <br><br> JURY TRIAL DEMANDED |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff, Novartis Vaccines & Diagnostics, Inc. ("Plaintiff"), and Defendant Biogen IDEC, Inc. ("Defendant"), subject to the Court's approval, hereby agree that Defendant shall have until July 6, 2011 to answer or otherwise respond to the Complaint.

Respectfully submitted,

MORRIS JAMES LLP

*/s/ Richard K. Herrmann*
Richard K. Herrmann (DE Bar No. 405)
Mary B. Matterer (DE Bar No. 2696)
Kenneth L. Dorsney (DE Bar No. 3726)
500 Delaware Avenue, Suite 1500
Telephone: (302) 888-6800
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

*Attorneys for Plaintiff Novartis Vaccines&
& Diagnostics, Inc.*

SEITZ ROSS ARONSTAM &
MORITZ LLP

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (DE Bar. No. 2237)
100 S. West Street, Suite 400
Wilmington, DE 19801
Telephone: (302)576-1600)
cseitz@seitzross.com
\* Garrett Moritz not admitted in Delaware

*Attorneys for Defendant Biogen IDEC, Inc.*

{00001272/}

Dated:   June 3, 2011

**SO ORDERED,** this ___ day of June, 2011.

                                                                                                                                                                                                                       _____
                                                                                                                                                                                                                      United States District Court Judge

# CERTIFICATE OF SERVICE

I, Collins J. Seitz, Jr., Esq., hereby certify that on the 3rd day of June, 2011, a true copy of the foregoing **Stipulation and Order for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint** was electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filings to the following, and the document is available for viewing and downloading from CM/ECF:

Mary W. Bourke, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Brian E. Farnan
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801

Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Kenneth L. Dorsney, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (DE Bar No. 2237)
cseitz@seitzross.com