UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MEDIMMUNE, LLC,<br>BIOGEN IDEC, INC., AND<br>ALEXION PHARMACEUTICALS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 11-cv-0084-SLR<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT BIOGEN IDEC, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Defendant Biogen Idec Inc. states that it has no parent corporation and that no publicly held corporation owns 10 percent or more of its stock.

              Respectfully submitted,

              */s/ Collins J. Seitz, Jr.*
              Collins J Seitz Jr. (DE Bar No. 2237)
              SEITZ ROSS ARONSTAM & MORITZ LLP
              100 South West Street, Suite 400
              Wilmington DE 19801
              Telephone: (302) 576-1601
              Facsimile: (302) 576-1100
              cseitz@seitzross.com
              *Garrett B. Moritz not admitted in Delaware

              *Attorneys for Defendant Biogen Idec Inc.*

- 2 -

OF COUNSEL:

Donald R. Ware
dware@foleyhoag.com
Jeremy A. Younkin
jyounkin@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Phone: (617) 832-1000

July 6, 2011

## **CERTIFICATE OF SERVICE**

I, Collins J. Seitz, Jr, hereby certify that on the 6th day of July, 2011, a true copy of the foregoing **DEFENDANT BIOGEN IDEC, INC.'S RULE 7.1 DISCLOSURE STATEMENT** was electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filings to the following, and the document is available for viewing and downloading from CM/ECF.

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (DE Bar No. 2237)