IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MEDIMMUNE, LLC, et al., <br><br> Defendant. | C.A. No. 11-cv-84 (SLR) <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANT ALEXION'S MOTION TO DISMISS FOR IMPROPER JOINDER

Defendant Alexion Pharmaceuticals, Inc. ("Alexion") respectfully moves the Court to dismiss, or alternatively sever, Alexion from this action. This motion is brought pursuant to Federal Rules of Civil Procedure 20 and 21. The grounds for this motion are fully set forth in Defendant Alexion's accompanying Opening Brief.

Dated: July 6, 2011

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Joseph J. Farnan, III (Bar No. 3945)
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com

Gerald J. Flattmann, Jr. (admitted pro hac vice)
Christine Willgoos (admitted pro hac vice)
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 E. 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Attorneys for Defendant Alexion Pharmaceuticals, Inc.