## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC.,) Plaintiff, ) ) v. ) ) MEDIMMUNE, LLC, ) BIOGEN IDEC, INC., and ) ALEXION PHARMACEUTICALS, INC. ) Defendants. ) | | C.A. No.: 1:11-CV-84-SLR |

## DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1

MedImmune, LLC, by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

Plaintiff MedImmune, LLC states that its parent corporation is AstraZeneca Biotech AB, which is ultimately owned by AstraZeneca PLC, a publicly-held corporation. No other publicly-held corporation owns 10% or more of the stock of AstraZeneca Biotech AB or MedImmune, LLC.

Respectfully submitted,

Of Counsel:
Charles E. Lipsey
Finnegan, Henderson, Farabow, Garrett
& Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
Telephone: 571-203-2755

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

*Counsel for Defendant MedImmune, LLC*

1

Linda A. Wadler
Kakoli Caprihan
Marcus Kretzschmar
Finnegan, Henderson, Farabow, Garrett
& Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: 202-408-4037

Elliot M. Olstein
Carella, Byrne, Cecchi, Olstein, Brody
& Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973-994-1700

DATED:  July 7, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2011, I electronically filed a true and correct copy of **DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1** via CM/ECF and electronically mailed a copy to the below individuals:

*Novartis Vaccines & Diagnostics, Inc.*
Evan R. Chesler
David Greenwald
Teena-Ann V. Sankoorikal
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
echesler@cravath.com
dgreenwald@cravath.com
tsankoorikal@cravath.com

*Novartis Vaccines & Diagnostics, Inc.*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Kenneth L. Dorsney (#3726)
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

*Alexion Pharmaceuticals, Inc.*
Gerald J. Flattmann, Jr.
Christine Willgoos
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 E. 55th Street, 1st Floor
New York, NY 10022
geraldflattmann@paulhastings.com
christinewillgoos@paulhastings.com

*Alexion Pharmaceuticals, Inc.*
Brian E. Farnan (#4089)
Farnan LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com

*Biogen Idec, Inc.*
Donald R. Ware
Jeremy A. Younkin
Foley Hoag LLP
Seaport West
155 Seaport Blvd.
Boston, MA 02210-2600
dware@foleyhoag.com
jyounkin@foleyhoag.com

*Biogen Idec, Inc.*
Collins J. Seitz, Jr. (#2237)
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com

3

**CONNOLLY BOVE LODGE & HUTZ LLP**

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
mbourke@cblh.com

4386002