## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NOVARTIS VACCINES & DIAGNOSTICS, INC.,

     *Plaintiff*,

   v.

MEDIMMUNE, LLC,
BIOGEN IDEC, INC., AND
ALEXION PHARMACEUTICALS, INC.,

     *Defendants*.

**Civil Action No. 11-cv-84-SLR**

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

   Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Evan R. Chesler, David Greenwald, Larry A. Coury, and Joseph E. Lasher of CRAVATH, SWAINE & MOORE LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019-7475 to represent plaintiff Novartis Vaccines and Diagnostics, Inc. in this matter.

       */s/ Richard K. Herrmann*
       Richard K. Herrmann (#405)
       Mary B. Matterer (#2696)
       MORRIS JAMES LLP
       500 Delaware Avenue, Suite 1500
       Wilmington, DE 19801-1494
       (302) 888-6800
       rherrmann@morrisjames.com

       *Attorneys for Plaintiff,*
       *Novartis Vaccines & Diagnostics, Inc.*

Date:  July 14, 2011

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice*

of Evan R. Chesler, David Greenwald, Larry A. Coury, and Joseph E. Lasher is granted.


Dated: _____          _____

                                  Sue L. Robinson
                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Evan R. Chesler
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Dated: July 11, 2011

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

David Greenwald
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019-7475
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

Dated: July 11, 2011

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this

Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State

of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of

this Court for any alleged misconduct that occurs in the preparation or course of this action. I

also certify that I am generally familiar with this Court's Local Rules. In accordance with the

Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual

fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.


Larry A. Coury
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700


Dated: July 11, 2011

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Joseph E. Lasher
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019-7475
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

Dated: July 11, 2011