IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 11-cv-84 (SLR) |

## RULE 7.1 STATEMENT OF ALEXION PHARMACEUTICALS, INC.

Alexion Pharmaceuticals, Inc., by and through its undersigned counsel, sets forth the following information in accordance with Federal Rule of Civil Procedure 7.1:

Alexion Pharmaceuticals, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

FARNAN LLP

/s/ Brian E. Farnan
Joseph J. Farnan, III (Bar No. 3945)
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
jjfarnan@farnanlaw.com

Gerald J. Flattmann, Jr. (admitted *pro hac vice*)
Christine Willgoos (admitted *pro hac vice*)
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 E. 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Date: July 19, 2011

*Attorneys for Defendant Alexion Pharmaceuticals, Inc.*