**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

|  |  |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDIMMUNE, LLC, <br> BIOGEN IDEC, INC., AND <br> ALEXION PHARMACEUTICALS, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 11-cv-0084-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT BIOGEN IDEC INC.'S RESPONSE TO
ALEXION'S MOTION TO DISMISS FOR IMPROPER JOINDER**

Defendant Biogen Idec Inc. ("Biogen Idec") does not oppose the Motion to Dismiss for Improper Joinder filed by co-defendant Alexion Pharmaceuticals ("Alexion").

If this Court denies Alexion's request for dismissal but grants its alternate request for severance, Biogen Idec requests that the claim against it also be severed. In that event, Biogen Idec would not oppose consolidating this case with the severed cases for the pre-trial discovery and claim construction phases only.

If this Court denies Alexion's motion in its entirety at this time, Biogen Idec believes that it may be appropriate to revisit the issue of separate trials later in the case.

- 2 -

                      SEITZ ROSS ARONSTAM & MORITZ LLP

By: */s/ Collins J. Seitz, Jr.*
    Collins J Seitz Jr., Esquire (Bar No. 2237)
    100 South West Street, Suite 400
    Wilmington DE 19801
    Telephone:  (302) 576-1601
    Facsimile:  (302) 576-1100
    cseitz@seitzross.com
    *Garrett B. Moritz not admitted in Delaware

*Attorneys for Defendant Biogen Idec Inc.*

OF COUNSEL:

Donald R. Ware, Esquire
Jeremy A. Younkin, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts  02210
Phone:  (617) 832-1000


Dated:  July 20, 2011

- 3 -

## CERTIFICATE OF SERVICE

I, Collins J. Seitz, Jr, hereby certify that on the 20th day of July, 2011, a true copy of the foregoing Response to Alexion's Motion to Dismiss for Improper Joinder filed by Biogen Idec Inc. was electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filings to the following, and the document is available for viewing and downloading from CM/ECF.

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (DE Bar No. 2237)