IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC., <br><br> Defendant. | C.A. No. 11-cv-84 (SLR) <br><br> JURY TRIAL DEMANDED |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that the firm of Paul, Hastings, Janofsky & Walker LLP, co-counsel for Defendant Alexion Pharmaceuticals, Inc., is now known as Paul Hastings LLP.

Paul Hastings LLP is the successor in interest to Paul, Hastings, Janofsky & Walker LLP.

Dated: July 25, 2011

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Joseph J. Farnan, III (Bar No. 3945)
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com

*Attorneys for Defendant Alexion Pharmaceuticals, Inc.*