## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., | |
| *Plaintiff,* | |
| *v.* | Civil Action No. **1:11-CV-84-SLR** |
| MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC., | **JURY TRIAL DEMANDED** |
| *Defendants.* | |

### REPLY TO DEFENDANT MEDIMMUNE'S COUNTERCLAIMS

Plaintiff Novartis Vaccines & Diagnostics, Inc. ("Novartis V&D") for its reply to

the counterclaims of Defendant MedImmune, LLC ("MedImmune") upon knowledge as to

matters relating to itself and upon information and belief as all other matters, alleges as follows:

### COUNTERCLAIM FOR AFFIRMATIVE RELIEF

### PARTIES

1.      Upon information and belief, Novartis V&D admits the allegations of

paragraph 1.

2.      Novartis V&D admits the allegations of paragraph 2.

### JURISDICTIONAL AND VENUE

3.      Novartis V&D admits the allegations of paragraph 3.

4.      Novartis V&D admits the allegations of paragraph 4.

5.      Novartis V&D admits the allegations of paragraph 5.

## COUNTERCLAIM

6.      Novartis V&D admits the allegations of paragraph 6.

7.      Novartis V&D admits the allegations of paragraph 7.

8.      No response required.

9.      No response required.

10.     Novartis V&D denies the allegations of paragraph 10.


## AFFIRMATIVE DEFENSE TO COUNTERCLAIMS

Novartis V&D asserts the following affirmative defense:  MedImmune's counterclaim fails to state claims upon which relief can be granted.


## PRAYER FOR RELIEF

WHEREFORE, Novartis V&D respectfully requests the Court to enter a judgment:

A.  dismissing MedImmune's counterclaim in its entirety with prejudice, and

B.  granting any such additional relief the Court deems just and proper.

Dated: July 25, 2011

*/s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Plaintiff, Novartis Vaccines &*
*Diagnostics, Inc.*

Of Counsel:

Evan R. Chesler
David Greenwald
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000