# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MEDIMMUNE, LLC, <br> BIOGEN IDEC, INC., AND <br> ALEXION PHARMACEUTICALS, INC., <br><br> *Defendants*. | Civil Action No. 1:11-CV-84-SLR <br><br> **JURY TRIAL DEMANDED** |

## REPLY TO DEFENDANT ALEXION'S COUNTERCLAIMS

Plaintiff Novartis Vaccines & Diagnostics, Inc. ("Novartis V&D") for its reply to the counterclaims of Defendant Alexion Pharmaceuticals, Inc. ("Alexion") upon knowledge as to matters relating to itself and upon information and belief as all other matters, alleges as follows:

## COUNTERCLAIMS

1. Novartis V&D admits that Alexion has filed a declaratory judgment counterclaim seeking a declaration of noninfringement and invalidity of the '688 Patent, and as such, admits that the counterclaim would arise under 28 U.S.C. §§ 2201-2202 and 35 U.S.C. §§ 1 *et seq*.

2. Upon information and belief, Novartis V&D admits the allegations of paragraph 2.

3. Novartis V&D admits the allegations of paragraph 3.

4. Novartis V&D admits that the court has subject matter jurisdiction over the Counterclaim and that an actual and justiciable controversy exists between Novartis V&D

and Alexion regarding the '688 Patent. Novartis V&D denies any remaining allegations of this paragraph.

5. Novartis V&D admits that it is subject to personal jurisdiction in this Court.

6. Novartis V&D admits that venue is proper in this Court.

7. Novartis V&D admits the allegations of paragraph 7.

## COUNT I

### (Counterclaim of Noninfringement)

8. No response required.

9. Novartis V&D admits that an actual and justiciable controversy exists between Alexion and itself.

10. Novartis V&D denies the allegations of paragraph 10.

11. Novartis V&D denies the allegations of paragraph 11.

12. Novartis V&D denies the allegations of paragraph 12.

## COUNT II

### (Counterclaim of Patent Invalidity)

13. No response required.

14. Novartis V&D denies the allegations of paragraph 14.

15. Novartis V&D denies the allegations of paragraph 15.

## AFFIRMATIVE DEFENSE TO COUNTERCLAIMS

Novartis V&D asserts the following affirmative defense: Alexion's counterclaims fail to state claims upon which relief can be granted.

**PRAYER FOR RELIEF**

WHEREFORE, Novartis V&D respectfully requests the Court to enter a judgment:

A. dismissing Alexion's counterclaims in their entirety with prejudice, and

B. granting any such additional relief the Court deems just and proper.


Dated: July 25, 2011

      */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Plaintiff, Novartis Vaccines & Diagnostics, Inc.*

Of Counsel:

Evan R. Chesler
David Greenwald
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000