IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>MEDIMMUNE, LLC,<br>BIOGEN IDEC, INC., AND<br>ALEXION PHARMACEUTICALS, INC.,<br><br>*Defendants*. | Civil Action No. 1:11-CV-84-SLR<br><br>JURY TRIAL DEMANDED |

### REPLY TO DEFENDANT BIOGEN'S COUNTERCLAIMS

Plaintiff Novartis Vaccines & Diagnostics, Inc. ("Novartis V&D") for its reply to the counterclaims of Defendant Biogen Idec, Inc. ("Biogen") upon knowledge as to matters relating to itself and upon information and belief as all other matters, alleges as follows:

### COUNTERCLAIMS

1. Novartis V&D admits that Biogen seeks declarations that the '688 Patent is invalid and has not been infringed by Biogen.

### NATURE OF THE ACTION

2. Novartis V&D admits the allegations of paragraph 2.

### THE PARTIES

3. Upon information and belief, Novartis V&D admits the allegations of paragraph 3.

4. Novartis V&D admits the allegations of paragraph 4.

### JURISDICTIONAL STATEMENT

5. Novartis V&D admits the allegations of paragraph 5.

6. Novartis V&D admits the allegations of paragraph 6.

7. Novartis V&D admits that this Court has personal jurisdiction over it.

8. Novartis V&D admits the allegations of paragraph 8.

9. Novartis V&D admits the allegations of paragraph 9.

### FACTUAL BACKGROUND

10. Novartis V&D admits the allegations of paragraph 10.

11. Novartis V&D admits the allegations of paragraph 11.

### FIRST COUNT

#### (Counterclaim of Noninfringement)

12. No response required.

13. Novartis V&D admits the allegations of paragraph 13.

14. Novartis V&D admits the allegations of paragraph 14.

15. Novartis V&D denies the allegations of paragraph 15.

### SECOND COUNT

#### (Counterclaim of Invalidity)

16. No response required.

17. Novartis V&D admits the allegations of paragraph 17.

18. Novartis V&D denies the allegations of paragraph 18.

### AFFIRMATIVE DEFENSE TO COUNTERCLAIMS

Novartis V&D asserts the following affirmative defense: Biogen's counterclaims fail to state claims upon which relief can be granted.

**PRAYER FOR RELIEF**

WHEREFORE, Novartis V&D respectfully requests the Court to enter a judgment:

A. dismissing Biogen's counterclaims in their entirety with prejudice, and

B. granting any such additional relief the Court deems just and proper.

Dated: July 25, 2011

                          */s/ Richard K. Herrmann*
                          Richard K. Herrmann (#405)
                          MORRIS JAMES LLP
                          500 Delaware Avenue, Suite 1500
                          Wilmington, DE 19801
                          (302) 888-6800
                          rherrmann@morrisjames.com

                          *Attorneys for Plaintiff, Novartis Vaccines & Diagnostics, Inc.*

Of Counsel:

Evan R. Chesler
David Greenwald
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000