IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOVARTIS VACCINES & DIAGNOSTICS, INC.,

          *Plaintiff*,

          v.

MEDIMMUNE, LLC,
BIOGEN IDEC, INC., AND
ALEXION PHARMACEUTICALS, INC.,

          *Defendants*.

C.A. No. 11-CV-84 (SLR)

## DECLARATION OF JOSEPH E. LASHER

I, Joseph E. Lasher, declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted *pro hac vice* before this Court and an associate of the law firm of Cravath, Swaine & Moore LLP, counsel for plaintiff Novartis Vaccines & Diagnostics, Inc. ("Novartis") in this action.

2. I make this declaration in support of Novartis's Memorandum of Law in Opposition to Defendant Alexion's Motion to Dismiss for Improper Joinder, which is filed simultaneously herewith.

3. Attached hereto as Exhibit A is a true and correct copy of an article entitled "The GS Gene Expression System™ – the Cornerstone of Lonza's Mammalian Cell Culture Business," available at http://www.lonza.com/group/en/company/news/business_awareness.html (lasted visited July 22, 2011).

4. Attached hereto as Exhibit B is a true and correct copy of excerpts from a UBS Investment Research Report on Lonza Group AG, dated August 21, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

July 25, 2011

Joseph E. Lasher

# Ex. A

# Business*Awareness*

ISSUE 5 2009

## The GS Gene Expression System™ – the Cornerstone of Lonza's Mammalian Cell Culture Business



A biopharmaceutical or biological drug, by definition, is a drug produced by using biotechnology and its product types can range from large molecules such as antibodies and proteins, to much smaller moieties such as nucleic acids (RNA or DNA).

Lonza's Custom Manufacturing APIs (active pharmaceutical ingredients) division is particularly involved in the biopharmaceutical business segments that require cell culture and fermentation technologies using mammalian and/or microbial expression systems. Lonza's mammalian cell culture production sites are currently located in Slough (UK), Porriño (ES), Portsmouth NH (USA) and Tuas (Singapore). The latter will be online by 2010. Whereas Lonza's microbial fermentation sites are located at Kouřim (CZ), Visp (CH) and Hopkinton MA (USA).

The commercial success of biopharmaceuticals, particularly the therapeutic use of monoclonal antibodies (Mabs) for difficult-to-treat indications such as cancer and autoimmune diseases, has spurred the demand and development for economic and robust mammalian cell culture processes over the past two decades.

The market size of biopharmaceuticals is recorded at approximately USD 110 billion in 2008 (Evaluate Pharma, IMS data). The mammalian cell culture products sales are estimated at USD 64 billion out of the total biopharmaceutical market – in which 60% of these sales are generated from antibody based products.

The need to drive down production cost and to increase the efficiency of manufacturing processes have largely contributed to the vast improvements seen in

| Life Science Ingredients | Custom Manufacturing API's | Bioscience |
|---|---|---|
| Nutrition Ingredients | Development Services & Biologics R+D | Therapeutic Cell Solutions |
| Microbial Control | Chemical Manufacturing | Testing Solutions |
| Performance Intermediates | Biological Manufacturing | Research Solutions |



the productivity of cell culture processes, which have improved 200-fold in the last 15 years. Lonza, aligned with these industry needs, has long been at the forefront in establishing a reliable, predictable and robust platform towards high productivity.

For over a decade, the growth of Lonza's custom manufacturing services for mammalian cell culture has been largely driven by our proprietary technology — the GS Gene Expression System™ (GS: glutamine synthetase). The GS Gene Expression System™ came to Lonza through the acquisition of Celltech in 1996 (now Lonza's site in Slough, UK). Since then it has become the cornerstone of our mammalian cell culture business.

The GS Gene Expression System™, fully owned and licensed by Lonza, is used for the production of therapeutic recombinant proteins and monoclonal antibodies. Over 100 biotechnology and pharmaceutical companies and 75 academic laboratories worldwide have successfully used the GS Gene Expression System™ which has established itself as the industry standard. This system is characterized by its speed and ease of use.

