IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MEDIMMUNE, LLC, et al., <br><br> Defendants. | C.A. No. 11-cv-84 (SLR) <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 12, 2011 a copy of Alexion Pharmaceuticals, Inc.'s Rule 26(a)(1) Initial Disclosures was served on the following as indicated:

<u>Via Hand Delivery and E-Mail</u>
Richard K. Herrmann
Mary B. Matterer
Kenneth L. Dorsney
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

<u>Via E-Mail</u>
Evan R. Chesler
David Greenwald
Teena-Ann V. Sankoorikal
Cravath, Swaine & Moore LLP
echesler@cravath.com
dgreenwald@cravath.com
tsankoorikal@cravath.com

<u>Via E-Mail</u>
Mary W. Bourke
Connolly Bove Lodge & Hutz LLP
mbourke@cblh.com

Via E-Mail
Charles E. Lipsey
Linda A. Wadler
Kakoli Caprinhan
Elliot M. Olstein
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
charles.lipsey@finnegan.com
linda.wadler@finnegan.com
kakoli.caprinhan@finnegan.com
elliot.olstein@finnegan.com

Via E-Mail
Collins J. Seitz, Jr.
Seitz Ross Aronstam & Moritz LLP
cseitz@seitzross.com

Via E-Mail
Donald R. Ware
Jeremy A. Younkin
Foley Hoag LLP
dware@foleyhoag.com
jyounkin@foleyhoag.com

FARNAN LLP

/s/ Brian E. Farnan
───────────────────────────
Joseph J. Farnan, III (Bar No. 3945)
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com

Gerald J. Flattmann, Jr. (admitted *pro hac vice*)
Christine Willgoos (admitted *pro hac vice*)
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 E. 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Date: August 12, 2011

*Attorneys for Defendant Alexion Pharmaceuticals, Inc.*