# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br>*Plaintiff,* <br><br>v. <br><br>MEDIMMUNE, LLC, <br> BIOGEN IDEC, INC., AND <br> ALEXION PHARMACEUTICALS, INC., <br><br>*Defendants.* | Civil Action No. 11-00084 SLR |

## NOTICE OF SERVICE

Please take notice that on this 12th of August, 2011, copies of the following document, **NOVARTIS VACCINES & DIAGNOSTICS, INC.'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**, were served upon the attorneys listed below via email:

Mary W. Bourke
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
Email: mbourke@cblh.com
*Attorneys for MedImmune LLC*

Charles E. Lipsey
Finnegan, Henderson, Farabow, Garrett &
   Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Email: charles.lipsey@finnegan.com
*Attorneys for MedImmune LLC*

Collins J. Seitz , Jr.
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
Email: cseitz@seitzross.com
*Attorneys for Biogen Idec Inc.*

Donald A. Ware
Jeremy A. Younkin
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Email: dware@foleyhoag.com
Email: jyounkin@foleyhoag.com
*Attorneys for Biogen Idec Inc.*

| | |
|---|---|
| Brian E. Farnan<br>Farnan LLP<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>Email: bfarnan@farnanlaw.com<br>*Attorneys for*<br>*Alexion Pharmaceuticals Inc.* | Christine Willgoos<br>Gerald J. Flattmann , Jr.<br>Paul Hastings LLP<br>Park Avenue Tower<br>75 E. 55th Street<br>New York, NY 10022<br>Email:christinewillgoos@paulhastings.com<br>Email: geraldflattmann@paulhastings.com<br>*Attorneys for*<br>*Alexion Pharmaceuticals Inc.* |

/s/Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Novartis Vaccines & Diagnostics, Inc.*