UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. No. 11-cv-0084-SLR <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

I hereby certify on August 12, 2011, that Defendant Biogen Idec Inc.'s Rule 26 (a)(1) Initial Disclosures were served via electronic mail on the following counsel listed below:

Richard K. Herrmann
Mary Matterer
Kenneth Laurence Dorsney
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306

Mary W. Bourke
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

Brian E. Farnan
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801

 

SEITZ ROSS ARONSTAM & MORITZ LLP

By: */s/ Collins J. Seitz*
Collins J. Seitz Jr., Esquire (Bar No. 2237)
100 South West Street, Suite 400
Wilmington DE 19801
Telephone:  (302) 576-1601
Facsimile:  (302) 576-1100
cseitz@seitzross.com

*Attorneys for Defendant Biogen Idec Inc.*

00002222v1

OF COUNSEL:

Donald R. Ware, Esquire
Jeremy A. Younkin, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts  02210
Phone:  (617) 832-1000


Dated:  August 12, 2011