# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MEDIMMUNE, LLC, <br> BIOGEN IDEC, INC., AND <br> ALEXION PHARMACEUTICALS, INC., <br><br> *Defendants*. | Civil Action No. 1:11-CV-84-SLR <br><br> **Jury Trial Demanded** |

## REPLY TO DEFENDANT BIOGEN'S COUNTERCLAIMS TO NOVARTIS'S FIRST AMENDED COMPLAINT

Plaintiff Novartis Vaccines & Diagnostics, Inc. ("Novartis V&D") for its reply to the counterclaims of Defendant Biogen Idec, Inc. ("Biogen") upon knowledge as to matters relating to itself and upon information and belief as all other matters, alleges as follows:

### COUNTERCLAIMS

1. Novartis V&D admits that Biogen seeks declarations that the '688 Patent is invalid and has not been infringed by Biogen.

### NATURE OF THE ACTION

2. Novartis V&D admits the allegations of paragraph 2.

### THE PARTIES

3. Upon information and belief, Novartis V&D admits the allegations of paragraph 3.

4. Novartis V&D admits the allegations of paragraph 4.

### JURISDICTIONAL STATEMENT

5. Novartis V&D admits the allegations of paragraph 5.

6. Novartis V&D admits the allegations of paragraph 6.

7. Novartis V&D admits that this Court has personal jurisdiction over it.

8. Novartis V&D admits the allegations of paragraph 8.

9. Novartis V&D admits the allegations of paragraph 9.

## FIRST COUNT

### (Declaration of Noninfringement of the '688 Patent)

10. No response required.

11. Novartis V&D admits the allegations of paragraph 11.

12. Novartis V&D admits the allegations of paragraph 12.

13. Novartis V&D denies the allegations of paragraph 13.

## SECOND COUNT

### (Declaration of Invalidity of the '688 Patent)

14. No response required.

15. Novartis V&D admits the allegations of paragraph 15.

16. Novartis V&D denies the allegations of paragraph 16.

## AFFIRMATIVE DEFENSE TO COUNTERCLAIMS

Novartis V&D asserts the following affirmative defense: Biogen's counterclaims fail to state claims upon which relief can be granted.

## **PRAYER FOR RELIEF**

WHEREFORE, Novartis V&D respectfully requests the Court to enter a judgment:

A. dismissing Biogen's counterclaims in their entirety with prejudice, and

B. granting any such additional relief the Court deems just and proper.

Dated: August 16, 2011

        */s/ Richard K. Herrmann*
        Richard K. Herrmann (#405)
        Mary B. Matterer (#2696)
        MORRIS JAMES LLP
        500 Delaware Avenue, Suite 1500
        Wilmington, DE 19801
        (302) 888-6800
        rherrmann@morrisjames.com

        *Attorneys for Plaintiff, Novartis Vaccines & Diagnostics, Inc.*

Of Counsel:

Evan R. Chesler
David Greenwald
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000