**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MEDIMMUNE, LLC, <br> BIOGEN IDEC, INC., AND <br> ALEXION PHARMACEUTICALS, INC., <br><br> *Defendants*. | **Civil Action No. 1:11-CV-84-SLR** <br><br> Jury Trial Demanded |

**REPLY TO DEFENDANT MEDIMMUNE'S COUNTERCLAIMS
TO NOVARTIS'S FIRST AMENDED COMPLAINT**

Plaintiff Novartis Vaccines & Diagnostics, Inc. ("Novartis V&D") for its reply to the counterclaims of Defendant MedImmune, LLC ("MedImmune") upon knowledge as to matters relating to itself and upon information and belief as all other matters, alleges as follows:

**COUNTERCLAIM FOR AFFIRMATIVE RELIEF**

**PARTIES**

1. Upon information and belief, Novartis V&D admits the allegations of paragraph 1.

2. Novartis V&D admits the allegations of paragraph 2.

**JURISDICTIONAL AND VENUE**

3. Novartis V&D admits the allegations of paragraph 3.

4. Novartis V&D admits the allegations of paragraph 4.

5. Novartis V&D admits the allegations of paragraph 5.

## COUNTERCLAIM

6. Novartis V&D admits the allegations of paragraph 6.

7. Novartis V&D admits the allegations of paragraph 7.

8. No response required.

9. No response required.

10. Novartis V&D denies the allegations of paragraph 10.

## AFFIRMATIVE DEFENSE TO COUNTERCLAIM

Novartis V&D asserts the following affirmative defense: MedImmune's counterclaim fails to state claims upon which relief can be granted.

## PRAYER FOR RELIEF

WHEREFORE, Novartis V&D respectfully requests the Court to enter a judgment:

A. dismissing MedImmune's counterclaim in its entirety with prejudice, and

B. granting any such additional relief the Court deems just and proper.

Dated: August 16, 2011

*/s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Plaintiff, Novartis Vaccines & Diagnostics, Inc.*

Of Counsel:

Evan R. Chesler
David Greenwald
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000