IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MEDIMMUNE, LLC, et al., <br><br> Defendants. | C.A. No. 11-cv-84 (SLR) <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 19, 2011, a copy of (i) Defendants' First Set of Joint Interrogatories (Nos. 1-7); and (ii) Alexion's Requests for the Production of Documents and Things to Novartis (Nos. 1-11) was served on the following as indicated:

<u>Via Hand Delivery and E-Mail</u>
Richard K. Herrmann
Mary B. Matterer
Kenneth L. Dorsney
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

<u>Via E-Mail</u>
Evan R. Chesler
David Greenwald
Teena-Ann V. Sankoorikal
Cravath, Swaine & Moore LLP
echesler@cravath.com
dgreenwald@cravath.com
tsankoorikal@cravath.com

<u>Via E-Mail</u>
Mary W. Bourke
Connolly Bove Lodge & Hutz LLP
mbourke@cblh.com

Via E-Mail
Charles E. Lipsey
Linda A. Wadler
Kakoli Caprinhan
Elliot M. Olstein
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
charles.lipsey@finnegan.com
linda.wadler@finnegan.com
kakoli.caprinhan@finnegan.com
elliot.olstein@finnegan.com

Via E-Mail
Collins J. Seitz, Jr.
Seitz Ross Aronstam & Moritz LLP
cseitz@seitzross.com

Via E-Mail
Donald R. Ware
Jeremy A. Younkin
Foley Hoag LLP
dware@foleyhoag.com
jyounkin@foleyhoag.com

                FARNAN LLP

                /s/ Brian E. Farnan
                Joseph J. Farnan, III (Bar No. 3945)
                Brian E. Farnan (Bar No. 4089)
                919 N. Market Street, 12th Floor
                Wilmington, DE 19801
                Telephone: (302) 777-0300
                Facsimile: (302) 777-0301
                bfarnan@farnanlaw.com

                Gerald J. Flattmann, Jr. (admitted *pro hac vice*)
                Christine Willgoos (admitted *pro hac vice*)
                Paul, Hastings, Janofsky & Walker LLP
                Park Avenue Tower
                75 E. 55th Street
                New York, NY 10022
                Telephone: (212) 318-6000
                Facsimile: (212) 319-4090

Date: August 19, 2011

                *Attorneys for Defendant Alexion Pharmaceuticals, Inc.*