IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>MEDIMMUNE, INC., BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC.,<br><br>*Defendants.* | Civil Action No. 11-cv-00084-SLR |

## NOTICE OF SERVICE

Please take notice that on this 19th of August, 2011, copies of the following documents, **(1) PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS; (2) PLAINTIFF'S FIRST SET OF INTERROGATORIES; and (3) PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANTS**, were served upon the attorneys listed below via email:

Mary W. Bourke
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
Email: mbourke@cblh.com
*Attorneys for MedImmune LLC*

Charles E. Lipsey
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Email: charles.lipsey@finnegan.com
*Attorneys for MedImmune LLC*

Collins J. Seitz, Jr.
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
Email: cseitz@seitzross.com
*Attorneys for Biogen Idec Inc.*

Donald A. Ware
Jeremy A. Younkin
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Email: dware@foleyhoag.com
Email: jyounkin@foleyhoag.com
*Attorneys for Biogen Idec Inc.*

<table>
<tr><td>

Brian E. Farnan
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
Email: bfarnan@farnanlaw.com
*Attorneys for*
*Alexion Pharmaceuticals Inc.*

</td><td>

Christine Willgoos
Gerald J. Flattmann , Jr.
Paul Hastings LLP
Park Avenue Tower
75 E. 55th Street
New York, NY 10022
Email:christinewillgoos@paulhastings.com
Email: geraldflattmann@paulhastings.com
*Attorneys for*
*Alexion Pharmaceuticals Inc.*

</td></tr>
<tr><td>

August 19, 2011

</td><td>

/s/ Mary Matterer

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

</td></tr>
<tr><td>

Of Counsel:

Evan R. Chesler
David Greenwald
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

</td><td>

*Attorneys for Plaintiff*
*Novartis Vaccines & Diagnostics, Inc.*

</td></tr>
</table>