UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC., <br><br> Defendants. | Civ. No. 11-cv-0084-SLR <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 19, 2011, a true and correct copy of (i) Defendants' First Set of Joint Document Requests (Nos. 1-136); and (ii) Defendant Biogen Idec Inc.'s First Set of Requests for Production of Documents and Things were caused to be served on the following counsel as indicated:

Via Hand Delivery and E-Mail
Richard K. Herrmann
Mary Matterer
Kenneth Laurence Dorsney
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

Via-E-Mail
Mary W. Bourke
Connolly, Bove, Lodge & Hutz
mbourke@cblh.com

Via E-Mail
Evan R. Chesler
David Greenwald
Teena-Ann V. Sankoorikal
Cravath, Swaime & Moore LLP
echesler@cravath.com
dgreenwald@cravath.com
tsankoorikal@cravath.com

Via E-Mail
Charles E. Lipsey
Linda A. Wadler
Kakoli Caprinhan
Elliot M. Olstein
Finnegan, Henderson, Farabow, Garrett & Dunner
charles.lipsey@finnegan.com
linda.wadler@finnegan.com
kakoli.caprinhan@finnegan.com
elliot.olstein@finnegan.com

Via E-Mail
Brian E. Farnan
Joseph J. Farnan
Farnan LLP
bfarnan@farnanlaw.com
jjfarnan@farnanlaw.com

Via E-Mail
Christine Willgoos
Gerald J. Flattmann, Jr.
Paul Hastings LLP
christinewillgoos@paulhastings.com
geraldflattmann@paulhastings.com

SEITZ ROSS ARONSTAM & MORITZ LLP

By: */s/ Collins J. Seitz, Jr.*
Collins J. Seitz Jr., Esquire (Bar No. 2237)
100 South West Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 576-1601
Facsimile: (302) 576-1100
cseitz@seitzross.com

*Attorneys for Defendant Biogen Idec Inc.*

OF COUNSEL:

Donald R. Ware, Esquire
Jeremy A. Younkin, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Phone: (617) 832-1000

Dated: August 19, 2011