## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., | : |
| Plaintiff, | : |
| v. | : C. A. No. 11-84-SLR |
| MEDIMMUNE, LLC, BIOGEN IDEC, INC., and ALEXION PHARMACEUTICALS, INC., | : |
| Defendants. | : |

## ORDER

At Wilmington this **20th** day of **September, 2011**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, January 9, 2012 at 9:00 a.m. Eastern Time** with Magistrate Judge Thynge to discuss status of the case and its effect on mediation. Also being discussed will be the submissions and mechanics of the mediations scheduled as follows: plaintiff and Alexion on September 18, 2012; plaintiff and Biogen on September 19, 2012, and plaintiff and MedImmune on September 20, 2012. **Counsel for Biogen shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE