IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>MEDIMMUNE, LLC,<br>BIOGEN IDEC, INC., AND<br>ALEXION PHARMACEUTICALS, INC.,<br><br>*Defendants*. | Civil Action No. 11-00084 SLR |

**NOTICE OF SERVICE**

Please take notice that on this 22nd of September, 2011, copies of the following documents:

1. NOVARTIS V&D'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF JOINT DOCUMENT REQUESTS (NOS. 1-136);

2. NOVARTIS V&D'S OBJECTIONS RESPONSES TO ALEXION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 1-11);

3. NOVARTIS V&D'S OBJECTIONS RESPONSES TO BIOGEN IDEC'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 1-10);

4. NOVARTIS V&D'S OBJECTIONS RESPONSES TO MEDIMMUNE'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 1-28);

5. NOVARTIS V&D'S OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST SET OF JOINT INTERROGATORIES (NOS. 1-7); and

6. NOVARTIS V&D'S OBJECTIONS AND RESPONSES TO DEFENDANTS' SECOND SET OF JOINT INTERROGATORIES (NOS. 8-9),

were served upon the attorneys listed below via email:

| | |
|---|---|
| Mary W. Bourke<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19899<br>Email: mbourke@cblh.com<br>*Attorneys for MedImmune LLC* | Charles E. Lipsey<br>Finnegan, Henderson, Farabow, Garrett &<br>    Dunner LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190<br>Email: charles.lipsey@finnegan.com<br>*Attorneys for MedImmune LLC* |
| Collins J. Seitz , Jr.<br>Seitz Ross Aronstam & Moritz LLP<br>100 S. West Street, Suite 400<br>Wilmington, DE 19801<br>Email: cseitz@seitzross.com<br>*Attorneys for Biogen Idec Inc.* | Donald A. Ware<br>Jeremy A. Younkin<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210<br>Email: dware@foleyhoag.com<br>Email: jyounkin@foleyhoag.com<br>*Attorneys for Biogen Idec Inc.* |
| Brian E. Farnan<br>Farnan LLP<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>Email: bfarnan@farnanlaw.com<br>*Attorneys for*<br>*Alexion Pharmaceuticals Inc.* | Christine Willgoos<br>Gerald J. Flattmann , Jr.<br>Paul Hastings LLP<br>Park Avenue Tower<br>75 E. 55th Street<br>New York, NY 10022<br>Email:christinewillgoos@paulhastings.com<br>Email: geraldflattmann@paulhastings.com<br>*Attorneys for*<br>*Alexion Pharmaceuticals Inc.* |

/s/Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Novartis Vaccines & Diagnostics, Inc.*