IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MEDIMMUNE, LLC, et al., <br><br> Defendants. | C.A. No. 11-cv-84-SLR-MPT <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 26, 2011, a copy of: (i) Defendant Alexion's Objections and Responses to Plaintiff's First Set of Interrogatories, (ii) Defendant Alexion's Response to Plaintiff's First Requests for Admission, and (iii) Defendant Alexion's Response to Plaintiff's First Request for Production of Documents and Things was served on the following as indicated:

Via Hand Delivery and E-Mail
Richard K. Herrmann
Mary B. Matterer
Kenneth L. Dorsney
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

Via E-Mail
Evan R. Chesler
David Greenwald
Teena-Ann V. Sankoorikal
Cravath, Swaine & Moore LLP
echesler@cravath.com
dgreenwald@cravath.com
tsankoorikal@cravath.com

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
_____
Joseph J. Farnan, III (Bar No. 3945)
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com

Gerald J. Flattmann, Jr. (admitted *pro hac vice*)
Christine Willgoos (admitted *pro hac vice*)
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 E. 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Date: September 26, 2011

*Attorneys for Defendant Alexion Pharmaceuticals, Inc.*