UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC., <br><br> Defendants. | Civ. No. 11-cv-0084-SLR <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

Please take notice that on this 26th day of September, 2011, copies of the following documents were served upon the attorneys listed below via e-mail:

1. DEFENDANT BIOGEN IDEC INC.'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES (NOS. 1-10);

2. DEFENDANT BIOGEN IDEC INC.'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-32); and

3. DEFENDANT BIOGEN IDEC INC.'S RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANTS (NOS. 1-17)

Richard K. Herrmann, Esquire
Mary Matterer, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306

Evan R. Chesler, Esquire
David Greenwald, Esquire
Teena-Ann V. Sankoorikal, Esquire
Cravath, Swaine & Moore, LLP

00002895v1

- 2 -

                                        SEITZ ROSS ARONSTAM & MORITZ LLP

                                        By:  /s/ Collins J. Seitz, Jr.
                                             Collins J. Seitz Jr. (Bar No. 2237)
                                             100 S. West Street, Suite 400
                                             Wilmington, DE 19801
                                             Telephone:  (302) 576-1601
                                             Facsimile:   (302) 576-1100
                                             cseitz@seitzross.com

OF COUNSEL:                                     *Attorneys for Defendant Biogen Idec Inc.*

Donald R. Ware, Esquire
Jeremy A. Younkin, Esquire
Sarah S. Burg, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Phone:  (617) 832-1000

Dated:  September 26, 2011

**CERTIFICATE OF SERVICE**

I, Collins J. Seitz, Jr., Esq., hereby certify that on the 26TH day of September, 2011, a true copy of the foregoing **NOTICE OF SERVICE** was electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filings and that the document is available for viewing and downloading from CM/ECF.

    /s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (DE Bar No. 2237)
cseitz@seitzross.com