**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br> Plaintiff, <br><br> v. <br><br> MEDIMMUNE, LLC, <br> BIOGEN IDEC INC., and <br> ALEXION PHARMACEUTICALS, INC. <br> Defendants. | C.A. No.: 1:11-CV-84-SLR |

**NOTICE OF SERVICE**

Please take notice that on September 26, 2011, counsel for MedImmune, LLC, served copies of

1. MedImmune, LLC's Responses to Novartis' First Request for Production of Documents and Things to Defendants;

2. MedImmune, LLC's Responses to Novartis' First Set of Interrogatories (Nos. 1-10);

3. MedImmune, LLC's Responses to Novartis' First Set of Requests for Admission (Nos. 1-17); and this

4. NOTICE OF SERVICE, upon the following counsel of record for Novartis Vaccines & Diagnostics, Inc. in the manner indicated below:

*Via Electronic Mail*
*And First Class Mail*
Evan R. Chesler
David Greenwald
Teena-Ann V. Sankoorikal
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
echesler@cravath.com
dgreenwald@cravath.com
tsankoorikal@cravath.com

*Via Electronic Mail*
*And First Class Mail*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

|  |  |
|---|---|
|  | Respectfully submitted, |
| *Of Counsel:* | */s/ Mary W. Bourke*_____ |
| Charles E. Lipsey | Mary W. Bourke (#2356) |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
| Two Freedom Square | 1007 N. Orange Street |
| 11955 Freedom Drive | Wilmington, DE 19899 |
| Reston, VA 20190-5675 | Telephone: (302) 658-9141 |
| Telephone: 571-203-2755 | Facsimile:  (302) 658-5614 |
|  | mbourke@cblh.com |
| Linda A. Wadler | *Attorneys for MedImmune, LLC* |
| Kakoli Caprihan |  |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP |  |
| 901 New York Avenue, NW |  |
| Washington, DC 20001-4413 |  |
| Telephone: 202-408-4000 |  |

Elliot M. Olstein
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973-994-1700

DATED:  September 26, 2011

4487335