

Richard K. Herrmann
302.888.6816
rherrmann@morrisjames.com

October 3, 2011

**VIA E-FILING AND HAND DELIVERY**
The Honorable Sue L. Robinson
USDC for the District of Delaware
844 North King Street
Wilmington, DE  19801

      **RE:** *Novartis Vaccines & Diagnostics, Inc. v. MedImmune, LLC, et al.*
            D.Del., C.A. No. 11-84-SLR

Your Honor:

      We represent Novartis Vaccines and Diagnostics in the above-captioned action, and write in response to Mr. Farnan's letter submitted on behalf of Alexion Pharmaceuticals, Inc. ("Alexion") on September 28, 2011.

      The recent authority cited in Alexion's letter, *Optimum Power Solutions, LLC v. Apple, Inc.*, 2011 WL 4387905 (N.D. Cal. September 20, 2011), is inapposite to Alexion's pending motion.  The plaintiff in *Optimum Power* sued five unrelated companies whose only connection was that each was alleged to have infringed the same patent by selling computers containing *similar* power management systems.  *Id.* at *3.  Because the plaintiff failed to allege any other connection between the defendant computer companies, the court found that joinder was not appropriate in that case.  *Id.*  Here, by contrast, Defendants are alleged to have infringed the same patent through use of the *same* infringing vector made by the *same* company.  (*See* D.I. 32 at 6-8.)  Such a connection is more than sufficient to satisfy the liberal pleading standard of Rule 20, which requires only that a "logical relationship" exist among the defendants' acts giving rise to the claims.  *See B & R Plastics, Inc. v. Kikkerland Design, Inc.*, No. 08-CV-02646, 2009 WL 3698528, at *3 (D. Colo. Nov. 2, 2009).

      We are available at the Court's convenience should Your Honor have any questions.

                        Respectfully,

                        */s/ Richard K. Herrmann*

                        Richard K. Herrmann - I.D. No. 405
                        *rherrmann@morrisjames.com*

cc:    All defense counsel of record