IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC.,<br><br>    *Plaintiff,*<br><br>    v.<br><br>MEDIMMUNE, LLC,<br>BIOGEN IDEC, INC., AND<br>ALEXION PHARMACEUTICALS, INC.,<br><br>    *Defendants.* | C.A. No. 11-CV-84 (SLR) |

### DECLARATION OF JOSEPH E. LASHER

I, Joseph E. Lasher, declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted *pro hac vice* before this Court and an associate of the law firm of Cravath, Swaine & Moore LLP, counsel for plaintiff Novartis Vaccines & Diagnostics, Inc. ("Novartis") in this action.

2. I make this declaration in support of Novartis' Memorandum of Law in Support of Plaintiff Novartis Vaccines and Diagnostics' Motion for an Order Authorizing the Issuance of a Letter of Request and a Commission, which are filed simultaneously herewith.

3. Attached hereto as Exhibit A is a true and correct copy of the Ex Parte Reexamination Certificate for U.S. Patent No. 5,688,688 issued December 22, 2009.

4. Attached hereto as Exhibit B is a true and correct copy of a letter from Lonza counsel (Charles A. Weiss) to counsel for Novartis (Mary B. Matterer) dated September 2, 2011.

5. Attached hereto as Exhibit C is a true and correct copy of a poster from 2007 entitled "Evaluation of Alternative Signal Sequences" with authors James Rance and Robert Young.

6. Attached hereto as Exhibit D is a true and correct copy of 2008 presentation entitled "Important Topics in the Expression of Recombinant Antibodies from CHO Cells" with author Robert Young.

I declare under penalty of perjury that the foregoing is true and correct.

September 30, 2011

Joseph E. Lasher