# EXHIBIT   A

US005688688C1

# (12) EX PARTE REEXAMINATION CERTIFICATE (7249th)

**United States Patent** (10) **Number: US 5,688,688 C1**
**Luciw et al.** (45) **Certificate Issued: Dec. 22, 2009**

(54) **VECTOR FOR EXPRESSION OF A POLYPEPTIDE IN A MAMMALIAN CELL**

(75) Inventors: **Paul A. Luciw**, Davis, CA (US); **Dino Dina**, San Francisco, CA (US); **Steven Rosenberg**, Oakland, CA (US); **Barbara S. Chapman**, Berkeley, CA (US); **Richard M. Thayer**, Alamo, CA (US); **Nancy L. Halgwood**, Bellevue, WA (US)

(73) Assignee: **Chiron Corporation**, Emeryville, CA (US)

**Reexamination Request:**
No. 90/008,017, Apr. 25, 2006

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **5,688,688** |
| Issued: | **Nov. 18, 1997** |
| Appl. No.: | **08/288,336** |
| Filed: | **Aug. 10, 1994** |

**Related U.S. Application Data**

(60) Division of application No. 08/107,377, filed on Aug. 17, 1993, now abandoned, which is a division of application No. 08/083,391, filed on Jun. 28, 1993, now Pat. No. 6,458,527, which is a continuation of application No. 07/931,191, filed on Aug. 17, 1992, now abandoned, which is a division of application No. 07/138,894, filed on Dec. 24, 1987, now Pat. No. 5,156,949, which is a continuation-in-part of application No. 06/773,447, filed on Sep. 6, 1985, now abandoned, which is a continuation-in-part of application No. 06/696,534, filed on Jan. 30, 1985, now abandoned, which is a continuation-in-part of application No. 06/667,501, filed on Oct. 31, 1984, now abandoned.

(51) **Int. Cl.**

| | |
|---|---|
| *A61K 38/00* | (2006.01) |
| *C07K 14/005* | (2006.01) |
| *C07K 14/16* | (2006.01) |
| *C12Q 1/70* | (2006.01) |
| *C12N 15/81* | (2006.01) |
| *C12N 15/85* | (2006.01) |
| *C12N 9/02* | (2006.01) |

(52) **U.S. Cl.** .................... **435/91.44**; 435/69.3; 435/974; 435/320.1; 435/455; 536/23.72

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,168,062 A 12/1992 Stinski

OTHER PUBLICATIONS

Akrigg et al. "The Structure of the Major Immediate Early Gene of Human Cytomegalovirus Strain AD169" *Virus Research* 2(2):107–121, Mar. 1985.
Chapman et al. "Effect of Intron A from Human Cytomegalovirus (Towne) Immediate–Early Gene on Heterologous Expression in Mammalian Cells" *Nucleic Acids Research* 19(14):3979–3986, Jul. 1991.
Fermentas "pBR322: Description & Restriction Map" from internet site www.fermentas.com/techinfo/nucleicacids/mappbr322.htm, Mar. 2005.
Spaete & Mocarski "Regulation of Cytomegalovirus Gene Expression: α and β Promoters Are Trans Activated by Viral Functions in Permissive Human Fibroblasts" *Journal of Virology* 56(1):135–143, Oct. 1985.
Stenberg et al. "Structural Analysis of the Major Immediate Early Gene of Human Cytomegalovirus" *Journal of Virology* 49(1):190–199, Jan. 1984.
Stenberg & Stinski "Autoregulation of the Human Cytomegalovirus Major Immediate–Early Gene" *Journal of Virology* 56(3):676–682, Dec. 1985.
Thomsen & Stinski "Cloning of the Human Cytomegalovirus Genome as Endonuclease Xbal Fragments" *Gene* 16(1–3):207–216, Dec. 1981.
van Zonneveld et al. "Autonomous Functions of Structural Domains on Human Tissue–Type Plasminogen Activator" *Proceedings of the National Academy of Sciences USA* 83(13):4670–4674, Jul. 1986.

