IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIMMUNE, LLC, BIOGEN IDEC INC., AND ALEXION PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 11-84-SLR<br><br>JURY TRIAL DEMANDED |

### ENTRY OF APPEARANCE

Please enter the appearance of Daniel M. Attaway of the firm Connolly Bove Lodge & Hutz, 1007 North Orange Street, P.O. Box 2207, Wilmington, DE 19899-2207, on behalf of MedImmune, LLC.

*Of Counsel:*
Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW, GARRETT &
    DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
Telephone: 571-203-2755

Linda A. Wadler
Kakoli Caprihan
FINNEGAN, HENDERSON, FARABOW, GARRETT &
    DUNNER LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: 202-408-4000

Elliot M. Olstein
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY &
    AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973-994-1700

DATED: October 4, 2011

Respectfully submitted,

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)
Daniel M. Attaway (#5130)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com
dattaway@cblh.com

*Attorneys for MedImmune, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2011, I electronically filed a true and correct copy of **ENTRY OF APPEARANCE** via CM/ECF and electronically mailed a copy to the below individuals:

*Novartis Vaccines & Diagnostics, Inc.*
Evan R. Chesler
David Greenwald
Teena-Ann V. Sankoorikal
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
echesler@cravath.com
dgreenwald@cravath.com
tsankoorikal@cravath.com

*Novartis Vaccines & Diagnostics, Inc.*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

*Alexion Pharmaceuticals, Inc.*
Gerald J. Flattmann, Jr.
Christine Willgoos
PAUL HASTINGS LLP
Park Avenue Tower
75 E. 55th Street, 1st Floor
New York, NY 10022
geraldflattmann@paulhastings.com
christinewillgoos@paulhastings.com

*Alexion Pharmaceuticals, Inc.*
Brian E. Farnan (#4089)
FARNAN LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com

*Biogen Idec Inc.*
Donald R. Ware
Jeremy A. Younkin
FOLEY HOAG LLP
Seaport West
155 Seaport Blvd.
Boston, MA 02210-2600
dware@foleyhoag.com
jyounkin@foleyhoag.com

*Biogen Idec Inc.*
Collins J. Seitz, Jr. (#2237)
SEITZ ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
mbourke@cblh.com

4495898