# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MEDIMMUNE, LLC, <br> BIOGEN IDEC, INC., AND <br> ALEXION PHARMACEUTICALS, INC., <br><br> *Defendants*. | C.A. No. 11-CV-84 (SLR) |

## NOTICE OF WITHDRAWAL

Pursuant to the direction of the Honorable Mary Pat Thynge, Plaintiff Novartis Vaccines & Diagnostics, Inc. hereby withdraws its Memorandum in Support of Motion for an Order Authorizing the Issuance of a Letter of Request and a Commission (D.I. 64). As directed, a letter brief is being filled concurrently herewith.

Dated: October 4, 2011

                                                         */s/ Richard K. Herrmann*
                                                   Richard K. Herrmann (#405)
                                                   MORRIS JAMES LLP
                                                   500 Delaware Avenue, Suite 1500
                                                   Wilmington, DE 19801
                                                   (302) 888-6800
                                                   rherrmann@morrisjames.com
                                                   *Attorneys for Plaintiff,*
                                                   *Novartis Vaccines & Diagnostics, Inc.*

Of Counsel:
Evan R. Chesler
David Greenwald
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000