UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>MEDIMMUNE, LLC,<br>BIOGEN IDEC, INC., AND<br>ALEXION PHARMACEUTICALS, INC.,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 11-cv-0084-SLR<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

Please take notice that on this 27th day of October, 2011, Defendant Biogen Idec Inc. served a copy of the First Amended Response to Plaintiff's First Set of Interrogatories (No. 3) upon the attorneys listed below via e-mail:

Richard K. Herrmann, Esquire
Mary Matterer, Esquire
Morris James LLP
500 Delaware Avenue,
Suite 1500
Wilmington, DE 19899-2306

Larry Coury, Esquire
David Greenwald, Esquire
Jow Lasher, Esquire
Cravath, Swaine & Moore, LLP
825 Eighth Avenue
New York, NY 10019

SEITZ ROSS ARONSTAM & MORITZ LLP

OF COUNSEL:

Donald R. Ware, Esquire
Jeremy A. Younkin, Esquire
Sarah S. Burg, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Phone: (617) 832-1000

Dated: October 27, 2011

By: /s/ Collins J. Seitz, Jr.
    Collins J. Seitz, Jr. (Bar No. 2237)
    100 S. West Street, Suite 400
    Wilmington, DE 19801
    Telephone: (302) 576-1601
    Facsimile: (302) 576-1100
    cseitz@seitzross.com

*Attorneys for Defendant Biogen Idec Inc.*