# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., )<br>Plaintiff, )<br>)<br>v. )<br>)<br>MEDIMMUNE, LLC, )<br>BIOGEN IDEC INC., and )<br>ALEXION PHARMACEUTICALS, INC. )<br>Defendants. )<br>) | C.A. No.: 1:11-CV-84-SLR |

## NOTICE OF SERVICE

Please take notice that on October 27, 2011, counsel for MedImmune, LLC, served copies of

1. MedImmune, LLC's Supplemental Response Pursuant to Federal Rules of Civil Procedure 26(e)(1) to Novartis's Request for Admission No. 1 in the manner indicated below:

*Via Electronic Mail*
*And First Class Mail*
Evan R. Chesler
David Greenwald
Teena-Ann V. Sankoorikal
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
echesler@cravath.com
dgreenwald@cravath.com
tsankoorikal@cravath.com

*Via Electronic Mail*
*And First Class Mail*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

|  |  |
|---|---|
|  | Respectfully submitted, |
| *Of Counsel:* | /s/ Mary W. Bourke |
| Charles E. Lipsey | Mary W. Bourke (#2356) |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP | Daniel M. Attaway (#5130) |
| | CONNOLLY BOVE LODGE & HUTZ LLP |
| Two Freedom Square | 1007 N. Orange Street |
| 11955 Freedom Drive | Wilmington, DE 19899 |
| Reston, VA 20190-5675 | Telephone: (302) 658-9141 |
| Telephone: 571-203-2755 | Facsimile:  (302) 658-5614 |
| | mbourke@cblh.com |
| Linda A. Wadler | dattaway@cblh.com |
| Kakoli Caprihan | |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP | *Attorneys for MedImmune, LLC* |
| 901 New York Avenue, NW | |
| Washington, DC 20001-4413 | |
| Telephone: 202-408-4000 | |
| | |
| Elliot M. Olstein | |
| CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C. | |
| 5 Becker Farm Road | |
| Roseland, NJ 07068 | |
| Telephone: 973-994-1700 | |

DATED:  October 27, 2011

4525170_1