UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC., <br><br> Defendants. | Civ. No. 11-cv-0084-SLR <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

Please take notice that on this 16th day of November, 2011, Defendant Biogen Idec Inc. served a copy of the First Amended Responses to Plaintiff's First Set of Interrogatories (No. 1) upon the attorneys listed below via e-mail:

Richard K. Herrmann, Esquire
Mary Matterer, Esquire
Morris James LLP
500 Delaware Avenue,
Suite 1500
Wilmington, DE 19899-2306

Larry Coury, Esquire
David Greenwald, Esquire
Jow Lasher, Esquire
Cravath, Swaine & Moore, LLP
825 Eighth Avenue
New York, NY 10019

SEITZ ROSS ARONSTAM & MORITZ LLP

OF COUNSEL:

Donald R. Ware, Esquire
Jeremy A. Younkin, Esquire
Sarah S. Burg, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Phone: (617) 832-1000

Dated: November 16, 2011

By: /s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (Bar No. 2237)
100 S. West Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 576-1601
Facsimile: (302) 576-1100
cseitz@seitzross.com

*Attorneys for Defendant Biogen Idec Inc.*