# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 11-84-SLR <br><br> JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF MARCO QUINA

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Marco Quina of the law firm Foley Hoag LLP to represent Defendant Biogen Idec Inc. in this matter.

Dated:  November 18, 2011            SEITZ ROSS ARONSTAM & MORITZ LLP

  */s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (Bar No. 2237)
100 S. West Street, Suite 400
Wilmington, Delaware 19801
Telephone:  (302) 576-1600
cseitz@seitzross.com

*Attorneys for Defendant Biogen Idec, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated:_____            _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Massachusetts and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: November 18, 2011

Marco Quina, Esquire
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: 617 832 3093
mquina@foleyhoag.com