# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC., <br><br> *Defendants*. | Civil Action No. 11-cv-00084-SLR |

## STIPULATION TO EXTEND

Plaintiff Novartis Vaccines & Diagnostics, Inc. and Defendants MedImmune, LLC, Biogen Idec, Inc. and Alexion Pharmaceuticals, Inc., by and through their undersigned counsel, hereby stipulate, subject to the approval of the Court, that the time for Non-Party Lonza to raise objections with the Court regarding the disclosure of post-2009 settlement communications is extended to and including January 9, 2012.

Dated: December 7, 2011

| | |
|---|---|
|    */s/ Richard K. Herrmann*<br>Richard K. Herrmann (#405)<br>Mary B. Matterer (#2696)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br><br>Evan R. Chesler<br>David Greenwald<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>echesler@cravath.com<br>dgreenwald@cravath.com<br><br>*Attorneys for Plaintiff*<br>*Novartis Vaccines & Diagnostics, Inc.* |    */s/ Mary W. Bourke*<br>Mary W. Bourke (#2356)<br>CONNOLLY, BOVE, LODGE & HUTZ<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19899<br>(302) 658-9141<br>mbourke@cblh.com<br><br>Charles E. Lipsey<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190<br>charles.lipsey@finnegan.com<br><br>*Attorneys for Defendant*<br>*MedImmune LLC* |
|    */s/ Brian E. Farnan*<br>Brian E. Farnan (#4089)<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br><br>Christine Willgoos<br>Gerald J. Flattmann, Jr.<br>PAUL HASTINGS LLP<br>Park Avenue Tower<br>75 E. 55th Street<br>New York, NY 10022<br>christinewillgoos@paulhastings.com<br>geraldflattmann@paulhastings.com<br><br>*Attorneys for Defendant*<br>*Alexion Pharmaceuticals Inc.* |    */s/ Collins J. Seitz, Jr.*<br>Collins J. Seitz, Jr. (#2237)<br>SEITZ ROSS ARONSTAM & MORITZ LLP<br>100 S. West Street, Suite 400<br>Wilmington, DE 19801<br>(302) 576-1600<br>cseitz@seitzross.com<br><br>Donald A. Ware<br>Jeremy A. Younkin<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210<br>dware@foleyhoag.com<br>jyounkin@foleyhoag.com<br><br>*Attorneys for Defendant*<br>*Biogen Idec Inc.* |

3

**IT IS SO ORDERED** this _____ day of _____, 2011.

_____
United States District Court Judge