UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC., <br><br> Defendants. | Civ. No. 11-cv-0084-SLR <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

Please take notice that on this 16th day of December, 2011, Defendant Biogen Idec Inc.'s First Amended Responses to Plaintiff's First Set of Interrogatories (No. 7) were served upon the attorneys listed below via e-mail:

| | |
|---|---|
| Richard K. Herrmann, Esquire <br> Mary Matterer, Esquire <br> Morris James LLP <br> 500 Delaware Avenue, <br> Suite 1500 <br> Wilmington, DE 19899-2306 | Larry A. Coury, Esquire <br> David Greenwald, Esquire <br> Joseph E. Lasher, Esquire <br> Cravath, Swaine & Moore LLP <br> 825 Eighth Avenue <br> New York, NY 10019 |

SEITZ ROSS ARONSTAM & MORITZ LLP

OF COUNSEL:

Donald R. Ware, Esquire
Jeremy A. Younkin, Esquire
Sarah S. Burg, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Phone: (617) 832-1000

Dated: December 16, 2011

By: */s/ Collins J. Seitz, Jr.*
   Collins J. Seitz, Jr. (Bar No. 2237)
   100 S. West Street, Suite 400
   Wilmington, DE 19801
   Telephone: (302) 576-1601
   Facsimile: (302) 576-1100
   cseitz@seitzross.com

   *Attorneys for Defendant Biogen Idec Inc.*

00005148v1