**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., )<br>                        Plaintiff,         )<br>                                            )<br>             v.                             )<br>                                            )<br>MEDIMMUNE, LLC,                             )<br>BIOGEN IDEC INC., and                       )<br>ALEXION PHARMACEUTICALS, INC.               )<br>                        Defendants.         )<br>                                            ) | C.A. No.: 1:11-CV-84-SLR |

**NOTICE OF SERVICE**

Please take notice that on December 16, 2011, counsel for MedImmune, LLC, served copies of

    1.    MedImmune, LLC's First Supplemental Responses to Novartis's Interrogatory Nos. 1 and 7

in the manner indicated below:

*Via Electronic Mail*
Evan R. Chesler
David Greenwald
Teena-Ann V. Sankoorikal
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
echesler@cravath.com
dgreenwald@cravath.com
tsankoorikal@cravath.com

*Via Electronic Mail*
Richard K. Herrmann
Mary B. Matterer
Kenneth L. Dorsney
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

|  |  |
|---|---|
| | Respectfully submitted, |
| *Of Counsel:* | */s/ Mary W. Bourke* |
| Charles E. Lipsey | Mary W. Bourke (#2356) |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP | Daniel M. Attaway (#5130) |
| | CONNOLLY BOVE LODGE & HUTZ LLP |
| Two Freedom Square | 1007 N. Orange Street |
| 11955 Freedom Drive | Wilmington, DE 19899 |
| Reston, VA 20190-5675 | Telephone: (302) 658-9141 |
| Telephone: 571-203-2755 | Facsimile:  (302) 658-5614 |
| | mbourke@cblh.com |
| Linda A. Wadler | dattaway@cblh.com |
| Kakoli Caprihan | |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP | *Attorneys for MedImmune, LLC* |
| 901 New York Avenue, NW | |
| Washington, DC 20001-4413 | |
| Telephone: 202-408-4000 | |

Elliot M. Olstein
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973-994-1700

DATED:  December 16, 2011

4586711