## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., | : : : |
| Plaintiff, | : : |
| v. | :   C. A. No. 11-84-SLR : |
| MEDIMMUNE, LLC, BIOGEN IDEC, INC., and ALEXION PHARMACEUTICALS, INC., | : : : : |
| Defendants. | : |

## ORDER

At Wilmington this **20th** day of **December, 2011**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, January 25, 2012 at 10:00 a.m. Eastern Time** with Magistrate Judge Thynge to address discovery issues. **Richard K. Herrmann, Esquire shall initiate the teleconference call to 302-573-6173.**

Counsel are reminded to follow the provisions set forth in the Court's Order dated August 11, 2011. The initial letter(s) shall be due no later than **10:00 a.m., Monday, January 23, 2012.** The responsive letter(s) shall be due no later than **10:00 a.m., Tuesday, January 24, 2012.** Courtesy copies shall be **Hand Delivered** to the Clerk's Office **within one hour of e-filing.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE
