# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC., <br><br> *Defendants*. | Civil Action No. 11-cv-00084-SLR |

## MOTION FOR TELECONFERENCE
## TO RESOLVE DISCOVERY DISPUTE

Plaintiff Novartis Vaccines & Diagnostics, Inc. respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding discovery matters. As a result of a previous teleconference with Chambers, the parties will provide submissions and present their respective positions consistent with the Court's Order on Discovery Matters during a teleconference on January 25, 2012 at 10:00 a.m. with counsel for Plaintiff to initiate the call.

Dated: December 20, 2011

    */s/ Richard K. Herrmann*
Richard K. Herrmann (# 405)
Mary B. Matterer (# 2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Plaintiff*
*NOVARTIS VACCINES & DIAGNOSTICS, INC.*