# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MEDIMMUNE, LLC, <br> BIOGEN IDEC, INC., AND <br> ALEXION PHARMACEUTICALS, INC., <br><br> *Defendants.* | Civil Action No. 11-00084 SLR |

## NOTICE OF SERVICE

Please take notice that on the 20th day of December, 2011, copies of the following documents:

1. **PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS and**

2. **PLAINTIFF'S SECOND SET OF INTERROGATORIES**

were served upon the attorneys listed below via email:

| | |
|---|---|
| Mary W. Bourke <br> Connolly, Bove, Lodge & Hutz <br> The Nemours Building <br> 1007 North Orange Street <br> Wilmington, DE 19899 <br> mbourke@cblh.com <br> *Attorneys for MedImmune LLC* | Charles E. Lipsey <br> Finnegan, Henderson, Farabow, Garrett & Dunner LLP <br> Two Freedom Square <br> 11955 Freedom Drive <br> Reston, VA 20190 <br> charles.lipsey@finnegan.com <br> *Attorneys for MedImmune LLC* |
| Collins J. Seitz, Jr. <br> Seitz Ross Aronstam & Moritz LLP <br> 100 S. West Street, Suite 400 <br> Wilmington, DE 19801 <br> cseitz@seitzross.com <br> *Attorneys for Biogen Idec Inc.* | Donald A. Ware <br> Jeremy A. Younkin <br> Foley Hoag LLP <br> 155 Seaport Boulevard <br> Boston, Massachusetts 02210 <br> dware@foleyhoag.com <br> jyounkin@foleyhoag.com <br> *Attorneys for Biogen Idec Inc.* |

Brian E. Farnan
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
*Attorneys for*
*Alexion Pharmaceuticals Inc.*

Christine Willgoos
Gerald J. Flattmann , Jr.
Paul Hastings LLP
Park Avenue Tower
75 E. 55th Street
New York, NY 10022
christinewillgoos@paulhastings.com
geraldflattmann@paulhastings.com
*Attorneys for*
*Alexion Pharmaceuticals Inc.*

  */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Novartis Vaccines & Diagnostics, Inc.*