IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MEDIMMUNE, LLC, et al., <br><br> Defendants. | C.A. No. 11-cv-84-SLR-MPT <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 23, 2011, a copy of: (i) Defendant Alexion's Third Supplemental Objection and Response to Plaintiff's Interrogatory No. 7 and (ii) Alexion's Second Set of Requests for the Production of Documents and Things to Novartis (Nos. 12-36) was served on the following as indicated:

<u>Via Hand Delivery and E-Mail</u>
Richard K. Herrmann
Mary B. Matterer
Kenneth L. Dorsney
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

<u>Via E-Mail</u>
David Greenwald
Joseph E. Lasher
Larry Coury
Cravath, Swaine & Moore LLP
dgreenwald@cravath.com
jlasher@cravath.com
lcoury@cravath.com

Date: December 23, 2011

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Joseph J. Farnan, III (Bar No. 3945)
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300

Facsimile: (302) 777-0301
bfarnan@farnanlaw.com

Gerald J. Flattmann, Jr. (admitted *pro hac vice*)
Christine Willgoos (admitted *pro hac vice*)
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 E. 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Attorneys for Defendant Alexion Pharmaceuticals, Inc.*