# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>MEDIMMUNE, LLC,<br>BIOGEN IDEC, INC., AND<br>ALEXION PHARMACEUTICALS, INC.,<br><br>*Defendants.* | Civil Action No. 11-00084 SLR |

## NOTICE OF SERVICE

Please take notice that on the 23rd day of December, 2011, copies of the following document: **NVD'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST SET OF JOINT INTERROGATORIES (NOS. 1-7)**, were served upon the attorneys listed below via email:

Mary W. Bourke
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
mbourke@cblh.com
*Attorneys for MedImmune LLC*

Charles E. Lipsey
Finnegan, Henderson, Farabow, Garrett &
    Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
charles.lipsey@finnegan.com
*Attorneys for MedImmune LLC*

Collins J. Seitz , Jr.
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com
*Attorneys for Biogen Idec Inc.*

Donald A. Ware
Jeremy A. Younkin
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
dware@foleyhoag.com
jyounkin@foleyhoag.com
*Attorneys for Biogen Idec Inc.*

| | |
|---|---|
| Brian E. Farnan<br>Farnan LLP<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>bfarnan@farnanlaw.com<br>*Attorneys for*<br>*Alexion Pharmaceuticals Inc.* | Christine Willgoos<br>Gerald J. Flattmann , Jr.<br>Paul Hastings LLP<br>Park Avenue Tower<br>75 E. 55th Street<br>New York, NY 10022<br>christinewillgoos@paulhastings.com<br>geraldflattmann@paulhastings.com<br>*Attorneys for*<br>*Alexion Pharmaceuticals Inc.* |

    */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Novartis Vaccines & Diagnostics, Inc.*