# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>MEDIMMUNE, LLC,<br>BIOGEN IDEC, INC., AND<br>ALEXION PHARMACEUTICALS, INC.,<br><br>*Defendants*. | Civil Action No. 11-00084 SLR |

## NOTICE OF SERVICE

Please take notice that on the 23rd day of January, 2012, copies of the following documents: **(1) NOVARTIS V&D'S RESPONSES AND OBJECTIONS TO DEFENDANTS' SECOND SET OF JOINT DOCUMENT REQUESTS; and (2) NOVARTIS V&D'S RESPONSES AND OBJECTIONS TO ALEXION'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**, were served upon the attorneys listed below as indicated:

**Via Email and Hand Delivery:**
Mary W. Bourke
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
mbourke@cblh.com
*Attorneys for MedImmune LLC*

**Via Email**
Charles E. Lipsey
Finnegan, Henderson, Farabow, Garrett &
   Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
charles.lipsey@finnegan.com
*Attorneys for MedImmune LLC*

Elliot M. Olstein
Carella, Byrne, Cecchi, Olstein, Brody &
Agnello P.C.
5 Becker Farm Road
Roseland, New Jersey 07068-1739
EOlstein@CarellaByrne.com
*Attorneys for MedImmune LLC*

**Via Email and Hand Delivery:**
Collins J. Seitz , Jr.
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com
*Attorneys for Biogen Idec Inc.*

**Via Email**
Donald A. Ware
Jeremy A. Younkin
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
dware@foleyhoag.com
jyounkin@foleyhoag.com
*Attorneys for Biogen Idec Inc.*

**Via Email and Hand Delivery:**
Brian E. Farnan
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
*Attorneys for*
*Alexion Pharmaceuticals Inc.*

**Via Email**
Christine Willgoos
Gerald J. Flattmann , Jr.
Paul Hastings LLP
Park Avenue Tower
75 E. 55th Street
New York, NY 10022
christinewillgoos@paulhastings.com
geraldflattmann@paulhastings.com
*Attorneys for*
*Alexion Pharmaceuticals Inc.*

Dated: January 23, 2012

   /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Novartis Vaccines & Diagnostics, Inc.*