UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 11-cv-0084-SLR ) |
| MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC., | ) **JURY TRIAL DEMANDED** ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SERVICE

Please take notice that on this 23rd day of January, 2012, Defendant Biogen Idec Inc.'s Responses to Plaintiff's Second Set of Interrogatories and Defendant Biogen Idec's Responses to Plaintiff's Second Request For Production of Documents were served upon the attorneys listed below via e-mail:

Richard K. Herrmann, Esquire
Mary Matterer, Esquire
Morris James LLP
500 Delaware Avenue,
Suite 1500
Wilmington, DE 19899-2306

Larry A. Coury, Esquire
David Greenwald, Esquire
Joseph E. Lasher, Esquire
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

SEITZ ROSS ARONSTAM & MORITZ LLP

OF COUNSEL:

Donald R. Ware, Esquire
Jeremy A. Younkin, Esquire
Sarah S. Burg, Esquire
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Phone:  (617) 832-1000

Dated:  January 23, 2012

By: */s/ Collins J. Seitz, Jr.*
 Collins J. Seitz, Jr. (Bar No. 2237)
 100 S. West Street, Suite 400
 Wilmington, DE 19801
 Telephone:  (302) 576-1601
 Facsimile:   (302) 576-1100
 cseitz@seitzross.com

*Attorneys for Defendant Biogen Idec Inc.*