IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., | |
| Plaintiff, | C.A. No. 11-cv-84-SLR-MPT |
| vs. | JURY TRIAL DEMANDED |
| MEDIMMUNE, LLC, et al., | |
| Defendants. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 23, 2012, a copy of: (i) Defendant Alexion

Pharmaceuticals, Inc.'s Response to Plaintiff's Second Request for Production of Documents to

Defendants and (ii) Defendant Alexion Pharmaceuticals, Inc.'s Objections and Responses to

Plaintiff's Second Set of Interrogatories was served on the following as indicated:

Via Hand Delivery and E-Mail
Richard K. Herrmann
Mary B. Matterer
Kenneth L. Dorsney
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

Via E-Mail
David Greenwald
Joseph E. Lasher
Larry Coury
Cravath, Swaine & Moore LLP
dgreenwald@cravath.com
jlasher@cravath.com
lcoury@cravath.com

Date: January 23, 2012

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Joseph J. Farnan, III (Bar No. 3945)
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300

Facsimile: (302) 777-0301
bfarnan@farnanlaw.com

Gerald J. Flattmann, Jr. (admitted *pro hac vice*)
Christine Willgoos (admitted *pro hac vice*)
Paul Hastings LLP
Park Avenue Tower
75 E. 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Attorneys for Defendant Alexion Pharmaceuticals,*
*Inc.*