**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br> Plaintiff, <br><br> v. <br><br> MEDIMMUNE, LLC, <br> BIOGEN IDEC INC., and <br> ALEXION PHARMACEUTICALS, INC. <br> Defendants. | C.A. No.: 1:11-CV-84-SLR |

**NOTICE OF SERVICE**

Please take notice that on January 23, 2012, counsel for MedImmune, LLC, served copies of the following documents:

- **MEDIMMUNE, LLC'S RESPONSES TO NOVARTIS'S SECOND SET OF INTERROGATORIES (NOS. 11-13)**

- **MEDIMMUNE, LLC'S RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS**

in the manner indicated below:

| | |
|---|---|
| *Via Electronic Mail* <br> David Greenwald <br> Larry A. Coury <br> Joseph E. Lasher <br> CRAVATH, SWAINE & MOORE LLP <br> 825 Eighth Avenue <br> New York, NY 10019 <br> dgreenwald@cravath.com <br> lcoury@cravath.com <br> jlasher@cravath.com <br> *Attorneys for Novartis Vaccines & Diagnostics, Inc.* | *Via Electronic Mail* <br> Richard K. Herrmann (#405) <br> Mary B. Matterer (#2696) <br> Kenneth L. Dorsney (#3726) <br> MORRIS JAMES LLP <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801 <br> rherrmann@morrisjames.com <br> mmatterer@morrisjames.com <br> kdorsney@morrisjames.com <br> *Attorneys for Novartis Vaccines & Diagnostics, Inc.* |

*Via Electronic Mail*
Gerald J. Flattmann, Jr.
Christine Willgoos
PAUL HASTINGS LLP
Park Avenue Tower
75 E. 55th Street, 1st Floor
New York, NY 10022
geraldflattmann@paulhastings.com
christinewillgoos@paulhastings.com
*Attorneys for Alexion Pharmaceuticals Inc.*

*Via Electronic Mail*
Brian E. Farnan (#4089)
FARNAN LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
*Attorneys for Alexion Pharmaceuticals Inc.*

*Via Electronic Mail*
Donald R. Ware
Jeremy A. Younkin
FOLEY HOAG LLP
Seaport West
155 Seaport Blvd.
Boston, MA 02210-2600
dware@foleyhoag.com
jyounkin@foleyhoag.com
*Attorneys for Biogen Idec Inc.*

*Via Electronic Mail*
Collins J. Seitz, Jr. (#2237)
SEITZ ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com
*Attorneys for Biogen Idec Inc.*

    PLEASE TAKE FURTHER NOTICE that on January 23, 2012, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served copies on the above-listed counsel in the manner indicated.

    Respectfully submitted,

*Of Counsel:*
Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
Telephone: 571-203-2755

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)
Daniel M. Attaway (#5130)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile:  (302) 658-5614
mbourke@cblh.com
dattaway@cblh.com

*Attorneys for MedImmune, LLC*

Linda A. Wadler
Kakoli Caprihan
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: 202-408-4000

Elliot M. Olstein
CARELLA, BYRNE, CECCHI, OLSTEIN,
 BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973-994-1700

DATED:  January 23, 2012

4625775_1