**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., *Plaintiff*, v. MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC., *Defendants*. | Civil Action No. 11-cv-84-SLR |

**ENTRY OF APPEARANCE**

Please enter the appearances of John Kappos, Bo K. Moon, Diane K. Pang, Michael L. Myers, and George A. Riley and the law firm of O'Melveny & Myers LLP as counsel for Plaintiff Novartis Vaccines & Diagnostics, Inc. in the above referenced matter. Contact information is as follows:

| | | |
|---|---|---|
| John Kappos O'Melveny & Myers LLP 610 Newport Center Drive, 17th Floor Newport Beach, CA 92660 (949) 760-9600 jkappos@omm.com | Bo K. Moon O'Melveny & Myers LLP 610 Newport Center Drive, 17th Floor Newport Beach, CA 92660 (949) 823-7183 bmoon@omm.com | Diane K. Pang O'Melveny & Myers LLP 610 Newport Center Drive, 17th Floor Newport Beach, CA 92660 (949) 823-6989 dpang@omm.com |
| Michael L. Myers O'Melveny & Myers LLP 610 Newport Center Drive, 17th Floor Newport Beach, CA 92660 (949) 823-7907 mmyers@omm.com | George A. Riley O'Melveny & Myers LLP Two Embarcadero Center, 28th Floor San Francisco, CA 94111 (415) 984-8741 griley@omm.com | |

The firm of Morris James LLP will continue to act as counsel for Plaintiff as well.

Dated: March 2, 2012

   */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. #405)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Plaintiff,*
*Novartis Vaccines & Diagnostics, Inc.*