# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>MEDIMMUNE, INC.,<br>BIOGEN IDEC, INC., AND<br>ALEXION PHARMACEUTICALS, INC.,<br><br>*Defendants*. | Civil Action No. 11-cv-00084-SLR |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearances of attorneys Evan R. Chesler, David Greenwald, Larry A. Coury and Joseph E. Lasher and the law firm of CRAVATH, SWAINE & MOORE LLP are hereby withdrawn as counsel of record for NOVARTIS VACCINES & DIAGNOSTICS, INC., ("Novartis"). Novartis continues to be represented by the law firms of Morris James LLP and O'Melveny & Myers LLP.

Dated: March 9, 2012

                                                          */s/ Richard K. Herrmann*
                                            Richard K. Herrmann (#405)
                                            MORRIS JAMES LLP
                                            500 Delaware Avenue, Suite 1500
                                            Wilmington, DE 19801
                                            (302) 888-6800
                                            rherrmann@morrisjames.com

                                            *Attorneys for Plaintiff*
                                            *Novartis Vaccines & Diagnostics, Inc.*