# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDIMMUNE, LLC, BIOGEN IDEC INC., AND ALEXION PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 11-84-SLR |

## MOTION FOR TELECONFERENCE
## TO RESOLVE DISCOVERY DISPUTE

Defendant MedImmune, LLC respectfully moves the Court to schedule a teleconference to address an outstanding dispute regarding a discovery matter.

As a result of a previous teleconference with Chambers, the parties will provide submissions and present their respective positions consistent with the Court's Order on Discovery Matters during a teleconference on April 12, 2012 at 3:00 p.m. with counsel for the Defendant, MedImmune, LLC to initiate the call.

DATED: March 9, 2012

Respectfully submitted,

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)
Daniel M. Attaway (#5130)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

4686910

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of March, 2012, I electronically filed a true and correct copy of **MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY ISSUE** via CM/ECF and electronically mailed a copy to the below individuals:

*Novartis Vaccines & Diagnostics, Inc.*
John Kappos
Bo K. Moon
Diane K. Pang
Michael L. Myers
George A. Riley
O'Melveny & Myers LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
jkappos@omm.com
bmoon@omm.com
dpang@omm.com
mmyers@omm.com
griley@omm.com

*Novartis Vaccines & Diagnostics, Inc.*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Kenneth L. Dorsney (#3726)
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

*Alexion Pharmaceuticals, Inc.*
Gerald J. Flattmann, Jr.
Christine Willgoos
Alyssa D. Klapper
Anthony Michael
Petra Scamborova
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 E. 55th Street, 1st Floor
New York, NY 10022
geraldflattmann@paulhastings.com
christinewillgoos@paulhastings.com
alyssaklapper@paulhastings.com
anthonymichael@paulhastings.com
petrascamborova@paulhastings.com

*Alexion Pharmaceuticals, Inc.*
Brian E. Farnan (#4089)
Farnan LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com

*Biogen Idec Inc.*
Donald R. Ware
Jeremy A. Younkin
Marco J. Qunia
Sarah S. Burg
Foley Hoag LLP
Seaport West
155 Seaport Blvd.
Boston, MA 02210-2600
dware@foleyhoag.com
jyounkin@foleyhoag.com
mquina@foleyhoag.com
sburg@foleyhoag.com

*Biogen Idec Inc.*
Collins J. Seitz, Jr. (#2237)
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

*/s/ Mary W. Bourke*_____
Mary W. Bourke (#2356)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
mbourke@cblh.com