**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MEDIMMUNE, LLC,  BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC. <br><br> *Defendants*. | Civil Action No. 11-cv-00084-SLR |

## NOVARTIS VACCINES AND DIAGNOSTICS, INC'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT NAMING NOVARTIS PHARMA AG AS A CO-PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 15 and this Court's Scheduling Order, Plaintiff Novartis Vaccines and Diagnostics, Inc. ("V&D") and proposed co-plaintiff Novartis Pharma AG ("Pharma") respectfully request the court's leave to file a supplemental complaint naming Pharma as a co-plaintiff in this action.  On July 11, Plaintiff's counsel have met and conferred with counsel for Defendants MedImmune, LLC ("MedImmune"), Biogen Idec, Inc. ("Biogen"), and Alexion Pharmaceuticals, Inc. ("Alexion"), and Defendants do not oppose this motion.  Upon the approval of the Court, the Complaint will be supplemented in the form of Exhibit A, filed concurrently herewith.  A comparison showing the changes from V&D's First Amended Complaint, filed on July 22, 2011, is also attached as Exhibit B.


Dated:  July 13, 2012

*/s/ Richard K. Herrmann*

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

George A. Riley (pro hac vice)
O'Melveny & Myers LLP
Two Embarcadero Center
San Francisco, CA  94111
(415) 984-8700
griley@OMM.com

John C. Kappos (pro hac vice)
Bo K. Moon (pro hac vice)
O'Melveny & Myers LLP
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660
(949) 823-6954
jkappos@OMM.com
bmoon@OMM.com

*Attorneys for Plaintiff,*
NOVARTIS VACCINES AND DIAGNOSTICS, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC., AND NOVARTIS PHARMA AG,<br><br>*Plaintiffs*,<br><br>v.<br><br>MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC.<br><br>*Defendants*. | Civil Action No. 11-cv-00084-SLR |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE
SUPPLEMENTAL COMPLAINT NAMING NOVARTIS PHARMA AG AS A CO-
PLAINTIFF**

Plaintiff's unopposed motion to file supplemental complaint naming Novartis Pharma AG as a co-plaintiff is GRANTED.


Dated:  July ___, 2012

_____
Hon. Sue. L. Robinson
UNITED STATES DISTRICT JUDGE