**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC. <br><br> *Defendants*. | Civil Action No. 11-cv-00084-SLR |

**MEDIMMUNE LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS TO NOVARTIS VACCINES & DIAGNOSTICS, INC.'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Pursuant to Federal Rule of Civil Procedure 15 and this Court's Scheduling Order, Defendant MedImmune, LLC ("MedImmune") respectfully requests the court's leave to file a First Amended Answer, Affirmative Defenses, and Counterclaims to Novartis Vaccines & Diagnostics, Inc.'s First Amended Complaint for Patent Infringement ("MedImmune's First Amended Answer, Affirmative Defenses, and Counterclaims"). This motion for leave to file MedImmune's First Amended Answer, Affirmative Defenses, and Counterclaims has been filed before the deadline to amend pleadings set forth in the Scheduling Order for this case. (D.I. 36.) MedImmune's First Amended Answer, Affirmative Defenses, and Counterclaims will not result in any change to the Court's schedule for this case, will not cause prejudice to the Plaintiff, and is not futile.

On July 12, 2012, MedImmune's counsel met and conferred with counsel for Plaintiff Novartis Vaccines and Diagnostics, Inc. and Plaintiff does not oppose this motion. Pursuant to Delaware District Court Local Rule 15.1, attached as Exhibit A is MedImmune's proposed First

Amended Answer, Affirmative Defenses, and Counterclaims bearing an electronic signature. Attached as Exhibit B is a redline copy of MedImmune's First Amended Answer, Affirmative Defenses, and Counterclaims showing the changes from MedImmune's Answer, Affirmative Defenses, and Counterclaims filed on August 8, 2011. MedImmune respectfully requests that the Court grant its unopposed Motion and allow MedImmune to amend its Answer, Affirmative Defenses, and Counterclaims to Novartis Vaccines & Diagnostics, Inc.'s First Amended Complaint for Patent Infringement.

DATED: July 15, 2012

*Of Counsel:*

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
Telephone: 571-203-2755
charles.lipsey@finnegan.com

Linda A. Wadler
Marcus Kretzschmar
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington DC 20001-4413
Telephone: 202-408-4000
linda.wadler@finnegan.com
marcus.kretzschmar@finnegan.com

Alissa Keely Lipton
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
55 Cambridge Parkway
Cambridge, MA 0214201215
Telephone: 617-452-1643
alissa.lipton@finnegan.com

Respectfully submitted,

 */s/ Mary W. Bourke*
Mary W. Bourke (#2356)
Daniel M. Attaway (#5130)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
mbourke@cblh.com
dattaway@cblh.com

*Attorneys for MedImmune, LLC*

2

Elliot M. Olstein
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973-994-1700
eolstein@carellabyrne.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC., AND NOVARTIS PHARMA AG,<br><br>        *Plaintiffs*,<br><br>     v.<br><br>MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC.<br><br>        *Defendants*. | Civil Action No. 11-cv-00084-SLR |

### [PROPOSED] ORDER GRANTING MEDIMMUNE LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS TO NOVARTIS VACCINES & DIAGNOSTICS, INC.'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

  MedImmune, LLC's unopposed motion to file its First Amended Answer, Affirmative Defenses, and Counterclaims to Novartis Vaccines & Diagnostics, Inc.'s First Amended Complaint for Patent Infringement is GRANTED.

Dated: July __, 2012

                     Hon. Sue. L. Robinson
                     UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

PLEASE TAKE FURTHER NOTICE that on July 15, 2012, I caused **MEDIMMUNE LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS TO NOVARTIS VACCINES & DIAGNOSTICS, INC.'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT** to be electronically filed with the Clerk of the Court using CM/ECF and electronically mailed copies to the following individuals:

*Novartis Vaccines & Diagnostics, Inc.*
John C. Kappos
Bo K. Moon
Diane K. Pang
Michael L. Myers
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
jkappos@omm.com
bmoon@omm.com
dpang@omm.com
mmyers@omm.com

George A. Riley
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
griley@omm.com

Novartis Vaccines & Diagnostics, Inc.
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

*Alexion Pharmaceuticals, Inc.*
Gerald J. Flattmann, Jr.
Christine Willgoos
PAUL HASTINGS LLP
Park Avenue Tower
75 E. 55th Street, 1st Floor
New York, NY 10022
geraldflattmann@paulhastings.com
christinewillgoos@paulhastings.com

*Attorneys for Alexion Pharmaceuticals, Inc.*

*Alexion Pharmaceuticals, Inc.*
Brian E. Farnan (#4089)
FARNAN LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com

*Attorneys for Alexion Pharmaceuticals, Inc.*

*Biogen Idec Inc.*
Donald R. Ware
Jeremy A. Younkin
FOLEY HOAG LLP
Seaport West
155 Seaport Blvd.
Boston, MA 02210-2600
dware@foleyhoag.com
jyounkin@foleyhoag.com

*Attorneys for Biogen Idec Inc.*

*Biogen Idec Inc.*
Collins J. Seitz, Jr. (#2237)
SEITZ ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com

*Attorneys for Biogen Idec Inc.*

DATED:  July 15, 2012

  */s/ Mary W. Bourke*
Mary W. Bourke (#2356)
Daniel M. Attaway (#5130)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
mbourke@cblh.com
dattaway@cblh.com

*Attorneys for MedImmune, LLC*