**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC. AND NOVARTIS PHARMA AG<br><br>*Plaintiff*,<br><br>v.<br><br>MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC.,<br><br>*Defendants*. | Civil Action No. 11-84 (SLR)<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF NOVARTIS VACCINES AND DIAGNOSTICS, INC.S' ANSWER TO DEFENDANT BIOGEN'S FIRST AMENDED COUNTERCLAIMS TO NOVARTIS'S FIRST AMENDED COMPLAINT**

Plaintiff Novartis Vaccines and Diagnostics, Inc. ("V&D") answers the First Amended Counterclaims of Defendant Biogen Idec, Inc. ("Biogen") as follows:

**COUNTERCLAIMS**

1. V&D admits that Biogen seeks declarations that the '688 Patent is invalid and has not been infringed by Biogen.

**NATURE OF THE ACTION**

2. V&D admits the allegations of paragraph 2.

**THE PARTIES**

3. Upon information and belief, V&D admits the allegations of paragraph 3.

4. V&D admits the allegations of paragraph 4.

**JURISDICTIONAL STATEMENT**

5. V&D admits the allegations of paragraph 5.

6. V&D admits the allegations of paragraph 6.

7. V&D admits that this Court has personal jurisdiction over it.

8. V&D admits the allegations of paragraph 8.

9. V&D admits the allegations of paragraph 9.

## FIRST COUNT

### (Declaration of Noninfringement of the '688 Patent)

10. V&D admits that defendant Biogen purports to incorporate by reference Paragraphs 1 through 9 of its Counterclaim. V&D incorporates by reference Paragraphs 1 through 9 of its answers to Biogen's Counterclaim.

11. V&D admits the allegations of paragraph 11.

12. V&D admits the allegations of paragraph 12.

13. V&D denies the allegations of paragraph 13.

## SECOND COUNT

### (Declaration of Invalidity of the '688 Patent)

14. V&D admits that defendant Biogen purports to incorporate by reference Paragraphs 1 through 13 of its Counterclaim. V&D incorporates by reference Paragraphs 1 through 13 of its answers to Biogen's Counterclaim.

15. Novartis V&D admits the allegations of paragraph 15.

16. Novartis V&D denies the allegations of paragraph 16.

## AFFIRMATIVE DEFENSE TO COUNTERCLAIMS

Novartis V&D asserts the following affirmative defense: Biogen's counterclaims fail to state claims upon which relief can be granted.

## **PRAYER FOR RELIEF**

WHEREFORE, Novartis V&D respectfully requests the Court to enter a judgment:

A. dismissing Biogen's counterclaims in their entirety with prejudice, and

B. granting any such additional relief the Court deems just and proper.


Dated: August 1, 2012

/s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

George A. Riley (pro hac vice)
O'Melveny & Myers LLP
Two Embarcadero Center
San Francisco, CA 94111
(415) 984-8700
griley@OMM.com

John C. Kappos (pro hac vice)
Bo K. Moon (pro hac vice)
O'MELVENY & MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660
(949) 823-6954
jkappos@OMM.com
bmoon@OMM.com

*Attorneys for Plaintiff, Novartis Vaccines and Diagnostics, Inc.*