**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC., AND NOVARTIS PHARMA AG, <br><br> *Plaintiffs*, <br><br> v. <br><br> MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC., <br><br> *Defendants*. | Civil Action No. 1:11-CV-84-SLR <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFFS NOVARTIS VACCINES AND DIAGNOSTICS, INC.'S
AND NOVARTIS PHARMA AG'S ANSWER TO
DEFENDANT BIOGEN IDEC'S COUNTERCLAIMS TO PLAINTIFFS' FIRST
SUPPLEMENTAL COMPLAINT TO FIRST AMENDED COMPLAINT**

Plaintiffs Novartis Vaccines and Diagnostics, Inc. and Novartis Pharma AG (collectively "Plaintiffs") answer the Counterclaims of Defendant Biogen Idec, Inc. ("Biogen") as follows:

**COUNTERCLAIMS**

1. Plaintiffs admit that Biogen seeks declarations that the '688 Patent is invalid and has not been infringed by Biogen.

**NATURE OF THE ACTION**

2. Plaintiffs admit the allegations of paragraph 2.

**THE PARTIES**

3. Upon information and belief, Plaintiffs admit the allegations of paragraph 3.

4. Plaintiffs admit the allegations of paragraph 4.

5. Plaintiffs admit the allegations of paragraph 5.

## JURISDICTIONAL STATEMENT

6. Plaintiffs admit the allegations of paragraph 6.

7. Plaintiffs admit the allegations of paragraph 7.

8. Plaintiffs admit the allegations of paragraph 8.

9. Plaintiffs admit the allegations of paragraph 9.

10. Plaintiffs admit the allegations of paragraph 10.

11. Plaintiffs admit the allegations of paragraph 11.

## FIRST COUNT

**(Declaration of Non-infringement of the '688 Patent)**

12. Plaintiffs admit that defendant Biogen purports to incorporate by reference Paragraphs 1 through 11 of its Counterclaim. Plaintiffs incorporate by reference Paragraphs 1 through 11 of their answers to Biogen's Counterclaims.

13. Plaintiffs admit the allegations of paragraph 13.

14. Plaintiffs admit the allegations of paragraph 14.

15. Plaintiffs deny the allegations of paragraph 15.

## SECOND COUNT

**(Declaration of Invalidity of the '688 Patent)**

16. Plaintiffs admit that defendant Biogen purports to incorporate by reference Paragraphs 1 through 13 of its Counterclaim. Plaintiffs incorporate by reference Paragraphs 1 through 15 of their answers to Biogen's Counterclaims.

17. Plaintiffs admit the allegations of paragraph 17.

18. Plaintiffs deny the allegations of paragraph 18.

## AFFIRMATIVE DEFENSE TO COUNTERCLAIMS

Plaintiffs assert the following affirmative defense:  Biogen's counterclaims fail to state claims upon which relief can be granted.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request the Court to enter a judgment:

A. dismissing Biogen's counterclaims in their entirety with prejudice, and

B. granting any such additional relief the Court deems just and proper.

Dated: August 20, 2012

  /s/ Tiffany Geyer Lydon  
Steven J. Balick (I.D. #2114)  
Tiffany Geyer Lydon (I.D. #3950)  
Andrew C. Mayo (I.D. #5207)  
ASHBY & GEDDES  
500 Delaware Avenue, 8th Floor  
Wilmington, DE 19801  
(302) 654-1888  
sbalick@ashby-geddes.com  
tlydon@ashby-geddes.com  
amayo@ashby-geddes.com  

Thomas P. Steindler (*pro hac vice*)  
Charles J. Hawkins  (*pro hac vice*)  
Raymond M. Gabriel  (*pro hac vice*)  
MCDERMOTT, WILL & EMERY LLP  
600 13th St., NW  
Washington, DC 20005  
(202) 756-8000  
tsteindler@mwe.com  
chawkins@mwe.com  
rgabriel@mwe.com  

*Attorneys for Plaintiff*  
*Novartis Pharma AG*

  /s/ Richard K. Herrmann  
Richard K. Herrmann (#405)  
Mary B. Matterer (#2696)  
MORRIS JAMES LLP  
500 Delaware Avenue, Suite 1500  
Wilmington, DE 19801  
(302) 888-6800  
rherrmann@morrisjames.com  

George A. Riley (pro hac vice)  
O'MELVENY & MYERS LLP  
Two Embarcadero Center  
San Francisco, CA 94111  
(415) 984-8700  
griley@OMM.com  

John C. Kappos (pro hac vice)  
Bo K. Moon (pro hac vice)  
O'MELVENY & MYERS LLP  
610 Newport Center Drive  
17th Floor  
Newport Beach, CA 92660  
(949) 823-6954  
jkappos@OMM.com  
bmoon@OMM.com  

*Attorneys for Plaintiff*  
*Novartis Vaccines and Diagnostics, Inc.*

3