**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC. AND NOVARTIS PHARMA AG<br><br>                    *Plaintiffs*,<br><br>        v.<br><br>MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC.<br><br>                    *Defendants*. | Civil Action No. 11-cv-00084-SLR |

## CONSENT DECREE AND STIPULATED ORDER OF DISMISSAL

This Consent Decree and Stipulated Order of Dismissal ("Consent Decree") is made by and between Plaintiff Novartis Vaccine and Diagnostics, Inc. ("NVD") and MedImmune, LLC ("MedImmune").

WHEREAS, on January 26, 2011, NVD filed a Complaint for patent infringement against MedImmune, initiating the present proceeding, Case No. 1:11-cv-00084-SLR (the "Litigation");

WHEREAS, NVD alleges that MedImmune has infringed U.S. Patent No. 5,688,688, as reexamined ("US 688");

WHEREAS, MedImmune denies infringing US 688 and has asserted counterclaims in this Court for a declaratory judgment of non-infringement, invalidity, and/or unenforceability of US 688;

WHEREAS, no decision of the Court has been obtained by NVD or MedImmune regarding NVD's claims of infringement or MedImmune's counterclaims and defenses;

1

WHEREAS, NVD and MedImmune have entered into a Settlement and License Agreement effective November 5, 2012 ("the Agreement"), incorporated by reference herein, to resolve the dispute between NVD and MedImmune regarding the Licensed Patent, the Licensed Conduct, the Licensed Product, and the Licensed Cell Lines as defined in the Agreement;

WHEREAS, NVD and MedImmune have agreed that such settlement does not constitute a ruling on the merits and does not constitute an admission as to any issue of fact or principle of law; further, NVD's and MedImmune's decision to settle this matter shall not be construed as an admission of liability of any Party;

WHEREAS, pursuant to the Agreement, NVD and MedImmune agree to enter into this Consent Decree; and

WHEREAS, NVD and MedImmune agree that this Court should retain jurisdiction over the Parties for purposes of enforcing this Consent Decree and the Agreement between NVD and MedImmune in this case.

NOW, THEREFORE, it is AGREED between NVD and MedImmune and upon the consent and request of NVD and MedImmune, IT IS HEREBY ORDERED as follows:

## DISMISSAL OF CLAIMS

1.  No decision of the Court has been obtained by the Parties regarding the validity or enforceability of US 688 and/or whether MedImmune has infringed US 688.

2.  NVD's claim under US 688 against the Licensed Conduct, the Licensed Product, and the Licensed Cell Lines in this Litigation against MedImmune is hereby DISMISSED with prejudice to the extent such claim relates to Licensed Conduct, the Licensed Product, and the Licensed Cell Lines (as defined in the Agreement). NVD

reserves the right to assert claims under US 688 against any conduct, product, or cell lines other than the Licensed Conduct, the Licensed Product, and the Licensed Cell Lines.

3. MedImmune's counterclaims against NVD are hereby DISMISSED with prejudice to the extent they relate to the Licensed Conduct, the Licensed Product, and the Licensed Cell Lines.  MedImmune reserves the right to assert counterclaims of invalidity, unenforceability, and noninfringement against US 688 in the event that US 688 is asserted against any conduct, product, or cell lines other than the Licensed Conduct, the Licensed Product, and the Licensed Cell Lines.

4. NVD and MedImmune shall each bear its own costs, expenses, and attorneys' fees in connection with this litigation

5. This Consent Decree shall resolve the above-captioned case between NVD and MedImmune.

## **PROTECTIVE ORDER**

6. The Protective Order entered by this Court in this Litigation shall remain in full force and effect notwithstanding the dismissal by the Court of this action.

## JURISDICTION

7. Notwithstanding the dismissal of this action, this Court retains continuing jurisdiction over NVD and MedImmune to enforce the terms of this Consent Decree and the Agreement between NVD and MedImmune.

Dated: November 9, 2012         Respectfully Submitted:

   /s/ Richard K. Herrmann

***ATTORNEYS FOR PLAINTIFF
NOVARTIS VACCINES AND
DIAGNOSTICS, INC.***
Morris James LLP
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Dated: November 9, 2012         Respectfully Submitted:

   /s/ Daniel M. Attaway

***ATTORNEYS FOR DEFENDANT
MEDIMMUNE, LLC***
WOMBLE & CARYLE LLP
Mary W. Bourke (#2356)
Daniel M. Attaway (#5130)
222 Delaware Avenue
Wilmington, DE  19801
(302) 252-4333
mbourke@wcsr.com
dattaway@wcsr.com

The Clerk of the Court is directed to enter this Consent Decree and Stipulated Order forthwith.

IT IS SO ORDERED.

Dated: _____        _____
                                     Honorable Sue L. Robinson
                                     United States District Judge

5