# **SCHEDULE C**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., AND NOVARTIS PHARMA AG<br><br>Plaintiffs,<br><br>v.<br><br>MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 11-84-SLR-MPT |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the dates in the Scheduling Order (D.I. 36) are amended as follows:

| | Original Dates | New Dates |
|---|---|---|
| Close of non-deposition fact discovery | December 7, 2012 | December 7, 2013 (unchanged) |
| Close of deposition discovery from current and former employees and counsel of NVD, Biogen Idec, and Alexion | December 7, 2012 | February 22, 2013 |
| Novartis Pharma completes document production | | February 22, 2013 |
| Close of deposition discovery | | March 22, 2013 |
| Supplementation under Fed. R. Civ. P. 26(e) | January 15, 2013 | March 29, 2013 |
| Opening expert report | February 1, 2013 | April 12, 2013 |
| Rebuttal expert report | March 15, 2013 | May 10, 2013 |
| Supplemental reports | April 5, 2013 | May 27, 2013 |
| Close of expert discovery | May 31, 2013 | June 24, 2013 |
| Daubert motions | June 14, 2013 | July 12, 2013 |
| Joint claim construction statement | June 14, 2013 | July 12, 2013 |

|  | **Original Dates** | **New Dates** |
|---|---|---|
| Opening claim construction brief | June 21, 2013 | July 19, 2013 |
| Defendants' answering claim construction brief | July 12, 2013 | August 9, 2013 |
| Plaintiffs reply claim construction brief | July 19, 2013 | August 16, 2013 |
| Defendants' surreply claim construction brief | July 26, 2013 | August 23, 2013 |
| Summary judgment briefs | August 2, 2013 | August 30, 2013 |
| Responsive briefs | August 23, 2013 | September 20, 2013 |

**SO ORDERED,** this _____ day of January, 2013.

_____
United States Magistrate Judge Mary Pat Thynge