

Richard K. Herrmann
302.888.6816
rherrmann@morrisjames.com

**VIA E-FILING AND HAND DELIVERY**                    January 16, 2013

The Honorable Mary Pat Thynge
USDC for the District of Delaware
844 North King Street
Wilmington, DE 19801

    **RE:** *Novartis Vaccines & Diagnostics, Inc. v. MedImmune, LLC, et al.*, C.A. 11-84-SLR

Your Honor:

    Plaintiffs Novartis Vaccines and Diagnostics, Inc. ("NVD") and Novartis Pharma AG ("Pharma") (collectively, "Plaintiffs") respectfully oppose Alexion Pharmaceuticals Inc. ("Alexion") and Biogen Idec Inc.'s ("Biogen") (collectively, "Defendants") motion to modify the Scheduling Order and propose an alternative.

    The dispute between the parties regarding the discovery schedule is quite simple and, in Plaintiffs' view, should not have required the Court's attention.  The parties agree that the Court's Scheduling Order must be modified.  The close of fact discovery passed over 5 weeks ago and the parties are still producing documents and conducting depositions.  What is in dispute is whether the Scheduling Order should be modified in such a way as to inconvenience the Court—by having summary judgment briefing completed just a few days before the hearing—in order to accommodate the schedules of the parties and their counsel.  Defendants' proposed schedule suggests that Defendants believe that the Court should be inconvenienced.  Plaintiffs disagree and propose an alternative that will allow more time between the completion of briefing and the hearing.  Plaintiffs hasten to add, however, that if the schedule Defendants propose is acceptable to the Court, then it is also acceptable to Plaintiffs.

    Plaintiffs also disagree with Defendants' recitation of the facts regarding the various scheduling proposals offered by Plaintiffs and whether the Plaintiffs were aligned in their proposals.  The simple truth is that Plaintiffs have proposed numerous compromise solutions to address Defendants' concerns and resolve this issue without the Court's attention.  Since receiving Defendants' current proposed schedule on January 3, 2013, Plaintiffs have offered Defendants four compromise proposals.  (Ex. 1-3.)[1]  Defendants have rejected every proposal and with each rejection simply insist that Plaintiffs agree to the schedule Defendants proposed on January 3.  Defendants refuse to offer a compromise proposal that addresses the concern that the January 3 schedule does not allow the Court time to review the parties' summary judgment briefing before hearing the motions.

---

[1] Plaintiffs note the typographical error in the table present in Plaintiffs' correspondence with Defendants. (Ex. 1-3.)  This error regarding the date—September 20 versus September 30— for filing "Responsive briefs" was made during the Plaintiffs' reproduction of the table presented in Defendants' January 3 proposal.

6065598/

Morris James LLP

The Honorable Mary Pat Thynge
January 16, 2013, Page 2

Under Defendants' proposal, responsive summary judgment briefs are due September 20, 2013.  Pursuant to the Scheduling Order and Civil L.R. 7.1.2(b), reply briefs are due seven days from the filing of the responsive briefs, on September 27, 2013.[2]  Should the parties file cross-motions for summary judgment, surreply briefs would be due seven days from the filing of the reply briefs, on October 4, 2013.[3]  The Court will hear the motions for summary judgment and claim construction on October 4, 2013.  (Ex. A to Def. Letter Brief, Scheduling Order, Section 7(f).)  Therefore, Defendants' proposed schedule leaves only four business days between the filing of reply briefs and the hearing.  Even more problematic, surreply briefs would be filed on the same day as the hearing.

Defendants may contend that they have mistakenly referred to September 20, 2013, as the date reply summary judgment briefs are due.  Even so, the problem still remains—the parties would then file surreply briefs on September 27 and the Court will have only 4 business days to review the parties' briefs before the hearing.  Thus, under either interpretation of "Responsive briefs" the Defendants' proposed briefing schedule inconveniences the Court.

