

100 S. West Street, Suite 400
Wilmington, DE  19801
Telephone  302.576.1600
Facsimile  302.576.1100
www.seitzross.com

**Benjamin J. Schladweiler**
bschladweiler@seitzross.com
302.576.1608

January 25, 2013

**VIA E-FILING & HAND DELIVERY**
The Honorable Mary Pat Thynge
USDC for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 8, Room 2124
Wilmington, DE  19801

  Re: *Novartis Vaccines & Diagnostics, Inc. v. MedImmune, LLC, et al.*,
     **C.A. No. 11-84-SLR-MPT**

Your Honor:

  Defendants Biogen Idec and Alexion Pharmaceuticals Inc. do not object to the chart submitted by plaintiffs yesterday.  (D.I. 337).

  Contrary to the statements in plaintiffs' filing, defendants did not refuse to stipulate to the proposed order and were considering it when plaintiffs made their filing.

       Respectfully submitted,

       */s/ Benjamin J. Schladweiler*

       Benjamin J. Schladweiler
       (DE Bar No. 4601)