**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC., <br><br> *Defendants*. | Civil Action No. 11-cv-00084-SLR |

**MOTION FOR TELECONFERENCE
TO RESOLVE DISCOVERY DISPUTE**

Plaintiff Novartis Vaccines & Diagnostics, Inc. respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding discovery matters. As a result of a previous teleconference with Chambers, the parties will provide submissions and present their respective positions consistent with the Court's Order on Discovery Matters during a teleconference on February 15, 2013 at 12:00 p.m. with counsel for Plaintiff to initiate the call.

Dated: February 12, 2013          */s/ Richard K. Herrmann*
                                  Richard K. Herrmann (# 405)
                                  Mary B. Matterer (# 2696)
                                  MORRIS JAMES LLP
                                  500 Delaware Avenue, Suite 1500
                                  Wilmington, Delaware 19801-1494
                                  (302) 888-6800
                                  rherrmann@morrisjames.com

                                  *Attorneys for Plaintiff*
                                  *NOVARTIS VACCINES & DIAGNOSTICS, INC.*