

Richard K. Herrmann
302.888.6816
rherrmann@morrisjames.com

February 13, 2013

**VIA EFILING AND HAND DELIVERY**
The Honorable Mary Pat Thynge
USDC for the District of Delaware
844 North King Street
Wilmington, DE 19801

    RE:   *Novartis Vaccines & Diagnostics, Inc., et al. v. Biogen Idec Inc., et al.*,
            D. Del., C.A. No. 11-084 SLR MPT

Your Honor:

    We are pleased to report all disputes which were to be the subject of the teleconference scheduled for Friday, February 15th have been resolved. All motions are therefore jointly withdrawn.

    Respectfully,

    */s/ Richard K. Herrmann*

    Richard K. Herrmann - I.D. No. 405
    *rherrmann@morrisjames.com*

cc:    All Counsel of Record (via efiling and email)