IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC. AND NOVARTIS PHARMA AG,<br><br>*Plaintiffs*,<br><br>v.<br><br>BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC.,<br><br>*Defendants*. | Civil Action No. 11-084 SLR-MPT |

## NOTICE OF SERVICE

Please take notice that on the 27th day of February, 2013, copies of the following document, **Novartis Vaccines and Diagnostics, Inc.'s Second Amended Notice of Deposition of Jeffrey Hunter,** were served via email upon the attorneys listed below:

Collins J. Seitz , Jr.
SEITZ ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
cseitz@seitzross.com

*Attorney for Biogen Idec Inc.*

Donald A. Ware
Jeremy A. Younkin
Marco Quina
Sarah Burg
Claire Laporte
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
dware@foleyhoag.com
jyounkin@foleyhoag.com
mquina@foleyhoag.com
sburg@foleyhoag.com
claporte@foleyhoag.com

*Attorneys for Biogen Idec Inc.*

Brian E. Farnan
FARNAN LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com

*Attorneys for Defendant*
*Alexion Pharmaceuticals Inc.*


Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Lauren Maguire
Andrew Mayo
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com
sfinnegan@ashby-geddes.com

*Attorneys for Plaintiff*
*Novartis Pharma AG*

Gerald J. Flattmann, Jr.
Alyssa Klapper
Anthony Michael
Petra Scamborova
David Conca
Mark Shtilermnan
PAUL HASTINGS LLP
Park Avenue Tower
75 E. 55th Street
New York, NY 10022
geraldflattmann@paulhastings.com
alyssaklapper@paulhastings.com
anthonymichael@paulhastings.com
petrascamborova@paulhastings.com
davidconca@paulhastings.com
markshtilerman@paulhastings.com

*Attorneys for Defendant*
*Alexion Pharmaceuticals Inc.*

Thomas P. Steindler
Charles J. Hawkins
Raymond M. Gabriel
Nicole Clouse
MCDERMOTT, WILL & EMERY LLP
tsteindler@mwe.com
chawkins@mwe.com
rgabriel@mwe.com
nclouse@mwe.com
NovartisPharmaAG-Medi-DE@mwe.com

*Attorneys for Plaintiff*
*Novartis Pharma AG*

Dated: February, 27, 2013

    */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Novartis Vaccines and Diagnostics, Inc.*