# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC. AND NOVARTIS PHARMA AG,<br><br>*Plaintiffs*,<br><br>v.<br><br>BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC.,<br><br>*Defendants*. | Civil Action No. 11-084 SLR-MPT |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Andrew Kumamoto, Don F. Kumamoto, and Cora L. Schmid to represent Plaintiff Novartis Vaccines and Diagnostics, Inc. in this matter.

Dated: March 1, 2013

   */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Novartis Vaccines and Diagnostics, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____          _____
                                                  United States District Court Judge

1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: 2/28/13

Signed: _____
Andrew Kumamoto, Esq.
HelixIP LLP
303 Twin Dolphin Drive, 6th Floor
Redwood City, CA 94065
(650) 520-1752
akumamoto@helixip.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: Feb 28, 2013

Signed: _____
Don F. Kumamoto, Esq.
HelixIP LLP
303 Twin Dolphin Drive, 6th Floor
Redwood City, CA 94065
(650) 323-1600
dfkumamoto@helixip.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: 2/28/2013

Signed: _____
Cora L. Schmid, Esq.
HelixIP LLP
303 Twin Dolphin Drive, 6th Floor
Redwood City, CA 94065
(650) 434-2672
cschmid@helixip.com