**EXHIBITS 1 THROUGH 6**

**REDACTED IN ENTIRETY**

# EXHIBIT 7

# O

## O'MELVENY & MYERS LLP

| BEIJING | 610 Newport Center Drive, 17th Floor | SAN FRANCISCO |
| BRUSSELS | Newport Beach, California 92660-6429 | SHANGHAI |
| CENTURY CITY | | SILICON VALLEY |
| HONG KONG | TELEPHONE (949) 760-9600 | SINGAPORE |
| LONDON | FACSIMILE (949) 823-6994 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |
| NEW YORK | | |

April 10, 2013

OUR FILE NUMBER
0151800-00013

**VIA EMAIL**

WRITER'S DIRECT DIAL
(949) 823-6954

Jeremy Younkin, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
jyounkin@foleyhoag.com

WRITER'S E-MAIL ADDRESS
jkappos@omm.com

David Conca
Paul Hastings LLP
75 East 55th Street
New York, NY 10022
davidconca@paulhastings.com

Re: *Novartis Vaccines and Diagnostics, Inc. v. MedImmune, LLC, et. al.,*
    *C.A. No. 11-CV-84 (SLR)*

Dear Jeremy and David:

This letter responds to your emails of April 8 and today directed to NVD and Pharma regarding the proposed amendment to the complaint. On February 5, 2013, Alexion first indicated that Alexion felt there was an ambiguity in the complaint as amended on July 18, 2012. On February 8, 2013, we provided a draft amendment that would clear up the purported ambiguity. Since that time we have sent numerous emails and correspondence seeking agreement on an amendment. Despite our numerous requests, defendants refuse to indicate whether or not they will oppose the amendment.

There is no point in having a debate on the merits of a willfulness allegation and what impact, if any, *Seagate* might have on that allegation. Indeed, there is no change to the willfulness allegation as part of the amended pleading—that allegation was in the original complaint. Nor is there any requirement that a party explain its rule 11 basis at this stage and we decline to do so.

  Please tell us by noon ET on Thursday whether defendants will oppose the changed portions of the amended complaint—as opposed to pleadings that were part of the original complaint—so we may file the motion.

         Sincerely,

         *John Kappos*

         John Kappos

cc: Thomas P. Steindler, Esq.
   Richard Herrmann, Esq.