The GS Gene Expression System™ has proven its commercial viability and is currently being used to make 7 licensed products, along with many others that are in the preclinical and clinical development. These licensed products are Zenapax™, Synagis®, Soliris®, three other non-disclosed monoclonal antibodies and a fusion protein.

Alongside the GS expression vectors the system also includes host cell lines suitable for use in manufacturing processes: NS0 (murine derived) and CHO (hamster derived). Of these, the CHO cell line predominates as an industrial production cell line. Since acquiring the GS Gene Expression System™, Lonza has put enormous effort into increasing the performance of its CHO cell line and improving its suitability for use as a production cell line. In 2002 the CHOK1SV variant, which is pre-adapted to suspension culture and chemically defined, animal component-free medium was released. CHOK1SV derived cell lines show improved productivity and growth compared to those derived from its parent CHOK1 and today CHOK1SV is the host cell line of choice for over one hundred global pharmaceutical and biopharmaceutical companies.

Together with the extensive know-how and experience built around the GS Gene Expression System™ for the creation of high yielding cell lines, Lonza has also developed platform production processes that take our customers through all development stages from the creation of a cell line to cGMP manufacturing. The platform processes are designed for high-yielding protein manufacturing and include cell line selection protocols, optimized biore-

### How the GS Gene Expression System™ Works

The GS Gene Expression System™ is based on the principle that cells have an absolute requirement for glutamine in order to survive, this glutamine must either come from the growth medium or be synthesised by the cell from glutamate and ammonium, using the enzyme glutamine synthetase (GS). The GS Gene Expression System™ works by providing the cell with this enzyme thus allowing it to grow in glutamine free medium.

actor processes through improved media and feeding strategies, improved product recovery and purification and are complemented by supporting analytical packages.

## Reinventing values with cell line engineering in mind

Lonza continues to strengthen and reinvent its proprietary technology in order to provide higher value, technologically advanced offerings with enhanced cost efficiency to customers. On 12 October 2009, Lonza and BioWa Inc unveiled POTELLIGENT® CHOK1SV, a new host cell line for manufacturing recombinant antibodies. The new cell line combines the power of BioWa's engineered glycosylation POTELLIGENT® Technology with the advantages of GS Gene Expression System™ and Lonza industry-leading cell line CHOK1SV.

The new cell line is a result of the successful collaboration between Lonza and Biowa and it is now available to customers either through our mammalian cell culture and process development services or through non-exclusive, three-way licensing.

The new product brings together cell line engineering (increased antibody potency) and manufacturability (high productivity cell line). The high productivity and enhanced antibody potency are expected to further drive production cost efficiency for an antibody based drug using POTELLIGENT® CHOK1SV. The primary use of POTELLIGENT® CHOK1SV antibodies will be in the treatment of cancer and certain autoimmune conditions. At present, anti-cancer antibodies make up more than 50% of all antibodies in development. There are several POTELLIGENT® antibodies currently in development and we have been receiving promising interest and uptake for the new cell line within the short time since its launch.

We work with passion using advanced technologies to transform life science into new possibilities for our customers. The GS Gene Expression System™ is one fine example of how Lonza's mission is implemented. By continuously strengthening and reinventing our proprietary technology, Lonza remains closely connected with our customers and show our enterprising and influential spirit while providing higher value, technologically advanced offerings with enhanced cost efficiency to our customers.



Figure 1: Increase of antibody affinity to the receptor (FcvRIIIa) will enhance ADCC activity. Whereby the ADCC mechanism will lead to the destruction of target cells (e.g. tumour cells) by the human immune system cells called natural killer (NK) cells.

## How POTELLIGENT® CHOK1SV works

It has been demonstrated that an antibody with a reduced fucose content exhibits much higher levels of antibody dependent cellular cytotoxicity (ADCC) activity compared to a normally fucosylated antibody. ADCC is one of the most important mechanisms by which an antibody can destroy its target cell (e.g. tumour cell) and is triggered by the antibody binding the target cell through its variable domains whilst the constant domains bind the receptor FcγRIII found on natural killer cells which are a part of the immune system. Antibodies without fucose have an increased affinity (ability to bind) for FcγRIII and so cause a much enhanced response. (See Figure 1)

Lonza entered a collaboration with BioWa to create a CHOK1SV cell line with the gene responsible for fucose addition (FUT-8) knocked out. The new POTELLIGENT® CHOK1SV cell line has demonstrated similar properties to the parental CHOK1SV cell line and has been shown to produce entirely fucose-free antibodies with the expected ADCC enhancement.