*Primary Examiner*—Brenda Brumback

(57) **ABSTRACT**

Polynucleotide sequences are provided for the diagnosis of the presence of retroviral infection in a human host associated with lymphadenopathy syndrome and/or acquired immune deficiency syndrome, for expression of polypeptides and use of the polypeptides to prepare antibodies, where both the polypeptides and antibodies may be employed as diagnostic reagents or in therapy, e.g., vaccines and passive immunization. The sequences provide detection of the viral infectious agents associated with the indicated syndromes and can be used for expression of antigenic polypeptides.

# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims **1-13**, **15** and **17** are determined to be patentable as amended.

Claims **14**, **16** and **18-24**, dependent on an amended claim, are determined to be patentable.

**1**. A *non-human mammalian host cell expression system for improved expression comprising a non-human mammalian host cell with a* vector for expression of a polypeptide in a mammalian cell comprising a first polynucleotide sequence that comprises:

a) an upstream SV40 origin of replication;

b) a downstream SV40 polyadenylation region; [and]

c) a transcription regulatory region from human cytomegalovirus immediate early region HCMV IE1, wherein the transcription regulatory region includes the first HCMV IE1 intron proximal to the 3' end of the HCMV IE1 promoter, is interposed between the SV40 origin of replication and the SV40 polyadenylation region, and is capable of directing the transcription of a polypeptide coding sequence operably linked downstream from the transcription regulatory region, *and*

*d) the polypeptide coding sequence encoding a heterologous polypeptide operably linked downstream of the transcription regulatory region.*

**2**. The [vector] *non-human mammalian host cell expression system* of claim **1**, wherein the polynucleotide sequence further comprises a linker that comprises a restriction site for insertion of the coding region of a polypeptide.

**3**. The [vector] *non-human mammalian host cell expression system* of claim **2**, wherein the restriction site is a SalI site.

**4**. [The vector of claim 1] *A vector for expression of a polypeptide in a mammalian cell comprising a first polynucleotide sequence that comprises:*

*a) an upstream SV40 origin of replication;*

*b) a downstream SV40 polyadenylation region; and*

*c) a transcription regulatory region from human cytomegalovirus immediate early region HCMV IE1, wherein the transcription regulatory region includes the first HCMV IE1 intron proximal to the 3' end of the HCMV IE1 promoter, is interposed between the SV40 origin of replication and the SV40 polyadenylation region, and is capable of directing the transcription of a polypeptide coding sequence operably linked downstream from the transcription regulatory region*, wherein the SV40 polyadenylation region comprises the SV40 polyadenylation sequence present in plasmid pSV7d.

**5**. [The vector of claim 1] *A vector for expression of a polypeptide in a mammalian cell comprising a first polynucleotide sequence that comprises:*

*a) an upstream SV40 origin of replication;*

*b) a downstream SV40 polyadenylation region; and*

*c) a transcription regulatory region from human cytomegalovirus immediate early region HCMV IE1, wherein the transcription regulatory region includes the first HCMV IE1 intron proximal to the 3' end of the HCMV IE1 promoter, is interposed between the SV40 origin of replication and the SV40 polyadenylation region, and is capable of directing the transcription of a polypeptide coding sequence operably linked downstream from the transcription regulatory region*, wherein the SV40 origin of replication comprises the SV40 origin of replication sequence present in plasmid pSVT2.

**6**. The [vector] *non-human mammalian host cell expression system* of claim **1**, further comprising a selectable marker.

**7**. The [vector] *non-human mammalian host cell expression system* of claim **5**, wherein the selectable marker is a polynucleotide sequence that encodes ampicillin resistance.

**8**. The [vector] *non-human mammalian host cell expression system* of claim **1**, further comprising a bacterial origin of replication.