Plaintiffs have made numerous proposals in an effort to compromise and avoid involving the Court in a dispute that should have been resolved..  Plaintiffs' most recent proposal, sent January 15, 2013, affords the Court what Plaintiffs believe would be a more reasonable amount of time to consider summary judgment briefs.  (Ex. 3.)  Under the January 15, 2013 proposal, the Court will have over two weeks to consider the briefs.  The only difference between Plaintiffs' last proposal and Defendants' January 3 proposal are two dates—the dates for summary judgment opening briefs and responsive briefs.  The only reason Defendants give for not accepting Plaintiffs' proposal is that "summary judgment briefing [will] be unreasonably compressed, or that summary judgment briefing [will] continue while claim construction briefing is ongoing."  (Def. Jan. 15 Ltr. Brief, p. 2.)  Plaintiffs' January 15 proposal allows more time—24 days versus 21 days—between the opening and responsive brief and, therefore, does not compress the briefing schedule.  As for the observation that summary judgment briefing will continue while claim construction briefing is ongoing, this is not a problem as the Markman and summary judgment hearings are scheduled for the same day.  However, as noted above, if the Court believes that the schedule proposed by Defendants will not unduly burden the Court, Plaintiffs are willing to accept Defendants' proposed schedule.

Respectfully,

*/s/ Richard K. Herrmann*

Richard K. Herrmann - I.D. No. 405
*rherrmann@morrisjames.com*

cc:     All defense counsel of record

---

[2] Defendants' proposed schedule omits the date for filing reply briefs.  (*See* Ex. A to Def. Letter Brief, Scheduling Order, Section 7(d); Ex. B to Def. Letter Brief.)
[3] Defendants' proposed schedule also omits the date for filing surreply briefs.  (*See* Ex. A to Def. Letter Brief, Scheduling Order, Section 7(e).)

# EXHIBIT 1



## O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES
NEW YORK

610 Newport Center Drive, 17th Floor
Newport Beach, California  92660-6429
TELEPHONE  (949) 760-9600
FACSIMILE  (949) 823-6994
www.omm.com

SAN FRANCISCO
SHANGHAI
SILICON VALLEY
SINGAPORE
TOKYO
WASHINGTON, D.C.

January 5, 2013

OUR FILE NUMBER
0151800-00013

**VIA EMAIL**

WRITER'S DIRECT DIAL
(949) 823-6954

Jeremy Younkin, Esq.
Foaley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
jyounkin@foleyhoag.com

WRITER'S E-MAIL ADDRESS
jkappos@omm.com

Re:   *Novartis Vaccines and Diagnostics, Inc. v. MedImmune, LLC, et. al.,*
      *C.A. No. 11-CV-84 (SLR)*

Dear Jeremy:

Thank you for your letter of January 3, 2013.  We understand defendants have agreed that (1) all deposition notices served as of December 20, 2012, are considered timely, and (2) no additional depositions may be noticed unless the requesting party demonstrates good cause for late notice.  Please confirm that both Alexion and Biogen agree.

With regard to the proposed schedule set out in your letter, we note that the scheduling order (D.I. 36) states that "[n]o summary judgment motion may be filed more than ten (10) days from the above date [August 2, 2013] without leave of the court."  For that reason, NVD proposes the dates be revised as shown below.  With regard to the deadline "Close of deposition discovery from all witnesses other than Novartis Pharma," please be advised that Dino Dina will need to be scheduled after February 22, as we have noted in recent correspondence.

|  | Original Dates | Biogen/Alexion Proposed Dates | NVD Proposed Dates |
|---|---|---|---|
| Close of non-deposition fact discovery | December 7, 2012 | December 7, 2013 (unchanged) | December 7, 2012 (unchanged) |
| Close of deposition discovery from all witnesses other than Novartis Pharma | December 7, 2012 | February 22, 2013 | February 22, 2013 |
| Novartis Pharma completes document production | | February 22, 2013 | February 22, 2013 |
| Close of deposition discovery from Novartis Pharma | December 7, 2012 | March 22, 2013 | March 22, 2013 |