Lonza

# Ex. B

**UBS**

## UBS Investment Research
## Lonza Group AG

### Biosimilars cannot save the day

■ **Cutting estimates for 2010 and beyond; downgrading to Sell**
We downgrade Lonza to Sell from Neutral and cut our PT to CHF98 from CHF100 as we transfer lead coverage to our biotechnology team. We are cutting our forecasts to reflect a more challenging biopharma contract manufacturing market and the impact of the Teva biosimilars joint venture. We do not see Lonza achieving its EBIT growth guidance of 15-20% (UBS estimate 8%). Our 2009-11 EPS estimates are 9%, 24% and 26% below consensus.

■ **Biopharma markets are tougher; biosimilars not enough to compensate**
Yield improvements in protein drugs lead us to question the need for large fermenters, and in-house capacity is being expanded. Lonza's strategy is right – i.e. more smaller contracts, the biosimilars joint venture – but the structural change is too great. Biosimilars is valuable, but likely won't be profitable until 2015-16.

■ **We see exclusive synthesis recovering; bioscience is a growth opportunity**
By contrast, small molecule exclusive synthesis should benefit from more Pharma outsourcing and repositioning. Microbial demand is improving, and bioscience can grow strongly, with upside risk from custom manufacture of cell therapies.

■ **Valuation: DCF derived, supported by a sum-of-the-parts approach**
We reduce our 2009-11E EPS by 1.7%, 22.7% and 30.7%, respectively. Our DCF/VCAM-derived valuation, supported by a sum-of-the-parts approach, suggests fair value of CHF98/share. This target implies that the shares should trade on 17x PE, 7.5x adjusted EV/EBITDA and 1.8x adjusted EV/sales for c15% EBITA margins on our below-consensus 2010 estimates. We adjust our EV for the DCF-derived value we ascribe to the Teva JV (CHF1.35bn or CHF25.5 per share).

**Global Equity Research**

Switzerland

Biotechnology

| 12-month rating | **Sell** |
|---|---|
| | *Prior: Neutral* |
| **12m price target** | **CHF98.00/US$91.19** |
| | *Prior: CHF100.00/US$93.05* |
| **Price** | **CHF109.60/US$101.98** |

RIC: LONN.VX  BBG: LONN VX

**21 August 2009**

**Trading data (local/US$)**
| 52-wk range | CHF157.60-83.40/US$142.52-69.12 |
|---|---|
| Market cap. | CHF5.78bn/US$5.37bn |
| Shares o/s | 52.7m (REG ) |
| Free float | 96% |
| Avg. daily volume ('000) | 251 |
| Avg. daily value (CHFm) | 27.0 |

**Balance sheet data 12/09E**
| Shareholders' equity | CHF2.46bn |
|---|---|
| P/BV (UBS) | 2.3x |
| Net Cash (debt) | (CHF1.12bn) |

**Forecast returns**
| Forecast price appreciation | -10.6% |
|---|---|
| Forecast dividend yield | 1.6% |
| Forecast stock return | -9.0% |
| Market return assumption | 5.6% |
| Forecast excess return | -14.6% |

**EPS (UBS, CHF)**
| | 12/09E | | | 12/08 |
|---|---|---|---|---|
| | From | To | Cons. | Actual |
| H1 | 3.29 | 2.39 | - | 3.69 |
| H2E | 3.11 | 3.32 | - | 3.19 |
| 12/09E | 5.86 | 5.76 | 6.28 | |
| 12/10E | 7.41 | 5.73 | 7.77 | |