**9**. [The vector of claim 1] *A vector for expression of a polypeptide in a mammalian cell comprising a first polynucleotide sequence that comprises:*

*a) an upstream SV40 origin of replication:*

*b) a downstream SV40 polyadenylation region; and*

*c) a transcription regulatory region from human cytomegalovirus immediate early region HCMV IE1 , wherein the transcription regulatory region includes the first HCMV IE1 intron proximal to the 3' end of the HCMV IE1 promoter, is interposed between the SV40 origin of replication and the SV40 polyadenylation region, and is capable of directing the transcription of a polypeptide coding sequence operably linked downstream from the transcription regulatory region*, wherein the polynucleotide sequence comprises the HCMV sequences present in plasmid pCMV6ARV120tpa, ATCC Accession No. 68249.

**10**. The [vector] *non-human mammalian host cell expression system* of claim **2**, further comprising a coding region that encodes a polypeptide, inserted at the restriction site.

**11**. The [vector] *non-human mammalian host cell expression system* of claim **10**, further comprising a region encoding a signal sequence effective in directing the secretion of the polypeptide encoded by the coding region, positioned upstream from the coding region.

**12**. The [vector] *non-human mammalian host cell expression system* of claim **11**, wherein the signal sequence is derived from the human tissue plasminogen activator leader sequence.

**13**. A vector produced by the process comprising linking together in an operative manner:

a) a SV40 origin of replication;

b) a SV40 polyadenylation region; [and]

c) a transcription regulatory region from human cytomegalovirus immediate early region HCMV IE1, wherein said regulatory region includes the first HCMV IE1 intron proximal to the 3' end of the HCMV IE1 promoter and is capable of directing the transcription of a *mammalian polypeptide or a mammalian virus* polypeptide coding sequence operably linked downstream therefrom*; and*

*d) the polypeptide coding sequence encoding a mammalian polypeptide or a heterologous mammalian virus polypeptide operably linked downstream of the transcription regulatory region.*

15. A method for producing a *non-human mammalian cell comprising a* vector for expression of a *heterologous* polypeptide in a mammalian cell comprising:

a) providing a first polynucleotide molecule that comprises a SV40 origin of replication;

b) providing a second polynucleotide molecule that comprises a SV40 polyadenylation region;

c) providing a third polynucleotide molecule that comprises a transcription regulatory region from human cytomegalovirus immediate early region HCMV IE1, wherein said regulatory region includes the first HCMV IE1 intron proximal to the 3' end of the HCMV IE1 promoter; [and]

d) linking the SV40 origin of replication, the SV40 polyadenylation region and the regulatory region from HMCV IE1 together to form a vector that is capable of effecting the transcription of a polypeptide coding sequence operatively linked downstream from the regulatory region*;*

*e) operatively linking a heterologous polypeptide coding sequence downstream from the regulatory region; and*

*f) introducing the vector into a non-human mammalian cell.*

17. An isolated nucleic acid molecule comprising an enhanced promoter, wherein the enhanced promoter comprises the human cytomegalovirus immediate early region HCMV IE1 promoter and the first intron proximate to the 3' end of the HCMV IE1 promoter *and wherein the enhanced promoter is operably linked to a nucleic acid sequence encoding a mammalian polypeptide or a heterologous mammalian virus polypeptide.*

* * * * *

# EXHIBIT B

**Charles A. Weiss**
Direct 212.908.6287
cweiss@kenyon.com

One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

September 2, 2011

RECEIVED
SEP - 7 2011
Morris James LLP

Mary B. Matterer, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

Re: *Novartis Vaccines & Diagnostics, Inc. v. MedImmunie, LLC, Biogen Idec, Inc. and Alexion Pharmaceuticals, Inc.*, 1:11-cv-84 SLR

Dear Ms. Matterer:

We represent Lonza, Inc. and Lonza Biologics, Inc. (collectively Lonza) in connection with responding to the document subpoenas served in the above-referenced case. We address this letter to you because the attorney information on the subpoenas was left blank and the signatures are illegible.