O'MELVENY & MYERS LLP
Jeremy Younkin, Esq., January 5, 2013 - Page 2

| | **Original Dates** | **Biogen/Alexion Proposed Dates** | **NVD Proposed Dates** |
|---|---|---|---|
| Supplementation under Fed. R. Civ. P. 26(e) | January 15, 2013 | March 29, 2013 | March 29, 2013 |
| Opening expert report | February 1, 2013 | April 12, 2013 | April 12, 2013 |
| Rebuttal expert report | March 15, 2013 | May 10, 2013 | May 10, 2013 |
| Supplemental reports | April 5, 2013 | May 27, 2013 | May 24, 2013 |
| Close of expert discovery | May 31, 2013 | June 24, 2013 | June 21, 2013 |
| Daubert motions | June 14, 2013 | July 12, 2013 | June 26, 2013 |
| Joint claim construction statement | June 14, 2013 | July 12, 2013 | July 1, 2013 |
| Opening claim construction brief | June 21, 2013 | July 19, 2013 | July 8, 2013 |
| Defendants' answering claim construction brief | July 12, 2013 | August 9, 2013 | July 22, 2013 |
| Plaintiffs reply claim construction brief | July 19, 2013 | August 16, 2013 | August 5, 2013 |
| Defendants' surreply claim construction brief | July 26, 2013 | August 23, 2013 | August 12, 2013 |
| Summary judgment briefs | August 2, 2013 | August 30, 2013 | August 12, 2013 |
| Responsive briefs | August 23, 2013 | September 30, 2013 | August 30, 2013 |

Sincerely,

*John Kappos*

John Kappos

cc:    David Conca, Esq.
       Thomas P. Steindler, Esq.
       Richard Herrmann, Esq.

# EXHIBIT 2



## O'MELVENY & MYERS LLP

BEIJING

BRUSSELS

CENTURY CITY

HONG KONG

LONDON

LOS ANGELES

NEW YORK

610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429

TELEPHONE (949) 760-9600
FACSIMILE (949) 823-6994
www.omm.com

SAN FRANCISCO

SHANGHAI

SILICON VALLEY

SINGAPORE

TOKYO

WASHINGTON, D.C.

January 8, 2012

OUR FILE NUMBER
0151800-00013

**VIA EMAIL**

WRITER'S DIRECT DIAL
(949) 823-6954

David Conca, Esq.
Paul Hastings LLP
75 East 55th Street
New York, NY 10022
davidconca@paulhastings.com

WRITER'S E-MAIL ADDRESS
jkappos@omm.com

Jeremy Younkin, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
jyounkin@foleyhoag.com

Re:    *Novartis Vaccines and Diagnostics, Inc. v. MedImmune, LLC, et. al.,*
       *C.A. No. 11-CV-84 (SLR)*

Dear David and Jeremy:

I write in response to Jeremy's email of January 7, 2013, regarding scheduling. Defendants' proposed schedule would leave only four calendar days between the responsive summary judgment brief and the hearing on claim construction and summary judgment motions. We cannot agree to a schedule that allows the Court such little time to review the briefing before the hearing. NVD's proposed schedule allows the Court sufficient time to review the briefs before the hearing.

NVD will, however, agree to the schedule proposed on November 20, which is reproduced in the right hand column below.

|  | **Original Dates** | **Biogen/Alexion January 3 Proposal** | **NVD Proposed Dates** | **Biogen/Alexion November 20 Proposal [Agreed]** |
|---|---|---|---|---|
| Close of non-deposition fact discovery | December 7, 2012 | December 7, 2013 (unchanged) | December 7, 2012 (unchanged) | December 7, 2012 (unchanged) |