**Performance (CHF)**



*Source: UBS*

www.ubs.com/investmentresearch

| Highlights (CHFm) | 12/07 | 12/08 | 12/09E | 12/10E | 12/11E |
|---|---|---|---|---|---|
| Revenues | 2,730 | 2,937 | 2,773 | 2,959 | 3,097 |
| EBIT (UBS) | 395 | 441 | 402 | 431 | 478 |
| Net Income (UBS) | 287 | 328 | 289 | 302 | 337 |
| EPS (UBS, CHF) | 6.04 | 6.88 | 5.76 | 5.73 | 6.40 |
| Net DPS (UBS, CHF) | 1.75 | 1.75 | 1.75 | 1.75 | 1.95 |
| **Profitability & Valuation** | **5-yr hist av.** | **12/08** | **12/09E** | **12/10E** | **12/11E** |
| EBIT margin % | 12.3 | 15.0 | 14.5 | 14.6 | 15.5 |
| ROIC (EBIT) % | 9.2 | 10.3 | 8.6 | 8.8 | 9.5 |
| EV/EBITDA (core) x | 10.4 | 11.5 | 9.0 | 8.2 | 7.5 |
| PE (UBS) x | 19.2 | 19.0 | 19.0 | 19.1 | 17.1 |
| Net dividend yield % | 1.8 | 1.3 | 1.6 | 1.6 | 1.8 |

*Source: Company accounts, Thomson Financial, UBS estimates. (UBS) valuations are stated before goodwill, exceptionals and other special items.*
*Valuations: based on an average share price that year, (E): based on a share price of CHF109.60 on 19 Aug 2009 21:38 BST*

**Martin Wales, PhD**
Analyst
martin.wales@ubs.com
+44-20-7568 8428

**Thomas Gilbert**
Analyst
thomas.gilbert@ubs.com
+41-44-23 91643

**Guillaume van Renterghem**
Analyst
guillaume.van-renterghem@ubs.com
+44-20-7568 2067

**This report has been prepared by UBS Limited**
**ANALYST CERTIFICATION AND REQUIRED DISCLOSURES BEGIN ON PAGE 83.**
UBS does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**Lonza Group AG**   21 August 2009

**Chart 27: Microbial custom manufacturing market ($m)**



Source: Biopharm Insight, Datamonitor, Lonza

**Chart 28: Microbial market pipeline breakdown**



Source: PharmaProjects, Lonza

We have good conviction on the successful restructuring of the heritage Cambrex small-scale microbial biopharma assets. As a reminder, Lonza acquired the underutilised plants in Hopkinton and Baltimore below book value, and financed the acquisition at low borrowing cost (3.8%). We like the company's determination to both build economies of scale in the capital-intensive large-scale business (Visp expansion), but at the same time back-integrate Visp into small-scale production, serving customers that need quantities for Phase II/III trials or smaller commercial products. The takeover of Cambrex Biopharma Products was therefore an important milestone to implement this strategy. Indeed, the company in 2007 brought forward its target for break-even EBIT for the acquired facilities, from 2009 to 2008, and delivered. In our forecasts, we expect Hopkinton to double its 2008 EBITDA contribution by 2011, from CHF18m to CHF39m, as capacity utilisation improves to c90% at peak.

**Lonza successfully executing on the restructuring, integration and filling of the former Cambrex site in Hopkinton**

## Biopharma Services

As to the biopharma services and GS licensing businesses, we expect both to do well in our horizon period out to 2015. The Services segment is a cCHF75m business comprising process development, analytical services, regulatory services, scale-up services, pre-development screening, cell banking, and cell construction, which shows sustainable growth rates of 15% accompanied by high EBITDA margins of 40-50% on our estimates. The credit crunch interrupted growth towards the back end of 2008 and in 2009, but growth is resuming in H209 as laboratories and biotech companies/venture capital invest in biotechnology platforms.

The biggest driver for royalty income for the proprietary GS™ expression system is Biogen/Elan's arthritis therapy Tysabri, which is based on the GS system. We understand that Lonza collects a 1% royalty on sales. We forecast Tysabri peak sales of CHF2bn by 2015, with an associated peak income stream for Lonza of some CHF20m, on our estimates. In total, five products have been approved which use the GS system, including Zenapax (Roche), Tysabri (Biogen/Elan) and Synagis (Astra/MedImmune).

**Services, Tysabri royalty and GS licensing fees are a nice contributor to earnings out to 2013-15**