As a procedural matter, the subpoenas dated August 19, 2011 are procedurally improper and a legal nullity issued without jurisdiction. These subpoenas purport to compel production of documents in New York and in Delaware, however, document subpoenas must issue from the jurisdiction where the documents or things are located and not merely from the jurisdiction where a corporation agent may receive service of process. *See Hallmore Co. v. Capco Steel Co.*, Civ. A. No. 08-211-SLR (D. Del. June 30, 2009) ("the appropriate focus is . . . the location of the documents requested and whether or not they are in the control of a respondent within the district of the issuing court") (*citing City of St. Petersburg v. Total Containment, Inc.*, 2008 WL 1995298 at *3 (E.D. Pa. May 5, 2008)). Furthermore, the documents at issue are overwhelmingly if not entirely those of one or more entities outside the U.S. and not of Lonza, Inc. or Lonza Biologics, Inc.

As a matter of formality, in addition to objecting to the document subpoenas as invalid, Lonza objects to the subpoenas to the extent they seek documents that are of a highly confidential nature. Furthermore, Lonza objects to the extent the subpoenas seek documents not currently in its possession, custody, or control, or refer to persons, entities, or events not known to Lonza, on the grounds that such definition or requests seek to require more of Lonza than any obligation imposed by law, would subject Lonza to unreasonable and undue annoyance, oppression, burden, and expense, and would seek to impose upon Lonza an obligation to investigate or discover information or materials from third parties or services who are equally

accessible to Novartis. Lonza also objects generally to the subpoenas because they seek information that is overly broad as to time and subject matter.

Notwithstanding these issues with the subpoenas and to avoid any unnecessary expense, I will endeavor to work with you to see if a reasonable scope of production can be agreed to. We can discuss at your convenience.

Very truly yours,

Charles A. Weiss

cc: Evan R. Chesler, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7416

# EXHIBIT C

# Evaluation of Alternative Signal Sequences

Lonza

## James Rance and Robert Young

**Lonza Biologics plc, 228 Bath Road, Slough, Berkshire, SL1 4DX, United Kingdom.**

**Corresponding author e-mail: james.rance@lonza.com**

## INTRODUCTION

Optimal antibody expression is the result of a combination of many factors ranging from the choice of expression system to the media used for cell culture fermentation. Lonza's GS Gene Expression System™ (GS:glutamine synthetase) has been frequently used to generate cell lines capable of high-level antibody production in bioreactor processes. A key goal for the biopharmaceutical industry is to reduce the cost of goods of biological therapeutics. This goal can be achieved by increasing the productivity of cell lines by enhancing all aspects of the process of recombinant protein production. This poster focuses upon improving secretion of recombinant antibodies.

When generating GS vectors for expression of recombinant antibodies, Lonza routinely uses antibody derived signal sequences to direct recombinant protein to the secretory pathway. To investigate if manipulation of this pathway can enhance antibody expression, nineteen alternative signal sequences were evaluated for their ability to increase antibody production in both a transient expression system and from stable cell lines. Antibody generated by stable cell lines was characterised by SDS-electrophoresis and electrospray mass spectroscopy (ESI-MS) to determine the impact of the alternative signal sequences on the final antibody product and whether the alternative signal sequences were likely to be appropriately processed.

## MATERIALS AND METHODS

### Vector Construction

- GS expression vectors encoding a model $IgG_4$ antibody were generated. The features of the vectors are shown in Figure 1.
- Two control vectors were generated using either non gene-optimised (WT) or gene-optimised cDNA sequences ($WT_{opt}$) using the antibody derived signal sequences routinely used by Lonza. Two controls were required to determine the contribution of gene-optimisation to any observed benefit resulting from the use of an alternative signal sequence.
- Nineteen constructs were generated using gene-optimised sequences employing the alternative signal sequences under evaluation (V1-V19).
- Currently a different signal sequence is used on the heavy or light chain gene (WT or $WT_{opt}$), in the case of the alternative signal sequences (V1-V19), the same sequence was used for both genes.

### Transient Transfection

- CHOK1SV cells were transiently transfected in 24-well plates using Lipofectamine-2000 (Invitrogen) with the control vectors (WT and $WT_{opt}$) and vectors containing the 19 alternative sequences (V1-V19).
- Cells were transfected with each vector six times and the antibody concentration in the culture medium was determined 72 hours after transfection by ELISA for assembled antibody.
- Vectors demonstrating increased mean antibody concentrations compared to the controls were then selected for analysis by stable transfection.