O'MELVENY & MYERS LLP

Jeremy Younkin, Esq. and David Conca, Esq., January 8, 2012 - Page 2

| | Original Dates | Biogen/Alexion January 3 Proposal | NVD Proposed Dates | Biogen/Alexion November 20 Proposal [Agreed] |
|---|---|---|---|---|
| Close of deposition discovery from all witnesses other than Novartis Pharma | December 7, 2012 | February 22, 2013 | February 22, 2013 | February 22, 2013 |
| Novartis Pharma completes document production | | February 22, 2013 | February 22, 2013 | |
| Close of deposition discovery from Novartis Pharma | December 7, 2012 | March 22, 2013 | March 22, 2013 | |
| Supplementation under Fed. R. Civ. P. 26(e) | January 15, 2013 | March 29, 2013 | March 29, 2013 | March 8, 2013 |
| Opening expert report | February 1, 2013 | April 12, 2013 | April 12, 2013 | March 22, 2013 |
| Rebuttal expert report | March 15, 2013 | May 10, 2013 | May 10, 2013 | April 22, 2013 |
| Supplemental reports | April 5, 2013 | May 27, 2013 | May 24, 2013 | May 10, 2013 |
| Close of expert discovery | May 31, 2013 | June 24, 2013 | June 21, 2013 | June 7, 2013 |
| Daubert motions | June 14, 2013 | July 12, 2013 | June 26, 2013 | June 21, 2013 |
| Joint claim construction statement | June 14, 2013 | July 12, 2013 | July 1, 2013 | June 21, 2013 |
| Opening claim construction brief | June 21, 2013 | July 19, 2013 | July 8, 2013 | June 28, 2013 |
| Defendants' answering claim construction brief | July 12, 2013 | August 9, 2013 | July 22, 2013 | July 19, 2013 |
| Plaintiffs reply claim construction brief | July 19, 2013 | August 16, 2013 | August 5, 2013 | July 26, 2013 |

O'MELVENY & MYERS LLP

Jeremy Younkin, Esq. and David Conca, Esq., January 8, 2012 - Page 3

| | Original Dates | Biogen/Alexion January 3 Proposal | NVD Proposed Dates | Biogen/Alexion November 20 Proposal [Agreed] |
|---|---|---|---|---|
| Defendants' surreply claim construction brief | July 26, 2013 | August 23, 2013 | August 12, 2013 | August 2, 2013 |
| Summary judgment briefs | August 2, 2013 | August 30, 2013 | August 12, 2013 | August 9, 2013 |
| Responsive briefs | August 23, 2013 | September 30, 2013 | August 30, 2013 | August 30, 2013 |

Sincerely,

*John Kappos*

John Kappos

cc:   Thomas P. Steindler, Esq.
      Richard Herrmann, Esq.

# EXHIBIT 3

| **From:** | Kappos, John |
| **Sent:** | Tuesday, January 15, 2013 6:47 AM |
| **To:** | #CMV-OMM-Novartis |
| **Subject:** | FW: Novartis v. Alexion and Biogen Idec |

**From:** <Steindler>, Thomas Steindler <tsteindler@mwe.com>
**Date:** Tuesday, January 15, 2013 6:45 AM
**To:** "sburg@foleyhoag.com" <sburg@foleyhoag.com>, "jyounkin@foleyhoag.com" <jyounkin@foleyhoag.com>, john kappos <jkappos@omm.com>
**Cc:** "Moon, Bo" <bmoon@omm.com>, David Conca <davidconca@paulhastings.com>, "anthonymichael@paulhastings.com" <anthonymichael@paulhastings.com>, Claire Laporte <CLL@foleyhoag.com>
**Subject:** RE: Novartis v. Alexion and Biogen Idec

Sarah:

In the interests of putting this to rest, let me propose the following further compromise on the schedule. This should respond to all of the concerns raised in your email below. There are only two remaining dates with a modest difference between our proposals. I understand that NVD finds this acceptable. Please let me know if defendants agree.