### Stable Transfection

- CHOK1SV cells were transfected with the vector constructs using standard electroporation methods.
- Transfected cells were plated out across 96-well plates. The following day, selective medium containing methionine sulphoximine (MSX) was added such that the final concentration in each well was 50 μM MSX.
- Plates were screened for developing colonies at 3-4 weeks post-transfection. For each transfected vector, 100 colonies were transferred to 24-well plates in medium containing 25 μM MSX. Cultures were allowed to 'overgrow' for 2 weeks, after which the cell culture medium from each well was collected and analysed by Protein A HPLC to determine the antibody concentration.
- Mean antibody concentrations were compared by ANOVA and Tukey's method. A $p$ value of $\leq 0.05$ was considered significant.

### Evaluation of Product Quality

- Antibody from stable cell lines was purified using Protein A affinity chromatography.
- Purified antibody was analysed by SDS-electrophoresis under both non-reducing and reducing conditions using the Agilent 2100 Bioanalyser.
- Purified antibody was also deglycosylated and analysed by ESI-MS to determine the molecular weight of the antibody product.

**Figure 1:** **Representation of the expression vector used for signal sequence evaluation. Lonza's GS Gene Expression System™ uses a single vector encoding both the heavy and light chain antibody genes, with expression of each chain driven by the strong human cytomegalovirus major intermediate early promoter. The GS gene is driven by the weaker SV40 promoter which is thought to bias for selection of integration into transcriptionally active sites in the genome.**

## RESULTS

### Transient Transfection

- Signal sequence constructs were screened in a transient transfection system for their ability to increase the secretion of antibody from CHOK1SV cells.
- Mean antibody concentrations generated by transient transfection of each signal sequence construct were compared to those generated by transient transfection of vectors WT and $WT_{opt}$ (Figure 2).
- Mean antibody concentrations of 3.2 μg/mL and 2.0 μg/mL were observed for the WT and $WT_{opt}$ controls respectively. Transient transfection of constructs employing the alternative signal sequences resulted in mean antibody concentrations ranging from 1.1 μg/mL for V7 to 4.9 μg/mL for V18.
- When the experiment was repeated, a similar result was obtained (data not shown).
- The results of the transient transfection experiment were used to select which vectors were to be assessed in stable transfections. Vectors V11, V13, V16 and V18 were chosen as they produced high mean antibody concentrations in both rounds of transient transfection. Vector V15 was selected as an internal control as it gave an equivalent antibody concentration to the WT control.
- The difference in mean antibody concentration between control vectors was unexpected; in independent stable transfections more antibody is reproducibly produced from the $WT_{opt}$ vector [1]. This indicates that analysis of constructs in stable cell lines is essential to confirm improvements in antibody expression.
- Differences were observed in the concentration of antibody secreted from transiently transfected CHOK1SV cells between the different signal sequences, indicating that choice of signal sequence can affect the level of antibody secretion.
- Screening nineteen signal sequence constructs using a transient transfection system has identified four constructs for further evaluation.

**Figure 2:** **The mean antibody concentration in medium from CHOK1SV cells transiently transfected with control vectors (WT and $WT_{opt}$) was compared to that obtained from cells transiently transfected with the vectors employing the alternative signal sequences (V1-V19). n=6. Error bars represent standard deviation.**

### Stable Transfection

- Stable transfection was used to evaluate five alternative signal sequences (Figure 3).
- Analysis of secreted antibody in the culture medium from 100 cell lines generated per construct demonstrated that only constructs V16 and V18 showed a statistically significant increase in mean antibody concentration compared to the $WT_{opt}$ control (Table 1).
- Comparison of vectors WT and $WT_{opt}$ by stable transfection demonstrated that gene optimisation leads to an increase in mean antibody concentration. This result is similar to that reported by Kalwy *et al.*[1]. These data indicate that the use of an alternative signal sequence alongside gene optimisation can result in a further increase in mean antibody concentration.
- Antibody generated using constructs V16 and V18 was analysed to investigate the impact of the alternative signal sequences on the recombinant antibody product.
- SDS-electrophoresis of Protein A purified antibody under reducing conditions showed that there was no observable difference in molecular weight of the heavy or light chain polypeptides when either the control or alternative signal sequences were used. Under non-reducing conditions, the pattern of bands associated with assembled antibody were almost identical when either the control or alternative signal sequences were used. These results indicate that that alternative signal sequences are likely to be appropriately processed during antibody secretion (Figure 4).
- Analysis of Protein A purified antibody by ESI-MS demonstrated no difference in the molecular weight of antibody product when expressed using the control or alternative signal sequences. This provides further evidence that it is likely that each signal sequence is appropriately processed (Figure 5).