| | Original Dates | Biogen/Alexion January 3 Proposal | Pharma/NVD's Jan 14 Proposal | New Proposed Dates (with one additional week for Expert discovery) |
|---|---|---|---|---|
| Close of non-deposition fact discovery | December 7, 2012 | December 7, 2013 (unchanged) | December 7, 2013 (unchanged) | December 7, 2013 (unchanged) |
| Close of deposition discovery from all witnesses other than Novartis Pharma | December 7, 2012 | February 22, 2013 | February 22, 2013 | February 22, 2013 |
| Novartis Pharma completes document production | | February 22, 2013 | February 22, 2013 | February 22, 2013 |
| Close of deposition discovery from Novartis Pharma | December 7, 2012 | March 22, 2013 | March 22, 2013 | March 22, 2013 |
| Supplementation | January 15, | March 29, 2013 | March 29, 2013 | March 29, 2013 |

| | Original Dates | Biogen/Alexion January 3 Proposal | Pharma/NVD's Jan 14 Proposal | New Proposed Dates (with one additional week for Expert discovery) |
|---|---|---|---|---|
| under Fed. R. Civ. P. 26(e) | 2013 | | | |
| Opening expert report | February 1, 2013 | April 12, 2013 | April 12, 2013 | April 12, 2013 |
| Rebuttal expert report | March 15, 2013 | May 10, 2013 | May 10, 2013 | May 10, 2013 |
| Supplemental reports | April 5, 2013 | May 27, 2013 | May 27, 2013 | May 27, 2013 |
| Close of expert discovery | May 31, 2013 | June 24, 2013 | June 17, 2013 | June 24, 2013 |
| Daubert motions | June 14, 2013 | July 12, 2013 | July 5, 2013 | July 12, 2013 |
| Joint claim construction statement | June 14, 2013 | July 12, 2013 | July 5, 2013 | July 12, 2013 |
| Opening claim construction brief | June 21, 2013 | July 19, 2013 | July 12, 2013 | July 19, 2013 |
| Defendants' answering claim construction brief | July 12, 2013 | August 9, 2013 | August 2, 2013 | August 9, 2013 |
| Plaintiffs reply claim construction brief | July 19, 2013 | August 16, 2013 | August 9, 2013 | August 16, 2013 |
| Defendants' surreply claim construction brief | July 26, 2013 | August 23, 2013 | August 16, 2013 | August 23, 2013 |
| Summary judgment briefs | August 2, 2013 | August 30, 2013 | August 9, 2013 | August 16, 2013 |
| Responsive briefs | August 23, 2013 | September 30, 2013 | September 2, 2013 | September 9, 2013 |

Thomas P. Steindler
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001
tel: 202-756-8154

**From:** Burg, Sarah [mailto:SBurg@foleyhoag.com]
**Sent:** Monday, January 14, 2013 10:41 PM
**To:** Steindler, Tom; Younkin, Jeremy; jkappos@omm.com

**Cc:** Moon, Bo (BMoon@OMM.com); Conca, David M. (davidconca@paulhastings.com) (davidconca@paulhastings.com); Michael, Anthony (anthonymichael@paulhastings.com); Laporte, Claire
**Subject:** RE: Novartis v. Alexion and Biogen Idec

Tom,

We cannot agree with these proposed dates, which have the same deficiencies as NVD's previous proposal.  In particular, this schedule would require all expert depositions to be completed in just three weeks - an unreasonable timeframe given the anticipated number of experts in this case.  Furthermore, this would put Daubert briefing and the Joint Claim Construction Statement deadlines on July 5th (the Friday after July 4th), and would shorten the summary judgment opposition briefing deadline so that it falls on Labor Day, a federal holiday, which would make it difficult for counsel to obtain client input in the final stages of these important filings.

Sarah

---

**From:** Steindler, Tom [mailto:tsteindler@mwe.com]
**Sent:** Monday, January 14, 2013 10:27 AM
**To:** Younkin, Jeremy; jkappos@omm.com
**Cc:** Moon, Bo (BMoon@OMM.com); Conca, David M. (davidconca@paulhastings.com) (davidconca@paulhastings.com); Michael, Anthony (anthonymichael@paulhastings.com); Laporte, Claire; Burg, Sarah
**Subject:** RE: Novartis v. Alexion and Biogen Idec

Jeremy:

So I take your point.  See if the compromise set out below is something that works for you.  The dates that differ from your Jan. 3 proposal are set out in red.  I have already cleared these dates with NVD.