**Figure 3:** **Stable transfection of signal sequence constructs. Stable cell lines were generated for each vector under evaluation. Cells were cultured in 24-well plates for 14 days at which point antibody concentration was determined by Protein A HPLC. Box plots show distribution of antibody concentrations in media derived from 100 stable cell lines per vector. * indicates constructs demonstrating a statistically significant increase in mean antibody concentration over the $WT_{opt}$ construct ($p \leq 0.05$).**

**Table 1:** **Statistical analysis of 24-well plate data generated during stable cell line construction. n=100 per construct.**

| Vector ID | Mean (μg/mL) | Range[1] (μg/mL) | Percent increase in mean compared to $WT_{opt}$ | $p$ values[2] |
|---|---|---|---|---|
| WT | 73.0 | ≤13.4 - 228.0 | - | - |
| $WT_{opt}$ | 89.3 | ≤13.4 - 250.4 | - | - |
| pV11 | 99.8 | ≤13.4 - 264.8 | 12 | 0.846 |
| pV13 | 97.8 | ≤13.4 - 240.6 | 10 | 0.429 |
| pV15 | 105.1 | ≤13.4 - 309.2 | 18 | 0.294 |
| pV16 | 106.1 | ≤13.4 - 251.0 | 19 | 0.024 |
| pV18 | 118.2 | ≤13.4 - 327.6 | 32 | 0.011 |

[1] Limit of the quantitation for the Protein A HPLC assay is 13.4 μg/mL.
[2] $p$ values calculated by comparison against vector $WT_{opt}$.

**Figure 4:** **Analysis of purified antibody by SDS-electrophoresis. Figure showing non-reduced (panel A) and reduced (panel B) electropherogram images of samples taken from stable cell lines generated using construct $WT_{opt}$, V16 or V18.**

**Figure 5:** **Analysis of purified antibody by ESI-MS. Figure shows mass spectroscopy profiles from deglycosylated material. Note: *= residual glycosylation in $WT_{opt}$ derived sample.**

## CONCLUSION

- Evaluation of a panel of alternative signal sequences in stable cell lines has identified sequences which result in increased antibody concentrations in media compared to the antibody derived signal sequences routinely used at Lonza.
- Two lead candidate sequences were identified for further evaluation by additional experimentation.
- Analysis of antibody product generated using these sequences shows no change in antibody product by SDS-electrophoresis or ESI-MS. This suggests that no alteration in antibody product has been introduced when expressed using these different signal sequence and that the signal sequences used are processed appropriately. Antibody product quality is therefore unlikely to be adversely affected by use of the alternative signal sequences.
- To further characterise the benefit of the lead signal sequence, stable cell lines will be constructed using construct V18 and evaluated in bioreactors run in fed-batch mode.
- Choice of signal sequence is likely to be a key contributor towards improved antibody expression.

## ACKNOWLEDGMENTS

Cell Culture Process Development
Analytical Development
Richard Aldcroft
Lisa Newey

## REFERENCES

1. Kalwy S, Rance J, Young R. Mol Biotechnol. 2006 Oct;34(2):151-6.

### Contact Details for Corresponding Author:

James Rance, Lonza Biologics plc, 228 Bath Road, Slough SL1 4DX, UK
Ph: +44 (0) 1753 716527
james.rance@lonza.com

### For General Enquiries please contact:

Email: GSlonza@lonza.com, Web: www.lonza.com