| | Original Dates | Biogen/Alexion January 3 Proposal | NVD Proposed Dates | New Proposed Dates |
|---|---|---|---|---|
| Close of non-deposition fact discovery | December 7, 2012 | December 7, 2013 (unchanged) | December 7, 2012 (unchanged) | December 7, 2013 (unchanged) |
| Close of deposition discovery from all witnesses other than Novartis Pharma | December 7, 2012 | February 22, 2013 | February 22, 2013 | February 22, 2013 |
| Novartis Pharma completes document production | | February 22, 2013 | February 22, 2013 | February 22, 2013 |
| Close of deposition discovery from Novartis Pharma | December 7, 2012 | March 22, 2013 | March 22, 2013 | March 22, 2013 |

| | Original Dates | Biogen/Alexion January 3 Proposal | NVD Proposed Dates | New Proposed Dates |
|---|---|---|---|---|
| Supplementation under Fed. R. Civ. P. 26(e) | January 15, 2013 | March 29, 2013 | March 29, 2013 | March 29, 2013 |
| Opening expert report | February 1, 2013 | April 12, 2013 | April 12, 2013 | April 12, 2013 |
| Rebuttal expert report | March 15, 2013 | May 10, 2013 | May 10, 2013 | May 10, 2013 |
| Supplemental reports | April 5, 2013 | May 27, 2013 | May 24, 2013 | May 27, 2013 |
| Close of expert discovery | May 31, 2013 | June 24, 2013 | June 21, 2013 | June 17, 2013 |
| Daubert motions | June 14, 2013 | July 12, 2013 | June 26, 2013 | July 5, 2013 |
| Joint claim construction statement | June 14, 2013 | July 12, 2013 | July 1, 2013 | July 5, 2013 |
| Opening claim construction brief | June 21, 2013 | July 19, 2013 | July 8, 2013 | July 12, 2013 |
| Defendants' answering claim construction brief | July 12, 2013 | August 9, 2013 | July 22, 2013 | August 2, 2013 |
| Plaintiffs reply claim construction brief | July 19, 2013 | August 16, 2013 | August 5, 2013 | August 9, 2013 |
| Defendants' surreply claim construction brief | July 26, 2013 | August 23, 2013 | August 12, 2013 | August 16, 2013 |
| Summary judgment briefs | August 2, 2013 | August 30, 2013 | August 12, 2013 | August 9, 2013 |
| Responsive briefs | August 23, 2013 | September 30, 2013 | August 30, 2013 | September 2, 2013 |

Thomas P. Steindler
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001
tel: 202-756-8254

From: Younkin, Jeremy [mailto:JYounkin@foleyhoag.com]
Sent: Friday, January 11, 2013 7:37 PM
To: Steindler, Tom; jkappos@omm.com
Cc: Moon, Bo (BMoon@OMM.com); Conca, David M. (davidconca@paulhastings.com) (davidconca@paulhastings.com); Michael, Anthony (anthonymichael@paulhastings.com); Laporte, Claire; Burg, Sarah
Subject: RE: Novartis v. Alexion and Biogen Idec

Tom, we are not all agreed. The deadlines set out in the November 20th proposal contemplated that all fact discovery would be complete by Feb. 22. For example, the November 20th proposal called for initial expert reports to be exchanged on March 22. Because plaintiffs cannot complete discovery by February 22, the expert report deadline and subsequent deadlines need to be moved back, just as we proposed on January 3rd.

Jeremy

---

**From:** Steindler, Tom [mailto:tsteindler@mwe.com]
**Sent:** Friday, January 11, 2013 6:09 PM
**To:** Younkin, Jeremy; jkappos@omm.com
**Cc:** Moon, Bo (BMoon@OMM.com); Conca, David M. (davidconca@paulhastings.com) (davidconca@paulhastings.com); Michael, Anthony (anthonymichael@paulhastings.com); Laporte, Claire; Burg, Sarah
**Subject:** RE: Novartis v. Alexion and Biogen Idec

Here's where the disconnect is. NVD and Pharma -- and defendants -- are all agreed to have discovery end on Feb. 22 for NVD and March 22 for Pharma. So we're accepting the dates of your Nov. 20 proposal, subject the our common agreement that the Pharma discovery ends on March 22. Unless I'm mistaken, we are all agreed.

Thomas P. Steindler
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001
tel: 202-756-8254

---

**From:** Younkin, Jeremy [mailto:JYounkin@foleyhoag.com]
**Sent:** Friday, January 11, 2013 6:00 PM
**To:** Steindler, Tom; jkappos@omm.com
**Cc:** Moon, Bo (BMoon@OMM.com); Conca, David M. (davidconca@paulhastings.com) (davidconca@paulhastings.com); Michael, Anthony (anthonymichael@paulhastings.com); Laporte, Claire; Burg, Sarah
**Subject:** RE: Novartis v. Alexion and Biogen Idec

Tom:

You seem confused about what's going on here. The defendants are perfectly willing to have discovery end on February 22 for NVD and March 22 for Novartis Pharma. That's what we proposed on January 3rd. It is your co-plaintiff who will not agree to the January 3rd proposal. You should be e-mailing them, not me.

Regards,
Jeremy

---

**From:** Steindler, Tom [mailto:tsteindler@mwe.com]
**Sent:** Friday, January 11, 2013 5:44 PM
**To:** Younkin, Jeremy; jkappos@omm.com
**Cc:** Moon, Bo (BMoon@OMM.com); Conca, David M. (davidconca@paulhastings.com) (davidconca@paulhastings.com); Michael, Anthony (anthonymichael@paulhastings.com);

Laporte, Claire; Burg, Sarah
**Subject:** RE: Novartis v. Alexion and Biogen Idec

Why can't you have discovery end on Feb. 22 for NVD and March 22 for Pharma?  Is that really so complicated?

Thomas P. Steindler
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001
tel: 202-756-8254

---

**From:** Younkin, Jeremy [mailto:JYounkin@foleyhoag.com]
**Sent:** Friday, January 11, 2013 5:43 PM
**To:** Steindler, Tom; jkappos@omm.com
**Cc:** Moon, Bo (BMoon@OMM.com); Conca, David M. (davidconca@paulhastings.com) (davidconca@paulhastings.com); Michael, Anthony (anthonymichael@paulhastings.com); Laporte, Claire; Burg, Sarah
**Subject:** RE: Novartis v. Alexion and Biogen Idec

Tom:

The January 3rd proposal sought to accommodate Novartis Pharma's inability to complete its document production and therefore extended the deadline for Novartis Pharma depositions to March 22.  However, NVD will not agree to the January 3rd proposal and instead wants fact discovery to close on February 22 (which Novartis Pharma does not want).  The parties can't reach agreement on the schedule if the *plaintiffs* are in disagreement about the issue.

Regards,
Jeremy

---

**From:** Steindler, Tom [mailto:tsteindler@mwe.com]
**Sent:** Friday, January 11, 2013 4:38 PM
**To:** Younkin, Jeremy; jkappos@omm.com
**Cc:** Moon, Bo (BMoon@OMM.com); Conca, David M. (davidconca@paulhastings.com) (davidconca@paulhastings.com); Michael, Anthony (anthonymichael@paulhastings.com); Laporte, Claire; Burg, Sarah
**Subject:** RE: Novartis v. Alexion and Biogen Idec

Jeremy:

Are you saying that Pharma should collect and produce all of the documents identified in my December 19 letter, and make our witnesses available to have depositions completed, all by February 22, rather than having Pharma produce documents by Feb. 22 with Pharma's depositions complete by March 22?  Is that what you are proposing?

Thomas P. Steindler
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, D.C. 20001
tel: 202-756-8254

**From:** Younkin, Jeremy [mailto:JYounkin@foleyhoag.com]
**Sent:** Friday, January 11, 2013 3:26 PM
**To:** jkappos@omm.com; Steindler, Tom
**Cc:** Moon, Bo (BMoon@OMM.com); Conca, David M. (davidconca@paulhastings.com) (davidconca@paulhastings.com); Michael, Anthony (anthonymichael@paulhastings.com); Laporte, Claire; Burg, Sarah
**Subject:** Novartis v. Alexion and Biogen Idec


John and Tom:

I write regarding the letter we received from John at 11:55 p.m. last night.

As I said in my January 7th email, Defendants remain willing to agree to the dates proposed in my November 20th letter or my January 3rd letter. Because we have no agreement from all plaintiffs to accept either set of dates, we are at an impasse. NVD's purported acceptance of the dates in the November 20th letter does not resolve our dispute for two reasons: (1) while NVD claims that it is willing to agree to a February 22nd cutoff for fact discovery, it simultaneously admits that it has no intention of making all of its witnesses available for deposition by that date; and (2) Pharma--which has ignored nearly every letter sent by defendants on this subject--has stated that it "hope[d]" to complete its document production by February 28th and has insisted that depositions of Pharma witnesses follow the completion of its document production, making it impossible to complete fact discovery by February 22nd. Obviously, there is no agreement among all parties to the deadlines set forth in my November 20th letter.

It is irrelevant that defendants were aware that NVD is claiming that Dino Dina is not available for deposition until March 6th and that Pharma is claiming that it cannot complete fact discovery until some unknown date after February 22 when I sent the January 7th email. The whole point of my email was to give the plaintiffs a final opportunity to agree to (1) a schedule that would give the plaintiffs what seems to us a reasonable amount of time to provide the required fact discovery or (2) a different schedule that would accommodate the plaintiffs' alleged inability to provide the required discovery by February 22nd. NVD's response to my January 7th email seeks to have it both ways, which has never been an option (and Pharma, as has been its custom, did not even bother to respond). To be clear, we will not, and have never been willing, to ask the Court to set February 22nd as the close of fact discovery when the plaintiffs have no intention of completing their document production and making their witnesses available for deposition by February 22nd.

**Regarding the deposition of Dino Dina, the** notion that Dr. Dina was available for deposition on only *one day* between August 31, 2012 and March 6, 2013 simply is not credible, and the latest round of excuses for why he is unavailable on January 17th and 18th is meritless. As an initial matter, we do not see why waiting for the FDA to make its decision on **Heplisav** will "totally consume" Dr. Dina's time for weeks. Furthermore, the FDA set February 24th as the PDUFA date for **Heplisav** by June 2012, long before Dr. Dina agreed to be deposed on January 17th and 18th. And when Dr. Dina agreed to be deposed on January 17th and 18th he understood that there was a possibility that **the Vaccines and**

7

Related Biological Products Advisory Committee would vote against approval of Heplisav at its November 15th meeting.  If Dr. Dina wanted to make sure that his schedule was free between November 15th and February 24th, NVD should have made him available in October or early November, as defendants requested.  Instead, NVD took the unreasonable position that he was completely unavailable on every day in 2012 other than October 10th.  Defendants have been exceedingly accommodating of Dr. Dina's schedule and remain willing to find a date that is convenient for Dr. Dina *and is before the close of fact discovery*.   However, given plaintiffs' refusal to agree to either of the schedules we have proposed it is impossible to schedule Dr. Dina's deposition before the close of fact discovery.  Please let us know by the close of business today whether you intend to move to modify or quash the subpoenas.


Regards,
Jeremy

# FOLEY
## HOAG LLP

**Jeremy A. Younkin** | Partner

Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

617 832 3077 phone
617 832 7000 fax

www.foleyhoag.com

United States Treasury Regulations require us to disclose the following: Any tax advice included in this document and its attachments was not intended or written to be used, and it cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Foley Hoag LLP immediately -- by replying to this message or by sending an email to postmaster@foleyhoag.com -- and destroy all copies of this message and any attachments without reading or disclosing their contents. Thank you.

For more information about Foley Hoag LLP, please visit us at www.foleyhoag.com.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

_____
_____

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit http://www.mwe.com/ for more information about our Firm.