**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>MEDIMMUNE, LLC,  BIOGEN IDEC, INC., AND<br>ALEXION PHARMACEUTICALS, INC.,<br><br>*Defendants.* | Civil Action No. 11-cv-00084-SLR MPT<br><br>**REDACTED PUBLIC VERSION** |

**DECLARATION OF JOHN KAPPOS IN SUPPORT PLAINTIFFS' OPENING**
**BRIEF ON CLAIM CONSTRUCTION**
<u>**VOLUME 1 – EXHIBITS 1 -5**</u>

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Plaintiff*
*NOVARTIS VACCINES AND DIAGNOSTICS, INC.*

Steven J. Balick (#2114)
Tiffany Geyer Lydon (#3950)
Andrew C. Mayo (#5207)
ASHBY & GEDDES
500 Delaware A venue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Plaintiff*
*NOVARTIS PHARMA AG*

Dated: July 19, 2013
**Public version filed:  July 31, 2013**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC. AND NOVARTIS PHARMA AG, | |
| Plaintiffs, | Civil Action No. 11-cv-00084-SLR-MPT |
| v. | |
| BIOGEN IDEC, INC. AND ALEXION PHARMACEUTICALS, INC., | **REDACTED PUBLIC VERSION** |
| Defendant. | |

**DECLARATION OF JOHN KAPPOS IN SUPPORT PLAINTIFFS' OPENING
BRIEF ON CLAIM CONSTRUCTION**

I, John Kappos, hereby declare the following:

1.      I am a partner with the law firm of O'Melveny & Myers and am admitted to practice pro hac vice before this Court.  I submit this declaration in support of Plaintiffs' Opening Brief on Claim Construction.  The facts set forth in this declaration are known to me personally.  If called as a witness, I could and would testify competently concerning these matters.

2.      Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 5,688,688 labeled with production numbers NVD000001 to NVD000102.

3.      Attached hereto as Exhibit 2 are true and correct copies of excerpts from the Christopher Bebbington deposition, dated July 8, 2013.

4.      Attached hereto as Exhibit 3 are true and correct copies of excerpts from the Cornelia Gorman deposition, dated June 24, 2013.

5.      Attached hereto as Exhibit 4 are true and correct copies of excerpts from the Michael Levine deposition, dated July 5, 2013.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Joseph Sodroski, M.D., dated July 16, 2013, which includes his Expert Report (Ex. A), Rebuttal Expert Report (Ex. B), and Supplemental Report (Ex. C).

7.      Attached hereto as Exhibit 6 are true and correct copies of excerpts from the reexamination file history for U.S. Patent No. 5,688,688.

8.      Attached hereto as Exhibit 7 is a true and correct copy of Subramani et al., "Expression of the Mouse Dihydrofolate Reductase Complementary Deoxyribonucleic Acid in Simian Virus 40 Vectors," 1 MOL CELL BIOL 854-64 (1981) ("Subramani 1981") labeled with production numbers NVD009286 to NVD009296.

9.      Attached hereto as Exhibit 8 is a true and correct copy of "Points to Consider in the Production and Testing of New Drugs and Biologics Produced by Recombinant DNA Technology," dated April 10, 1985, and labeled with production numbers NVD397094 to NVD397106.

10.      Attached hereto as Exhibit 9 is a true and correct copy of "Guideline for Industry Quality of Biotechnological Products: Analysis of the Expression Construct in Cells Used for Production of r-DNA Derived Protein Products," dated February 1996, and labeled with production numbers NVD397123 to NVD397129.

11.      Attached hereto as Exhibit 10 are true and correct copies of excerpts from the Russell Rother deposition, dated February 19, 2013.

12.      Attached hereto as Exhibit 11 are true and correct copies of excerpts from U.S. Publication No. US 2010/0009410 A1.  U.S. Publication No. US 2010/0009410 A1 was produced in this action labeled with production numbers NVD383066 to NVD383097.

13.      Attached hereto as Exhibit 12 are true and correct copies of excerpts from U.S. Publication No. 2007/0134795 A1.  U.S. Publication No. 2007/0134795 A1 was produced in this action labeled with production numbers NVD382932 to NVD382962.

14.      Attached hereto as Exhibit 13 are true and correct copies of excerpts from the depositions of Nancy Haigwood, dated December 12, 2012, and December 13, 2012.

15.      Attached hereto as Exhibit 14 are true and correct copies of excerpts from "Notebook 1884 Issued to K. Ehrhardt."  "Notebook 1884 Issued to K. Ehrhardt" was produced in this action labeled with production numbers NVD312061 to NVD312430.

16.      Attached hereto as Exhibit 15 is a true and correct copy of Stenberg et al., "Autoregulation of the Human Cytomegalovirus Major Immediate Early Gene," J. Virol. 56:676-682 (1985) ("Stenberg 1985") labeled with production numbers NVD009248 to NVD009254.

17.     Attached hereto as Exhibit 16 are true and correct copies of excerpts from the Rebuttal Expert Report of Michael Levine, as served on May 24, 2013.

18.     Attached hereto as Exhibit 17 are true and correct copies of excerpts from the prosecution file history for U.S. Patent No. 5,688,688.

19.     Attached hereto as Exhibit 18 is a true and correct copy of Kessler et al., "Requirement of A-A-U-A-A-A and adjacent downstream sequences for SV40 early polyadenylation,"14 NUCL. ACIDS RES. 4939-52 (1986) ("Kessler 1986") labeled with production numbers NVD399829 to NVD399842.

20.     Attached hereto as Exhibit 19 is a true and correct copy of Myers et al., "SV40 Gene Expression Is Modulated by the Cooperative Binding of T Antigen to DNA," 25 CELL 373-84 (1981) ("Myers 1981") labeled with production numbers BIOG0012420 to BIOG0012431.

21.     Attached hereto as Exhibit 20 is a true and correct copy of Rio et al., "SV40 T Antigen Binding Site Mutations That Affect Autoregulation,"  32 CELL 1227-40 (1983) ("Rio 1983") labeled with production numbers NVD399608 to NVD399621.

22.     Attached hereto as Exhibit 21 is a true and correct copy of Myers & Tjian, "Construction and analysis of simian virus 40 origins defective in tumor antigen binding and DNA replication," 77 PNAS 6491-6495 (1980) ("Myers & Tjian 1980") labeled with production numbers NVD399890 to NVD399894.

23.     Attached hereto as Exhibit 22 is a true and correct copy of Weaver & Hedrick, "Basic Genetics," Wm. C. Brown Publishers (1991) ("Weaver 1991") labeled with production numbers NVD416685 to NVD416687.

24.     Attached hereto as Exhibit 23 is a true and correct copy of Deb et al., "Domain Structure of the Simian Virus 40 Core Origin of Replication," 6 MOL CELL BIOL 1663-1670 (1986) ("Deb 1986") labeled with production numbers NVD399741 to NVD399749.

25.     Attached hereto as Exhibit 24 is a true and correct copy of Spaete and Mocarski, "Regulation of Cytomegalovirus Gene Expression: α and β Promoters Are *trans* Activated by Viral Functions in Permissive Human Fibroblasts," J. Virol. 56:135-143 (1985) ("Spaete 1985") labeled with production numbers BIOG0012219 to BIOG0012227.

26.     Attached hereto as Exhibit 25 are true and correct copies of excerpts from the Expert Report of Michael Levine, as served on April 26, 2013.

27.     Attached hereto as Exhibit 26 are true and correct copies of excerpts from the Expert Report of Edward S. Mocarski, as served on April 26, 2013.

28.     Attached hereto as Exhibit 27 are true and correct copies of excerpts from U.S. Publication No. 2007/0041972.  U.S. Publication No. 2007/0041972 was produced in this action labeled with production numbers NVD382963 to NVD383065.

29.     Attached hereto as Exhibit 28 is a true and correct copy of Foecking, et al., "Powerful and Versatile Enhancer-Promoter Unit for Mammalian Expression Vectors," Gene, 45 (1986) 101-105 (Foeking1986), labeled with production numbers BIOG001115 through BIOG0011119.

30.     Attached hereto as Exhibit 29 is a true and correct copy of excerpts to the Edward S. Mocarski, deposition dated June 14, 2013.

31.     Attached hereto as Exhibit 30 is a true and correct copy of U.S. Patent No. 5,024,939 labeled with production numbers BIOG0011128 through BIOG0011165.

32.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed this 19th day of July, 2013, at Newport Beach, California.


                                        */s/ John Kappos*                    

                                        John Kappos

## TABLE OF CONTENTS

| TITLE | EXH NO. | VOLUME |
|---|---|---|
| U.S. Patent No. 5,688,688 labeled with production numbers NVD000001 to NVD000102 | 1 | I |
| Excerpts from the Christopher Bebbington deposition, dated July 8, 2013 | 2 | I |
| Excerpts from the Cornelia Gorman deposition, dated June 24, 2013 | 3 | I |
| Excerpts from the Michael Levine deposition, dated July 5, 2013 | 4 | I |
| Declaration of Joseph Sodroski, M.D., dated July 16, 2013, which includes his Expert Report (Ex. A), Rebuttal Expert Report (Ex. B), and Supplemental Report (Ex. C) | 5 | I |
| Excerpts from the reexamination file history for U.S. Patent No. 5,688,688 | 6 | II |
| Subramani et al., "Expression of the Mouse Dihydrofolate Reductase Complementary Deoxyribonucleic Acid in Simian Virus 40 Vectors," 1 MOL CELL BIOL 854-64 (1981) ("Subramani 1981") labeled with production numbers NVD009286 to NVD009296 | 7 | II |
| "Points to Consider in the Production and Testing of New Drugs and Biologics Produced by Recombinant DNA Technology," dated April 10, 1985, and labeled with production numbers NVD397094 to NVD397106 | 8 | II |
| "Guideline for Industry Quality of Biotechnological Products: Analysis of the Expression Construct in Cells Used for Production of r-DNA Derived Protein Products," dated February 1996, and labeled with production numbers NVD397123 to NVD397129 | 9 | II |
| Excerpts from the Russell Rother deposition, dated February 19, 2013 | 10 | II |

1

| TITLE | EXH NO. | VOLUME |
|---|---|---|
| Excerpts from U.S. Publication No. US 2010/0009410 A1. U.S. Publication No. US 2010/0009410 A1 was produced in this action labeled with production numbers NVD383066 to NVD383097 | 11 | II |
| Excerpts from U.S. Publication No. 2007/0134795 A1. U.S. Publication No. 2007/0134795 A1 was produced in this action labeled with production numbers NVD382932 to NVD382962 | 12 | II |
| Excerpts from the depositions of Nancy Haigwood, dated December 12, 2012, and December 13, 2012 | 13 | II |
| Excerpts from "Notebook 1884 Issued to K. Ehrhardt." "Notebook 1884 Issued to K. Ehrhardt" was produced in this action labeled with production numbers NVD312061 to NVD312430 | 14 | II |
| Stenberg et al., "Autoregulation of the Human Cytomegalovirus Major Immediate Early Gene," J. Virol. 56:676-682 (1985) ("Stenberg 1985") labeled with production numbers NVD009248 to NVD009254 | 15 | II |
| Excerpts from the Rebuttal Expert Report of Michael Levine, Ph.D., as served on May 24, 2013 | 16 | II |
| Excerpts from the prosecution file history for U.S. Patent No. 5,688,688 | 17 | II |
| Kessler et al., "Requirement of A-A-U-A-A-A and adjacent downstream sequences for SV40 early polyadenylation,"14 NUCL. ACIDS RES. 4939-52 (1986) ("Kessler 1986") labeled with production numbers NVD399829 to NVD399842 | 18 | II |
| Myers et al., "SV40 Gene Expression Is Modulated by the Cooperative Binding of T Antigen to DNA," 25 CELL 373-84 (1981) ("Myers 1981") labeled with production numbers BIOG0012420 to BIOG0012431 | 19 | II |
| Rio et al., "SV40 T Antigen Binding Site Mutations That Affect Autoregulation,"  32 CELL 1227-40 (1983) ("Rio 1983") labeled with production numbers NVD399608 to NVD399621 | 20 | II |

| TITLE | EXH NO. | VOLUME |
|---|---|---|
| Myers & Tjian, "Construction and analysis of simian virus 40 origins defective in tumor antigen binding and DNA replication," 77 PNAS 6491-6495 (1980) ("Myers & Tjian 1980") labeled with production numbers NVD399890 to NVD399894 | 21 | II |
| Weaver & Hedrick, "Basic Genetics," Wm. C. Brown Publishers (1991) ("Weaver 1991") labeled with production numbers NVD416685 to NVD416687 | 22 | II |
| Deb et al., "Domain Structure of the Simian Virus 40 Core Origin of Replication," 6 MOL CELL BIOL 1663-1670 (1986) ("Deb 1986") labeled with production numbers NVD399741 to NVD399749 | 23 | II |
| Spaete and Mocarski, "Regulation of Cytomegalovirus Gene Expression: α and β Promoters Are *trans* Activated by Viral Functions in Permissive Human Fibroblasts," J. Virol. 56:135-143 (1985) ("Spaete 1985") labeled with production numbers BIOG0012219 to BIOG0012227 | 24 | II |
| Excerpts from the Expert Report of Michael Levine, Ph.D., as served on April 26, 2013 | 25 | II |
| Excerpts from the Expert Report of Edward S. Mocarski, as served on April 26, 2013 | 26 | II |
| Excerpts from U.S. Publication No. 2007/0041972.  U.S. Publication No. 2007/0041972 was produced in this action labeled with production numbers NVD382963 to NVD383065 | 27 | II |
| Foecking, et al., "Powerful and Versatile Enhancer-Promoter Unit for Mammalian Expression Vectors," Gene, 45 (1986) 101-105 (Foeking1986), labeled with production numbers BIOG001115 through BIOG0011119 | 28 | II |
| Excerpts to the Edward S. Mocarski, deposition dated June 14, 2013 | 29 | II |
| U.S. Patent No. 5,024,939 labeled with production numbers BIOG0011128 through BIOG0011165 | 30 | II |

3

# EXHIBIT 1

# EXHIBIT 1

US005688688C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (7249th)

# United States Patent
Luciw et al.

(10) **Number:** US 5,688,688 C1

(45) **Certificate Issued:** Dec. 22, 2009

---

(54) **VECTOR FOR EXPRESSION OF A POLYPEPTIDE IN A MAMMALIAN CELL**

(75) Inventors: **Paul A. Luciw**, Davis, CA (US); **Dino Dina**, San Francisco, CA (US); **Steven Rosenberg**, Oakland, CA (US); **Barbara S. Chapman**, Berkeley, CA (US); **Richard M. Thayer**, Alamo, CA (US); **Nancy L. Halgwood**, Bellevue, WA (US)

(73) Assignee: **Chiron Corporation**, Emeryville, CA (US)

**Reexamination Request:**
No. 90/008,017, Apr. 25, 2006

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | 5,688,688 |
| Issued: | Nov. 18, 1997 |
| Appl. No.: | 08/288,336 |
| Filed: | Aug. 10, 1994 |

**Related U.S. Application Data**

(60) Division of application No. 08/107,377, filed on Aug. 17, 1993, now abandoned, which is a division of application No. 08/083,391, filed on Jun. 28, 1993, now Pat. No. 6,458,527, which is a continuation of application No. 07/931,191, filed on Aug. 17, 1992, now abandoned, which is a division of application No. 07/138,894, filed on Dec. 24, 1987, now Pat. No. 5,156,949, which is a continuation-in-part of application No. 06/773,447, filed on Sep. 6, 1985, now abandoned, which is a continuation-in-part of application No. 06/696,534, filed on Jan. 30, 1985, now abandoned, which is a continuation-in-part of application No. 06/667,501, filed on Oct. 31, 1984, now abandoned.

(51) **Int. Cl.**

| | |
|---|---|
| A61K 38/00 | (2006.01) |
| C07K 14/005 | (2006.01) |
| C07K 14/16 | (2006.01) |
| C12Q 1/70 | (2006.01) |
| C12N 15/81 | (2006.01) |
| C12N 15/85 | (2006.01) |
| C12N 9/02 | (2006.01) |

(52) **U.S. Cl.** .................. **435/91.44**; 435/69.3; 435/974; 435/320.1; 435/455; 536/23.72

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,168,062 A    12/1992 Stinski

OTHER PUBLICATIONS

Akrigg et al. "The Structure of the Major Immediate Early Gene of Human Cytomegalovirus Strain AD169" *Virus Research* 2(2):107–121, Mar. 1985.

Chapman et al. "Effect of Intron A from Human Cytomegalovirus (Towne) Immediate–Early Gene on Heterologous Expression in Mammalian Cells" *Nucleic Acids Research* 19(14):3979–3986, Jul. 1991.

Fermentas "pBR322: Description & Restriction Map" from internet site www.fermentas.com/techinfo/nucleicacids/mappbr322.htm, Mar. 2005.

Spaete & Mocarski "Regulation of Cytomegalovirus Gene Expression: α and β Promoters Are Trans Activated by Viral Functions in Permissive Human Fibroblasts" *Journal of Virology* 56(1):135–143, Oct. 1985.

Stenberg et al. "Structural Analysis of the Major Immediate Early Gene of Human Cytomegalovirus" *Journal of Virology* 49(1):190–199, Jan. 1984.

Stenberg & Stinski "Autoregulation of the Human Cytomegalovirus Major Immediate–Early Gene" *Journal of Virology* 56(3):676–682, Dec. 1985.

Thomsen & Stinski "Cloning of the Human Cytomegalovirus Genome as Endonuclease Xbal Fragments" *Gene* 16(1–3):207–216, Dec. 1981.

van Zonneveld et al. "Autonomous Functions of Structural Domains on Human Tissue–Type Plasminogen Activator" *Proceedings of the National Academy of Sciences USA* 83(13):4670–4674, Jul. 1986.

*Primary Examiner*—Brenda Brumback

(57) **ABSTRACT**

Polynucleotide sequences are provided for the diagnosis of the presence of retroviral infection in a human host associated with lymphadenopathy syndrome and/or acquired immune deficiency syndrome, for expression of polypeptides and use of the polypeptides to prepare antibodies, where both the polypeptides and antibodies may be employed as diagnostic reagents or in therapy, e.g., vaccines and passive immunization. The sequences provide detection of the viral infectious agents associated with the indicated syndromes and can be used for expression of antigenic polypeptides.

NVD000001

US 5,688,688 C1

**1**

# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims 1–13, 15 and 17 are determined to be patentable as amended.

Claims 14, 16 and 18–24, dependent on an amended claim, are determined to be patentable.

1. A *non-human* mammalian host cell expression system *for improved expression* comprising a *non-human mammalian host cell with a* vector for expression of a polypeptide in a mammalian cell comprising a first polynucleotide sequence that comprises:

a) an upstream SV40 origin of replication;

b) a downstream SV40 polyadenylation region; [and]

c) a transcription regulatory region from human cytomegalovirus immediate early region HCMV IE1, wherein the transcription regulatory region includes the first HCMV IE1 intron proximal to the 3' end of the HCMV IE1 promoter, is interposed between the SV40 origin of replication and the SV40 polyadenylation region, and is capable of directing the transcription of a polypeptide coding sequence operably linked downstream from the transcription regulatory region, *and*

*d) the polypeptide coding sequence encoding a heterologous polypeptide operably linked downstream of the transcription regulatory region.*

2. The [vector] *non-human mammalian host cell expression system* of claim 1, wherein the polynucleotide sequence further comprises a linker that comprises a restriction site for insertion of the coding region of a polypeptide.

3. The [vector] *non-human mammalian host cell expression system* of claim 2, wherein the restriction site is a SalI site.

4. [The vector of claim 1] *A vector for expression of a polypeptide in a mammalian cell comprising a first polynucleotide sequence that comprises:*

*a) an upstream SV40 origin of replication;*

*b) a downstream SV40 polyadenylation region; and*

*c) a transcription regulatory region from human cytomegalovirus immediate early region HCMV IE1, wherein the transcription regulatory region includes the first HCMV IE1 intron proximal to the 3' end of the HCMV IE1 promoter, is interposed between the SV40 origin of replication and the SV40 polyadenylation region, and is capable of directing the transcription of a polypeptide coding sequence operably linked downstream from the transcription regulatory region, wherein the SV40 polyadenylation region comprises the SV40 polyadenylation sequence present in plasmid pSV7d.*

5. [The vector of claim 1] *A vector for expression of a polypeptide in a mammalian cell comprising a first polynucleotide sequence that comprises:*

**2**

*a) an upstream SV40 origin of replication;*

*b) a downstream SV40 polyadenylation region; and*

*c) a transcription regulatory region from human cytomegalovirus immediate early region HCMV IE1, wherein the transcription regulatory region includes the first HCMV IE1 intron proximal to the 3' end of the HCMV IE1 promoter, is interposed between the SV40 origin of replication and the SV40 polyadenylation region, and is capable of directing the transcription of a polypeptide coding sequence operably linked downstream from the transcription regulatory region, wherein the SV40 origin of replication comprises the SV40 origin of replication sequence present in plasmid pSVT2.*

6. The [vector] *non-human mammalian host cell expression system* of claim 1, further comprising a selectable marker.

7. The [vector] *non-human mammalian host cell expression system* of claim 5, wherein the selectable marker is a polynucleotide sequence that encodes ampicillin resistance.

8. The [vector] *non-human mammalian host cell expression system* of claim 1, further comprising a bacterial origin of replication.

9. [The vector of claim 1] *A vector for expression of a polypeptide in a mammalian cell comprising a first polynucleotide sequence that comprises:*

*a) an upstream SV40 origin of replication;*

*b) a downstream SV40 polyadenylation region; and*

*c) a transcription regulatory region from human cytomegalovirus immediate early region HCMV IE1, wherein the transcription regulatory region includes the first HCMV IE1 intron proximal to the 3' end of the HCMV IE1 promoter, is interposed between the SV40 origin of replication and the SV40 polyadenylation region, and is capable of directing the transcription of a polypeptide coding sequence operably linked downstream from the transcription regulatory region, wherein the polynucleotide sequence comprises the HCMV sequences present in plasmid pCMV6ARV120tpa, ATCC Accession No. 68249.*

10. The [vector] *non-human mammalian host cell expression system* of claim 2, further comprising a coding region that encodes a polypeptide, inserted at the restriction site.

11. The [vector] *non-human mammalian host cell expression system* of claim 10, further comprising a region encoding a signal sequence effective in directing the secretion of the polypeptide encoded by the coding region, positioned upstream from the coding region.

12. The [vector] *non-human mammalian host cell expression system* of claim 11, wherein the signal sequence is derived from the human tissue plasminogen activator leader sequence.

13. A vector produced by the process comprising linking together in an operative manner:

a) a SV40 origin of replication;

b) a SV40 polyadenylation region; [and]

c) a transcription regulatory region from human cytomegalovirus immediate early region HCMV IE1, wherein said regulatory region includes the first HCMV IE1 intron proximal to the 3' end of the HCMV IE1 promoter and is capable of directing the transcription of a *mammalian polypeptide or a mammalian virus* polypeptide coding sequence operably linked downstream therefrom; *and*

*d) the polypeptide coding sequence encoding a mammalian polypeptide or a heterologous mammalian virus polypeptide operably linked downstream of the transcription regulatory region.*

US 5,688,688 C1

3

**15.** A method for producing a *non-human mammalian cell comprising a* vector for expression of a *heterologous* polypeptide in a mammalian cell comprising:

a) providing a first polynucleotide molecule that comprises a SV40 origin of replication;

b) providing a second polynucleotide molecule that comprises a SV40 polyadenylation region;

c) providing a third polynucleotide molecule that comprises a transcription regulatory region from human cytomegalovirus immediate early region HCMV IE1, wherein said regulatory region includes the first HCMV IE1 intron proximal to the 3' end of the HCMV IE1 promoter; **[and]**

d) linking the SV40 origin of replication, the SV40 polyadenylation region and the regulatory region from HMCV IE1 together to form a vector that is capable of

4

effecting the transcription of a polypeptide coding sequence operatively linked downstream from the regulatory region;

*e) operatively linking a heterologous polypeptide coding sequence downstream from the regulatory region; and*

*f) introducing the vector into a non-human mammalian cell.*

**17.** An isolated nucleic acid molecule comprising an enhanced promoter, wherein the enhanced promoter comprises the human cytomegalovirus immediate early region HCMV IE1 promoter and the first intron proximate to the 3' end of the HCMV IE1 promoter *and wherein the enhanced promoter is operably linked to a nucleic acid sequence encoding a mammalian polypeptide or a heterologous mammalian virus polypeptide.*

\*    \*    \*    \*    \*

US005688688A

# United States Patent [19]

## Luciw et al.

| | |
|---|---|
| [11] | Patent Number: **5,688,688** |
| [45] | Date of Patent: **Nov. 18, 1997** |

[54] **VECTOR FOR EXPRESSION OF A POLYPEPTIDE IN A MAMMALIAN CELL**

[75] Inventors: **Paul A. Luciw**, Davis; **Dino Dina**, San Francisco; **Steven Rosenberg**, Oakland; **Barbara S. Chapman**, Berkeley; **Richard M. Thayer**, Alamo, all of Calif.; **Nancy L. Haigwood**, Bellevue, Wash.

[73] Assignee: **Chiron Corporation**, Emeryville, Calif.

[21] Appl. No.: **288,336**

[22] Filed: **Aug. 10, 1994**

**Related U.S. Application Data**

[62] Division of Ser. No. 107,377, Aug. 17, 1993, which is a division of Ser. No. 83,391, Jun. 28, 1993, which is a continuation of Ser. No. 931,191, Aug. 17, 1992, which is a division of Ser. No. 138,894, Dec. 24, 1987, Pat. No. 5,156,949, which is a continuation-in-part of Ser. No. 773, 447, Sep. 6, 1985, abandoned, which is a continuation-in-part of Ser. No. 696,534, Jan. 30, 1985, abandoned, which is a continuation-in-part of Ser. No. 667,501, Oct. 31, 1984, abandoned.

[51] Int. Cl.[6] ............................ C12N 15/67; C12N 15/11; C12N 15/85

[52] U.S. Cl. .................. 435/320.1; 435/69.3; 435/172.3; 435/974; 435/240.1; 536/23.72; 935/36

[58] Field of Search ........................ 435/5, 69.3, 172.3, 435/974, 320.1, 240.1; 536/23.72; 935/36

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,708,818 | 11/1987 | Montagnier et al. | 435/5 |
| 4,740,461 | 4/1988 | Kaufman | 435/172.3 |
| 4,981,790 | 1/1991 | Haseltine et al. | 435/69.1 |
| 4,988,624 | 1/1991 | Kakutani et al. | 435/320.1 |
| 5,024,939 | 6/1991 | Gorman | |
| 5,156,949 | 10/1992 | Luciw et al. | 435/5 |
| 5,168,062 | 12/1992 | Stinski | 435/240.2 |

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| 260148 | 3/1988 | European Pat. Off. . |
| 173177 | 4/1992 | European Pat. Off. . |
| 323997 B1 | 4/1993 | European Pat. Off. . |

**OTHER PUBLICATIONS**

Burke et al., *J. of Biol. Chem.* (1986) "The Functional Domains of Coagulation Factor VIII:C" 261:12574–78.

Chapman et al., *Nucleic Acids Research* (1991) "Effect of intron A from human cytomegalovirus (Towne) immediate–early gene on heterologous expression in mammalian cells" 19(14):3979–3986.

LeFemina et al. (1980) in Fields, et al. (eds.) *Animal Virus Genetics*. "Structural Organization of the DNA Molecules from Human Cytomegalovirus" Acad. Press, N.Y., 18:39–55.

Lusky et al., *Cell* (1984) "Characterization of the Bovine Papilloma Virus Plasmid Maintenance Sequences" 36:391–401.

Myers et al., *Cell* (1981) "SV40 Gene Expression is Modulated by the Cooperative Binding of T Antigen to DNA" 25:373–384.

Rio et al., *Cell* (1983) "SV40 T Antigen Binding Site Mutations That Affect Autoregulation" 32:1227–1240.

Subramani et al., *Molecular and Cellular Biology* (1981) "Expression of the Mouse Dihydrofolate Reductase Complementary Deoxyribonucleic Acid in Simian Virus 40 Vectors" 1:854–864.

Ulmer et al., *Science* (1993) "Heterologous Protection Against Influenza by Injection of DNA Encoding a Viral Protein" 259:1745–49.

van Zonneveld A J; Veerman H; Pannekoek H, "Autonomous functions of structural domains on human tissue–type plasminogen activator," Proc Natl Acad Sci U S A, (Jul., 1986) 83 (13) 4670–4.

Stinski M F; Thomsen D R; Stenberg R M; Goldstein L C. "Organization and expression of the immediate early genes of human cytomegalovirus," J Virol. (Apr. 1983) 46 (1) 1–14.

Stenberg R M; Thomsen D R; Stinski M F. "Structural analysis of the major immediate early gene of human cytomegalovirus," J Virol, (Jan. 1984) 49 (1) 190–9.

Thomsen D R; Stenberg R M; Goins W F; Stinski M F, "Promoter–regulatory region of the major immediate early gene of human cytomegalovirus," Proc Natl Acad Sci U S A, (Feb. 1984) 81 (3) 659–63.

Foecking M K; Hofstetter H. "Powerful and versatile enhancer–promoter unit for mammalian expression vectors," Gene, (1986) 45 (1) 101–5.

Gorman C M; Moffat L F; Howard B H. "Recombinant genomes which express chloramphenicol acetyltransferase in mammalian cells," Mol Cell Biol, (Sep. 1982) 2 (9) 1044–51.

Boshart M; Weber F; Jahn G; Dorsch–Hasler K; Fleckenstein B; Schaffner W. "A very strong enhancer is located upstream of an immediate early gene of human cytomegalovirus," Cell, (Jun. 1985) 41 (2) 521–30.

Stern. "Predicting Antigenic Sites on Proteins." Tibtech 9:163–168 (1991).

Seiki et al., "Human Adult T–Cell Leukemia . . . ", Proc Natl Acad Sci 80:3618–3622 (1983).

Reitz et al., "Characterization and Distribution of Nucleic . . . ," Proc Natl. Acad Sci (USA) 78:1887–1891 (1981).

Copeland et al., "Complete Amino Acid Seq . . . ," FEBS Lett 162:390–5 (1983).

*Primary Examiner*—Michael P. Woodward
*Attorney, Agent, or Firm*—Thomas P. McCracken; Barbara G. McClung; Robert P. Blackburn

[57] **ABSTRACT**

Polynucleotide sequences are provided for the diagnosis of the presence of retroviral infection in a human host associated with lymphadenopathy syndrome and/or acquired immune deficiency syndrome, for expression of polypeptides and use of the polypeptides to prepare antibodies, where both the polypeptides and antibodies may be employed as diagnostic reagents or in therapy, e.g., vaccines and passive immunization. The sequences provide detection of the viral infectious agents associated with the indicated syndromes and can be used for expression of antigenic polypeptides.

**24 Claims, 59 Drawing Sheets**



FIG. 1

FIG. 2

FIG. 3

NVD000005

```
              Argument Map in DNA Strand ssarv2
              from the '/v/lib/6mers'file.
              Translation shown at open reading frames.

   _!!___!___!_____!!_____!!_!!_____!_!_____!____!_!!
   mbo11-1  mbo11-1           bgl11    nar1       xmn1   pst1
    binI          aval-2        sac1       sac1           binI
       binI       scal       afll1                        mbo11-1
       ecor5               hind111

   ___!!!_!_____!!____!___!_!_____!____!___!_!_____!_
   hind111   aha111    pst1         bstXI   aha111        apal
   mbo11-1   ava3  aha111        hind111             avr2
             mbo11-1   sph1                    mbo11-1
    mbo11-1
     pvul1
     pst1
     pvul1
     tthIII1-2

   ___!_!_!_____!!_____!!_!__!!_____!_____!____!!!__
   mbo11-2    mbo11-1  mbo11-1         scal    ava3  tthIII1-2
      mbo11-1      bstXI    aha111                   ecor5
   mbo11-1               tthIII1-2               bstXI
   bglll                 ball                    binI
                         mbo11-1

   ___!__!___!___!_____!_____!___!__!_____!_____!__!___!_
          bxtXI      mbo11-1  aha111      kpn1  mbo11-1
   binI         pvul1           hpa1             mbo11-1
      tthIII1-2              aha111                   ava3

   ____!___!_!____!_!_!_!__!__!!_!_!_____!_!_____!___!____
   kpn1  mbo11-1  bstXI  mbo11-1       afll1       hind111
     scal    pvul1   xmn1  scal      aha111      mbo11-1
             ava3       ball
                xbal       binI
```

# FIG. 4A

NVD000006



FIG. 4B

NVD000007

```
  1  CTGGAAGGGCTAATTTGGTCCCAAAGAAGACAAGAGATCCTTGATCTGTGGATCTACCACAC
     GACCTTCCCGATTAAACCAGGGTTTCTTCTGTTCTCTAGGAACTAGACACCTAGATGGTGTG
                                ^
     26 mboII, 50 binI,

 63  ACAAGGCTACTTCCCTGATTGGCAGAATTACACACCAGGGCCAGGGATCAGATATCCACT
     TGTTCCGATGAAGGGACTAACCGTCTTAATGTGTGGTCCCGGTCCCTAGTCTATAGGTGA

     107 binI, 113 ecor5,

123  GACCTTTGGATGGTGCTTCAAGCTAGTACCAGTTGAGCCAGAGAAGGTAGAAGAGGCCAA
     CTGGAAACCTACCACGAAGTTCGATCATGGTCAACTCGGTCTCTTCCATCTTCTCCGGTT
                                                      ^
     172 mboII,

183  TGAAGGAGAGAACAACAGCTTGTTACACCCTATGAGCCTGCATGGGATGGAGGACGCGGA
     ACTTCCTCTCTTGTTGTCGAACAATGTGGGATACTCGGACGTACCCTACCTCCTGCGCCT

243  GAAAGAAGTGTTAGTGTGGAGGTTTGACAGCAAACTAGCATTTCATCACATGGCCCGAGA
     CTTTCTTCACAATCACACCTCCAAACTGTCGTTTGATCGTAAAGTAGTGTACCGGGCTCT

     296 avaI,

303  GCTGCATCCGGAGTACTACAAAGACTGCTGACATCGAGCTTTCTACAAGGGACTTTCCGC
     CGACGTAGGCCTCATGATGTTTCTGACGACTGTAGCTCGAAAGATGTTCCCTGAAAGGCG

     314 scaI,

363  TGGGGACTTTCCAGGGAGGCGTGGCCTGGGCGGGACTGGGGAGTGGCGTCCCTCAGATGC
     ACCCCTGAAAGGTCCCTCCGCACCGGACCCGCCCTGACCCCTCACCGCAGGGAGTCTACG

423  TGCATATAAGCAGACTGCTTTTTTGCCTGTACTGGGTCTCTCTGGTTAGACCAGATCTGAG
     ACGTATATTCGTCTGACGAAAAACGGACATGACCCAGAGAGACCAATCTGGTCTAGACTC

     474 bglII,

483  CCTGGGAGCTCTCTGGCTAACTAGGGAACCCACTGCTTAAGCCTCAATAAAGCTTGCCTT
     GGACCCTCGAGAGACCGATTGATCCCTGGGTGACGAATTCGGAGTTATTTCGAACGGAA
                      ^                       ^                  ^
     488 sacI, 518 aflII, 532 hindIII,

543  GAGTGCTTCAAGTAGTGTGTGCCCGTCTGTTGTGTGACTCTGGTAACTAGAGATCCCTCA
     CTCACGAAGTTCATCACACACGGGCAGACAACACACTGAGACCATTGATCTCTAGGGAGT

603  GACCCTTTTAGTCAGTGTGGAAAAATCTCTAGCAGTGGCGCCCGAACAGGGACGCGAAAG
     CTGGGAAAATCAGTCACACCTTTTTAGAGATCGTCACCGCGGGCTTGTCCCTGCGCTTTC
                                                  ^
     639 narI,

663  CGAAAGTAGAACCAGAGGAGCTCTCTCGACGCAGGACTCGGCTTGCTGAAGCGCGCACAG
     GCTTTCATCTTGGTCTCCTCGAGAGAGCTGCGTCCTGAGCCGAACGACTTCGCGCGTGTC
             ^
     680 sacI,

723  CAAGAGGCGAGGGGCGGCGACTGGTGAGTACGCCAATTTTTGACTAGCGGAGGCTAGAAG
     GTTCTCCGCTCCCCGCCGCTGACCACTCATGCGGTTAAAAACTGATCGCCTCCGATCTTC
                              MetGlyAlaArgAlaSerValLeuSerGlyGlyGluLeuAspLysTrpGlu  ̄ ̄GAG
783  GAGAGAGAGATGGGTGCGAGAGCGTCGGTATTAAGCGGGGGAGAATTAGATAAATGGGAA
     CTCTCTCTCTACCCACGCTCTCGCAGCCATAATTCGCCCCCTCTTAATCTATTTACCCTT
                                                               ^
```

**FIG. 4C**

NVD000008

```
     LysIleArgLeuArgProGlyGlyLysLysLysTyrLysLeuLysHisIleValTrpAla
843  AAAAATTCGGTTAAGGCCAGGGGGAAAGAAAAAAATATAAGTTAAAACATATAGTATGGGCA
     TTTTAAGCCAATTCCGGTCCCCCTTTCTTTTTTATATTCAATTTTGTATATCATACCCGT

     SerArgGluLeuGluArgPheAlaValAsnProGlyLeuLeuGluThrSerGluGlyCys
903  AGCAGGGGAGCTAGAACGATTCGCAGTCAATCCTGGCCTGTTAGAAACATCAGAAGGCTGC
     TCGTCCCTCGATCTTGCTAAGCGTCAGTTAGGACCGGACAATCTTTGTAGTCTTCCGACG

     959 pst1,

     ArgGlnIleLeuGlyGlnLeuGlnProSerLeuGlnThrGlySerGluGluLeuArgSer
963  AGACAAATATTGGGACAGCTACAGCCATCCCTTCAGACAGGATCAGAAGAACTTAGATCA
     TCTGTTTATAACCCTGTCGATGTCGGTAGGGAAGTCTGTCCTAGTCTTCTTGAATCTAGT
                                                    ^

     1002 bin1, 1008 mbo11,

     LeuTyrAsnThrValAlaThrLeuTyrCysValHisGlnArgIleAspVaoLysAspThr
1023 TTATATAATACAGTAGCAACCCTCTATTGTGTACATCAAAGGATAGATGTAAAAGACACC
     AATATATTATGTCATCGTTGGGAGATAACACATGTAGTTTCCTATCTACATTTTCTGTGG

     LysGluAlaAlaLeuGluLysIleGluGluGluGlnAsnLysSerLysLysLysAlaGlnGln
1083 AAGGAAGCTTTAGAGAAGATAGAGGAAGAGCAAAACAAAAGTAAGAAAAAAGGCACAGCAA
     TTCCTTCGAAATCTCTTCTATCTCCTTCTCGTTTTGTTTTCATTCTTTTCCGTGTCGTT
                                                    ^

     1087 hind111, 1097 mbo11, 1107 mbo11,

                                                         p25
     AlaAlaAlaAlaAlaGlyThrGlyAsnSerSerGlnValSerGlnAsnTyrProIleVal
1143 GCAGCAGCTGCAGCTGGCACAGGAAACAGCAGCCAGGTCAGCCAAAATTACCCTATAGTG
     CGTCGTCGACGTCGACCGTGTCCTTTGTCGTCGGTCCAGTCGGTTTTAATGGGATATCAC

     1147 pvu11, 1150 pst1, 1153 pvu11, 1156 tth111,

     GlnAsnLeuGlnGlyGlnMetValHisGlnAlaIleSerProArgThrLeuAsnAlaTrp
1203 CAGAACCTACAGGGGCAAATGGTACATCAGGCCATATCACCTAGAACTTTAAATGCATGG
     GTCTTGGATGTCCCCGTTTACCATGTAGTCCGGTATAGTGGATCTTGAAATTTACGTACC
                                         ^                    ^

     1250 aha111, 1255 ava3,

     ValLysValValGluGluLysAlaPheSerProGluValIleProMetPheSerAlaLeu
1263 GTAAAAGTAGTAGAAGAAAAAGGCTTTCAGCCCAGAAGTAATACCCATGTTTTCAGCATTA
     CATTTTCATCATCTTCTTTTTCCGAAAGTCGGGTCTTCATTATGGGTACAAAAGTCGTAAT
                                 ^

     1275 mbo11,

     SerGluGlyAlaThrProGlnAspLeuAsnThrMetLeuAsnThrValGlyGlyHisGln
1323 TCAGAAGGAGCCACCCCACAAGATTTAAACACCATGCTAAACACAGTGGGGGGACATCAA
     AGTCTTCCTCGGTGGGGTGTTCTAAATTTGTGGTACGATTTGTGTCACCCCCCTGTAGTT

     1346 aha111,

     AlaAlaMetGlnMetLeuLysGluThrIleAsnGluGluAlaAlaGluTrpAspArgVal
1383 GCAGCCATGCAAATGTTAAAAGAGACTATCAATGAGGAAGCTGCAGAATGGGATAGAGTG
     CGTCGGTACGTTTACAATTTCTCTGATAGTTACTCCTTCGACGTCTTACCCTATCTCAC

     1423 pst1,

     HisProValHisAlaGlyProIleAlaProGlyGlnMetArgGluProArgGlySerAsp
1443 CATCCAGTGCATGCAGGGCCTATTGCACCAGGCCAAATGAGAGAACCAAGGGGAAGTGAC
     GTAGGTCACGTACGTCCCGGATAACGTGGTCCGGTTTACTCTCTTGGTTCCCCTTCACTG
                ^

     1451 sph1,
```

# FIG. 4D

NVD000009

```
     IleAlaGlyThrThrSerThrLeuGlnGluGlnIleGlyTrpMetThrAsnAsnProPro
1503 ATAGCAGGAACTACTAGTACCCTTCAGGAACAAATAGGATGGATGACAAATAATCCACCT
     TATCGTCCTTGATGATCATGGGAAGTCCTTGTTTATCCTACCTACTGTTTATTAGGTGGA

     IleProValGlyIleIleTyrLysArgTrpIleIleLeuGlyLeuAsnLysIleValArg
1563 ATCCCAGTAGGAGAAATCTATAAAAGATGGATAATCCTGGGATTAAATAAAATAGTAAGA
     TAGGGTCATCCTCTTTAGATATTTCTACCTATTAGGACCCTAATTTATTTTATCATTCT

     MetTyrSerProThrSerIleLeuAspIleArgGlnGlyProLysGluProPheArgAsp
1623 ATGTATAGCCCTACCAGCATTCTGGACATAAGACAAGGACCAAAGGAACCCTTTAGAGAT
     TACATATCGGGATGGTCGTAAGACCTGTATTCTGTTCCTGGTTTCCTTGGGAAATCTCTA
                                                          ^
     1636 bstXI,

     TyrValAspArgPheTyrLysThrLeuArgAlaGluGlnAlaSerGlnAspValLysAsn
1683 TATGTAGACCGGTTCTATAAAACTCTAAGAGCCGAACAAGCTTCACAGGATGTAAAAAAT
     ATACATCTGGCCAAGATATTTTGAGATTCTCGGCTTGTTCGAAGTGTCCTACATTTTTA
                                            ^
     1720 hind111,

     TrpMetThrGluThrLeuLeuValGlnAsnAlaAsnProAspCysLysThrIleLeuLys
1743 TGGATGACAGAAACCTTGTTGGTCCAAAATGCAAACCCAGATTGTAAGACTATTTTAAAA
     ACCTACTGTCTTTGGAACAACCAGGTTTTACGTTTGGGTCTAACATTCTGATAAAATTTT
                                                              ^
     1796 aha111,

     AlaLeuGlyProAlaAlaThrLeuGluGluMetMetThrAlaCysGlnGlyValGlyGly
1803 GCATTGGGACCAGCAGCTACACTAGAAGAAATGATGACAGCATGTCAGGGAGTGGGGGGA
     CGTAACCCTGGTCGTCGATGTGATCTTCTTTACTACTGTCGTACAGTCCCTCACCCCCT
                                   ^
     1827 mbo11,

     ProGlyHisLysAlaArgValLeuAlaGluAlaMetSerGlnValThrAsnProAlaAsn
1863 CCCGGCCATAAAGCAAGAGTTTTGGCTGAAGCCATGAGCCAAGTAACAAATCCAGCTAAC
     GGGCCGGTATTTCGTTCTCAAAACCGACTTCGGTACTCGGTTCATTGTTTAGGTCGATTG
             p18

     IleMetGluGlnArgGlyAsnPheArgAsnGlnArgLysThrValLysCysPheAsnCys
1923 ATAATGATGCAGAGAGGCAATTTTAGGAACCAAAGAAAGACTGTTAAGTGTTTCAATTGT
     TATTACTACGTCTCTCCGTTAAAATCCTTGGTTTCTTTCTGACAATTCACAAAGTTAACA

     GlyLysGluGlyHisIleAlaLysAsnCysArgAlaProArgLysLysGlyCysTrpArg
1983 GGCAAAGAAGGGCACATAGCCAAAAATTGCAGGGCCCCTAGGAAAAAGGGCTGTTGGAGA
     CCGTTTCTTCCCGTGTATCGGTTTTTAACGTCCCGGGGATCCTTTTTCCCGACAACCTCT

     2014 apa1, 2019 avr2,

     CysGlyArgGluGlyHisGlnMetLysAspCysThrGluArgGlnAlaAsnPheLeuGly
2043 TGTGGAAGGGAAGGACACCAAATGAAAGATTGCACTGAGAGACAGGCTAATTTTTTAGGG
     ACACCTTCCCTTCCTGTGGTTTACTTTCTAACGTGACTCTCTGTCCGATTAAAAAAATCCC
                                                               ^
     2102 mbo11,

     LysIleTrpProSerTyrLysGlyArgProGlyAsnPheLeuGlnSerArgProGluPro
2103 AAGATCTGGCCTTCTACAAGGGAAGGCCAGGGAATTTTCTTCAGAGCAGACCAGAGCCA
     TTCTAGACCGGAAGGATGTTCCCTTCCGGTCCCTTAAAAGAAGTCTCGTCTGGTCTCGGT
         ^
     2104 bgl11, 2141 mbo11,
```

**FIG. 4E**

NVD000010

```
             ThrAlaProProGluGluSerPheArgPheGlyGluGluLysThrThrProSerGlnLys
    2163  ACAGCCCCACCAGAAGAGAGCTTCAGGTTTGGGGAGGAGAAAACAACTCCCTCTCAGAAG
          TGTCGGGGTGGTCTTCTCTCGAAGTCCAAACCCCTCCTCTTTTGTTGAGGGAGAGTCTTC

             2175 mbo11,

             GlnGluProIleAspLysGluLeuTyrProLeuThrSerLeuArgSerLeuPheGlyAsn
    2223  CAGGAGCCGATAGACAAGGAACTGTATCCTTTAACTTCCCTCAGATCACTCTTTGGCAAC
          GTCCTCGGCTATCTGTTCCTTGACATAGGAAATTGAAGGGAGTCTAGTGAGAAACCGTTG

             AspProSerSerGlnOC
    2283  GACCCCTCGTCACAATAAGGATAGGGGGGCAACTAAAGGAAGCTCTATTAGATACAGGA
          CTGGGGAGCAGTGTTATTCCTATCCCCCGTTGATTTCCTTCGAGATAATCTATGTCCT

                             MetAsnLeuProGlyLysTrpLysProLysMetIle
    2342  GCAGATGATACAGTATTAGAAGAAATGAATTTGCCAGGAAAATGGAAACCAAAAATGATA
          CGTCTACTATGTCATAATCTTCTTTACTTAAACGGTCCTTTTACCTTTGGTTTTTACTAT

             2360 mbo11, 2375 bstXI,

             GlyGlyIleGlyGlyPheIleLysValArgGlnTyrAspGlnIleProValGluIleCys
    2402  GGGGGAATTGGAGGTTTTATCAAAGTAAGACAGTACGATCAGATACCTGTAGAAATCTGT
          CCCCCTTAACCTCCAAAATAGTTTCATTCTGTCATGCTAGTCTATGGACATCTTTAGACA

             GlyHisLysAlaIleGlyThrValLeuValGlyProThrProValAsnIleIleGlyArg
    2462  GGACATAAAGCTATAGGTACAGTATTAGTAGGACCTACACCTGTCAACATAATTGGAAGA
          CCTGTATTTCGATATCCATGTCATAATCATCCTGGATGTGGACAGTTGTATTAACCTTCT

             2517 mbo11,

             AsnLeuLeuThrGlnIleGlyCysThrLeuAsnPheProIleSerProIleGluThrVal
    2522  AATCTGTTGACTCAGATTGGTTGTACTTTAAATTTCCCCATTAGTCCTATTGAAACTGTA
          TTAGACAACTGAGTCTAACCAACATGAAATTTAAAGGGGTAATCAGGATAACTTTGACAT

             2548 aha11l, 2577 tthIIl1,

             ProValLysLeuLysProGlyMetAspGlyProLysValLysGlnTrpProLeuThrGlu
    2582  CCAGTAAAATTAAAGCCAGGAATGGATGGCCCAAAAGTTAAGCAATGGCCATTGACAGAA
          GGTCATTTTAATTTCGGTCCTTACCTACCGGGTTTTCAATTCGTTACCGGTAACTGTCTT

             2627 bal1, 2639 mbo11,

             GluLysIleLysAlaLeuValGluIleCysThrGluMetGluLysGluGlyLysIleSer
    2642  GAAAAAATAAAAGCATTAGTAGAGATATGTACAGAAATGGAAAAGGAAGGGAAAATTTCA
          CTTTTTTATTTTCGTAATCATCTCTATACATGTCTTTACCTTTTCCTTCCCTTTTAAAGT

             LysIleGlyProGluAsnProTyrAsnThrProValPheAlaIleLysLysLysAspSer
    2702  AAAATTGGGCCTGAAAATCCATACAATACTCCAGTATTTGCTATAAAGAAAAAAGACAGT
          TTTTAACCCGGACTTTTAGGTATGTTATGAGGTCATAAACGATATTTCTTTTTTCTGTCA

             2759 scal,

             ThrLysTrpArgLysLeuValAspPheArgGluLeuAsnLysArgThrGlnAspPheTrp
    2762  ACTAAATGGAGAAAACTAGTAGATTTCAGAGAACTTAATAAAAGAACTCAAGACTTCTGG
          TGATTTACCTCTTTTGATCATCTAAAGTCTCTTGAATTATTTTCTTGAGTTCTGAAGACC

             GluValGlnLeuGlyIleProHisProGlnGlyOC
    2822  GAAGTTCAGTTAGGAATACCACACCCGCAGGGTTAAAAAAAGAAAAAATCAGTAACAGTA
          CTTCAAGTCAATCCTTATGGTGTGGGCGTCCCAATTTTTTTTCTTTTTTAGTCATTGTCAT
```

**FIG. 4F**

NVD000011

```
2882 TTGGATGTGGGTGATGCATACTTTTCAGTTCCCTTAGATAAAGACTTTAGAAAGTATACTG
     AACCTACACCCACTACGTATGAAAAGTCAAGGGAATCTATTTCTGAAATCTTTCATATGAC
                                    ^
     2895 ava3,

                               MetArgHisGlnGlyLeuAspIleSerThrMetTrp POL
2943 CATTTACCATACCTAGTATAAACAATGAGACACCAGGGATTAGATATCGTACAATGTGG
     GTAAATGGTATGGATCATATTTGTTACTCTGTGGTCCCTAATCTATAGTCATGTTACACC
     2985 ecor5,

     LeuProGlnGlyTrpLysGlySerProAlaIlePheGlnSerSerMetThrLysIleLeu
3003 CTGCCACAGGGATGGAAAGGATCACCAGCAATATTCCAAAGTAGCATGACAAAAATCTTA
     GACGGTGTCCCTACCTTTCCTAGTGGTCGTTATAAGGTTTCATCGTACTGTTTTTAGAAT
       ^           ^          ^
     3003 tthIII1, 3006 bstXI, 3021 binI,

     GluProPheArgLysGlnAsnProAspIleValIleTyrGlnTyrMetAspAspLeuTyr
3063 GAGCCTTTTAGAAAACAGAATCCAGACATAGTTTATCTATCAATACATGGATGATTTGTAT
     CTCGGAAAATCTTTTGTCTTAGGTCTGTATCAATAGATAGTTATGTACCTACTAAACATA

     ValGlySerAspLeuGluIleGlyGlnHisArgThrLysIleGluGluLeuArgGlnHis
3123 GTAGGATCTGACTTAGAAATAGGGCAGCATAGAACAAAAATAGAGGAACTGAGACAGCAT
     CATCCTAGACTGAATCTTTATCCCGTCGTATCTTGTTTTTATCTCCTTGACTCTGTCGTA
        ^                                                 ^
     3126 binI, 3171 tthIII1,

     LeuLeuArgTrpGlyPheThrThrProAspLysLysHisGlnLysGluProProPheLeu
3183 CTGTTGAGGTGGGGATTTACCACACCAGACAAAAAACATCAGAAAGAACCTCCATTCCTT
     GACAACTCCACCCCTAAATGGTGTGGTCTGTTTTTTGTAGTCTTTCTTGGAGGTAAGGAA

     3234 bstXI,

     TrpMetGlyTyrGluLeuHisProAspLysTrpThrValGlnProIleMetLeuProGlu
3243 TGGATGGGTTATGAACTCCATCCTGATAAATGGACAGTCAGCCTATAATGCTGCCAGAA
     ACCTACCCAATACTTGAGGTAGGACTATTTACCTGTCATGTCGGATATTACGACGGTCTT

     LysAspSerTrpThrValAsnAspIleGlnLysLeuValGlyLysLeuAsnTrpAlaSer
3303 AAAGACAGCTGGACTGTCAATGACATACGAAAGTTAGTGGGAAAATTGAATTGGGCAAGT
     TTTCTGTCGACCTGACAGTTACTGTATGTCTTCAATCACCCTTTTAACTTAACCCGTTCA

     3308 pvuII,

     GlnIleTyrAlaGlyIleLysValLysGlnLeuCysLysLeuLeuArgGlyThrLysAla
3363 CAGATTTATGCAGGGATTAAAGTAAAGCAGTTATGTAAACTCCTTAGAGGAACCAAAGCA
     GTCTAAATACGTCCCTAATTTCATTTCGTCAATACATTTGAGGAATCTCCTTGGTTTCGT

     LeuThrGluValIleProLeuThrGluGluAlaGluLeuGluLeuAlaGluAsnArgGlu
3423 CTAACAGAAGTAATACCACTAACAGAAGAAGCAGAGCTAGAACTGGCAGAAAACAGGGAG
     GATTGTCTTCATTATGGTGATTGTCTTCTTCGTCTCGATCTTGACCGTCTTTTGTCCCTC
                             ^
     3447 mboII,

     IleLeuLysGluProValHisGluValTyrTyrAspProSerLysAspLeuValAlaGlu
3483 ATTCTAAAAGAACCAGTACATGAAGTATATTATGACCCATCAAAAGACTTAGTAGCAGAA
     TAAGATTTTCTTGGTCATGTACTTCATATAATACTGGGTAGTTTTCTGAATCATCGTCTT

     IleGlnLysGlnGlyGlnGlyGlnTrpThrTyrGlnIleTyrGlnGluProPheLysAsn
3543 ATACAGAAGCAGGGGCAAGGCCAATGGACATATCAAATTTATCAAGAGCCATTTAAAAAT
     TATGTCTTCGTCCCCGTTCCGGTTACCTGTATAGTTTAAATAGTTCTCGGTAAATTTTTA
                                                         ^
     3594 aha111,
```

# FIG. 4G

NVD000012

```
       LeuLysThrGlyLysTyrAlaArgMetArgGlyAlaHisThrAsnAspValLysGlnLeu
3603   CTGAAAACAGGAAAGTATGCAAGGATGAGGGGTGCCCACACTAATGATGTAAAACAGTTA
       GACTTTTGTCCTTTCATACGTTCCTACTCCCCACGGGTGTGATTACTACATTTTGTCAAT
                                                              ^
       3659 hpa1,

       ThrGluAlaValGlnLysValSerThrGluSerIleValIleTrpGlyLysIleProLys
3663   ACAGAGGCAGTGCAAAAAGTATCCACAGAAAGCATAGTAATATGGGGAAAGATTCCTAAA
       TGTCTCCGTCACGTTTTTCATAGGTGTCTTTCGTATCATTATACCCCTTTCTAAGGATTT

       PheLysLeuProIleGlnLysGluThrTrpGluAlaTrpTrpMetGluTyrTrpGlnAla
3723   TTTAAACTACCCATACAAAAGGAAACATGGGAAGCATGGTGGATGGAGTATTGGCAAGCT
       AAATTTGATGGGTATGTTTTCCTTTGTACCCTTCGTACCACCTACCTCATAACCGTTCGA
       ^
       3723 aha111,

       ThrTrpIleProGluTrpGluPheValAsnThrProProLeuValLysLeuTrpTyrGln
3783   ACCTGGATTCCTGAGTGGGAGTTTGTCAATACCCCTCCCTTAGTGAAATTATGGTACCAG
       TGGACCTAAGGACTCACCCTCAAACAGTTATGGGGAGGGAATCACTTTAATACCATGGTC
                                                                  ^
       3835 kpn1,

       LeuGluLysGluProIleValGlyAlaGluThrPheTyrValAspGlyAlaAlaAsnArg
3843   TTAGAGAAAGAACCCATAGTAGGAGCAGAAACTTTCTATGTAGATGGGGCAGCTAATAGG
       AATCTCTTTCTTGGGTATCATCCTCGTCTTTGAAAGATACATCTACCCCGTCGATTATCC

       GluThrLysLeuGlyLysAlaGlyTyrValThrAspArgGlyArgGlnLysValValSer
3903   GAGACTAAATTAGGAAAAGCAGGATATGTTACTGACAGAGGAAGACAAAAAGTTGTCTCC
       CTCTGATTTAATCCTTTTCGTCCTATACAATGACTGTCTCCTTCTGTTTTTCAACAGAGG
                                                     ^
       3943 mbo11,

       IleAlaAspThrThrAsnGlnLysThrGluLeuGlnAlaIleHisLeuAlaLeuGlnAsp
3963   ATAGCTGACACAACAAATCAGAAGACTGAATTACAAGCAATTCATCTAGCTTTGCAGGAT
       TATCGACTGTGTTGTTTAGTCTTCTGACTTAATGTTCGTTAAGTAGATCGAAACGTCCTA
                             ^
       3983 mbo11,

       SerGlyLeuGluValAsnIleValThrAspSerGlnTyrAlaLeuGlyIleIleGlnAla
4023   TCGGGATTAGAAGTAAACATAGTAACAGACTCACAATATGCATTAGGAATCATTCAAGCA
       AGCCCTAATCTTCATTTGTATCATTGTCTGAGTGTTATACGTAATCCTTAGTAAGTTCGT
                                                       ^
       4060 ava3,

       GlnProAspLysSerGluSerGluLeuValSerGlnIleIleGluGlnLeuIleLysLys
4083   CAACCAGATAAGAGTGAATCAGAGTTAGTCAGTCAAATAATAGAGCAGTTAATAAAAAAG
       GTTGGTCTATTCTCACTTAGTCTCAATCAGTCAGTTTATTATCTCGTCAATTATTTTTTC

       GluLysValTyrLeuAlaTrpValProAlaHisLysGlyIleGlyGlyAsnGluGlnVal
4143   GAAAAGGTCTACCTGGCATGGGTACCAGCACAAAGGAATTGGAGGAAATGAACAAGTA
       CTTTTCCAGATGGACCGTACCCATGGTCGTGTTTCCTTAACCTCCTTTACTTGTTCAT
                           ^
       4163 kpn1,

       AspLysLeuValSerAlaGlyIleArgLysValLeuPheLeuAsnGlyIleAspLysAla
4203   GATAAATTAGTCAGTGCTGGAATCAGGAAAGTACTATTTTTGAATGGAATAGATAAGGCC
       CTATTTAATCAGTCACGACCTTAGTCCTTTCATGATAAAAACTTACCTTATCTATTCCGG
                                                     ^
       4232 sca1,
```

# FIG. 4H

```
      GlnGluGluHisGluLysTyrHisSerAsnTrpArgAlaMetAlaSerAspPheAsnLeu
4263  CAAGAAGAACATGAGAAATATCACAGTAATTGGAGAGCAATGGCTAGTGATTTTAACCTG
      GTTCTTCTTGTACTCTTTATAGTGTCATTAACCTCTCGTTACCGATCACTAAAATTGGAC
                        ^
      4266 mbo11,

      ProProValValAlaLysGluIleValAlaSerCysAspLysCysGlnLeuLysGlyGlu
4323  CCACCTGTAGTAGCAAAAGAAATAGTAGCCAGCTGTGATAAATGTCAGCTAAAAGGAGAA
      GGTGGACATCATCGTTTTCTTTATCATCGGTCGACACTATTTACAGTCGATTTTCCTCTT
                                            ^
      4352 pvull,

      AlaMetHisGlyGlnValAspCysSerProGlyIleTrpGlnLeuAspCysThrHisLeu
4383  GCCATGCATGGACAAGTAGACTGTAGTCCAGGAATTGGCAACTAGATTGTACACATCTA
      CGGTACGTACCTGTTCATCTGACATCAGGTCCTTATACCGTTGATCTAACATGTGTAGAT
           ^                                                  ^
      4386 ava3, 4410 bstXI, 4439 xbaI,

      GluGlyLysIleIleLeuValAlaValHisValAlaSerGlyTyrIleGluAlaGluVal
4443  GAAGGAAAAATTATCCTGGTAGCAGTTCATGTAGCCAGTGGATATATAGAAGCAGAAGTT
      CTTCCTTTTTAATAGGACCATCGTCAAGTACATCGGTCACCTATATATCTTCGTCTTCAA
                                                        ^
      4497 xmn1,

      IleProAlaGluThrGlyGlnGluThrAlaTyrPheLeuLeuLysLeuAlaGlyArgTrp
4503  ATTCCAGCAGAGACAGGGCAGGAAACAGCATATTTCTCTTAAAATTAGCAGGAAGATGG
      TAAGGTCGTCTCTGTCCCGTCCTTTGTCGTATAAAGAGAATTTTAATCGTCCTTCTACC
                                    ^                         ^
      4555 mbo11, 4560 ball,

      ProValLysThrIleHisThrAspAsnGlySerAsnPheThrSerThrThrValLysAla
4563  CCAGTAAAAACAATACATACAGACAATGGCAGCAATTTCACCAGTACTACGGTTAAGGCC
      GGTCATTTTTGTTATGTATGTCTGTTACCGTCGTTAAAGTGGTCATGATGCCAATTCCGG
                                            ^
      4605 scal,

      AlaCysTrpProAlaGlyIleLysGlnGluPheGlyIleProTyrAsnProGlnSerGln
4623  GCCTGTTGGTGGGCAGGGATCAAGCAGGAATTTGGCATTCCCTACAATCCCCAAAGTCAA
      CGGACAACCACCCGTCCCTAGTTCGTCCTTAAACCGTAAGGGATGTTAGGGGTTTCAGTT
                            ^
      4639 binl,

      GlyValValGluSerMetAsnAsnGluLeuLysLysIleIleGlyGlnValArgAspGln
4683  GGAGTAGTAGAATCTATGAATAATGAATTAAAGAAAATTATAGGACAGGTAAGAGATCAG
      CCTCATCATCTTAGATACTTATTACTTAATTTCTTTTAATATCCTGTCCATTCTCTAGTC

      AlaGluHisLeuLysThrAlaValGlnMetAlaValPheIleHisAsnPheLysArgLys
4743  GCTGAACACCTTAAGACAGCAGTACAAATGGCAGTATTCATCCACAATTTTAAAAGAAAA
      CGACTTGTGGAATTCTGTCGTCATGTTTACCGTCATAAGTAGGTGTTAAAATTTTCTTTT
           ^                                                  ^
      4752 alfll, 4791 ahall,

      GlyGlyIleGlyGlyTyrSerAlaGlyGluArgIleValAspIleIleAlaThrAspIle
4803  GGGGGGATTGGGGGATACAGTGCAGGGGAAAGAATAGTAGACATAATAGCAACAGACATA
      CCCCCCTAACCCCCTATGTCACGTCCCCTTTCTTATCATCTGTATTATCGTTGTCTGTAT

      GlnThrLysGluLeuGlnLysGlnIleThrLysIleGlnAsnPheArgValTyrTyrArg
4863  CAAACTAAAGAACTACAAAAGCAAATTACAAAAATTCAAAATTTTCGGGTTTATTACAGG
      GTTTGATTTCTTGATGTTTTCGTTTAATGTTTTTAAGTTTTAAAAGCCCAAATAATGTCC
```

# FIG. 4I

NVD000014

```
       AspAsnLysAspProLeuTrpLysGlyProAlaLysLeuLeuTrpLysGlyGluGlyAla
4923   GACAACAAAGATCCCCTTTGGAAAGGACCAGCAAAGCTTCTCTGGAAAGGTGAAGGGGCA
       CTGTTGTTTCTAGGGGAAACCTTTCCTGGTCGTTTCGAAGAGACCTTTCCACTTCCCCGT
                                                         ^
       4956 hind111,

       ValValIleGlnAspAsnSerAspIleLysValValProArgArgLysAlaLysIleIle
4983   GTAGTAATACAAGATAATAGTGACATAAAAGTAGTGCCAAGAAGAAAAGCAAAAATCATT
       CATCATTATGTTCTATTATCACTGTATTTTCATCACGGTTCTTCTTTTCGTTTTTAGTAA
       5023 mbo11,

          MetGluAsnArgTrpGlnValMetIleValTrpGlnValAspArgMetArgIle
       ArgAspTyrGlyLysGlnMetAlaGlyAspAspCysValAlaSerArgGlnAspGluAsp
5043   AGGGATTATGGAAAACAGATGGCAGGTGATGATTGTGTGGCAAGTAGACAGGATGAGGAT
       TCCCTAATACCTTTTGTCTACCGTCCACTACTAACACACCGTTCATCTGTCCTACTCCTA

        ArgTreTrpLysSerLeuValLysHisHisMetTyrIleSerLysLysAlaLysGlyTrp
       AM
5103   TAGAACATGGAAAAGTTTAGTAAAACACCATATGTATATTTCAAAGAAAGCTAAAGGATGG
       ATCTTGTACCTTTTCAAATCATTTTGTGGTATACATATAAAGTTTCTTTCGATTTCCTACC
                                                            ^
       5131 nde1,

        PheTyrArgHisHisTyrGluSerThrHisProArgValSerSerGlnValHisIle
5163   TTTTATAGACATCACTATGAAAGTACTCATCCAAGAGTAAGTTCAGAAGTACACATC
       AAAATATCTGTAGTGATACTTTCATGAGTAGGTTCTCATTCAAGTCTTCATGTGTAG
                                 ^
       5185 sca1,

       ProLeuGlyAspAlaLysLeuValIleThrThrTyrTrpGlyLeuHisThrGlyGluArg
5221   CCCCTAGGGGATGCTAAATTGGTAATAACAACATATTGGGGTCTGCATACAGGAGAAAGA
       GGGGATCCCCTACGATTTAACCATTATTGTTGTATAACCCCAGACGTATGTCCTCTTTCT
                 ^
       5223 avr2,

       GluTrpHisLeuGlyGlnGlyValAlaAlaIleGluTrpArgLysLysLysTyrSerThrGln
5281   GAATGGCATTTGGGCCAGGGAGTCGCCATAGAATGGAGGAAAAAGAAATATAGCACACAA
       CTTACCGTAAACCCGGTCCCTCAGCGGTATCTTACCTCCTTTTTCTTTATATCGTGTGTT
       5281 ...

       ValAspProGlyLeuAlaAspGlnLeuIleHisLeuHisTyrPheAspCysPheSerGlu
5341   GTAGACCCTGGCCTAGCAGACCAACTAATTCATCTGCATTATTTTGATTGTTTTTCAGAA
       CATCTGGGACCGGATCGTCTGGTTGATTAAGTAGACGTAATAAAACTAACAAAAAGTCTT

       SerAlaIleLysAsnAlaIleLeuGlyTyrArgValSerProArgCysGluTyrGlnAla
5401   TCTGCTATAAAAAATGCCATATTAGGATATAGAGTTAGTCCTAGGTGTGAATATCAAGCA
       AGACGATATTTTTTACGGTATAATCCTATATCTCAATCAGGATCCACACTTATAGTTCGT
                                                      ^
       5440 avr2,

       GlyHisAsnLysValGlySerLeuGlnTyrLeuAlaLeuAlaAlaLeuIleThrProLys
5461   GGACATAACAAGGTAGGATCTCTACAATCTTACGCTGCTAGCAGCATTAATAACACCAAAA
       CCTGTATTGTTCCATCCTAGAGATGTTATGAACCGTGATCGTCGTAATTATTGTGGTTTT
                                 ^
       5476 bin1,

       LysThrLysProProLeuProSerValLysLysLeuThrGluAspArgTrpAsnLysPro
5521   AAGACAAAGCCACCTTTGCCTAGTGTTAAGAAACTGACAGAGGATAGATGGAACAAGCCC
       TTCTGTTTCGGTGGAAACGGATCACAATTCTTTGACTGTCTCCTATCTACCTTGTTCGGG
```

## FIG. 4J

NVD000015

```
         GlnLysThrLysGlyHisArgGlySerHisThrMetAsnGlyHisAM
   5581  CAGAAGACCAAGGGCCACAGAGGGAGCCATACAATGAATGGACACTAGAGCTTTTAGAGG
         GTCTTCTGGTTCCCGGTGTCTCCCTCGGTATGTTACTTACCTGTGATCTCGAAAATCTCC

         5583 mboll,

   5641  AGCTTAAGAGAGAAGCTGTTAGACATTTTCCTAGGCCATGGCTCCATAGCTTAGGACAAT
         TCGAATTCTCTCTTCGACAATCTGTAAAAGGATCCGGTACCGAGGTATCGAATCCTGTTA

         5643 aflll, 5670 avr2, 5676 ncol,

   5701  ATATCTATGAAACTTATGGGGATACTTGGGCAGGAGTGGAAGCCATAATAAGAATTCTGC
         TATAGATACTTTGAATACCCCTATGAACCCGTCCTCACCTTCGGTATTATTCTTAAGACG

         5752 ecorl,

   5761  AACAACTGCTGTTTATTCATTTCAGAATTGGGTGTCAACATAGCAGAATAGGCATTATTC
         TTGTTGACGACAAATAAGTAAAGTCTTAACCCACAGTTGTATCGTCTTATCCGTAATAAG

   5821  AACAGAGGAGAGCAAGAAGAAATGGAGCCAGTAGATCCTAATCTAGAGCCCTGGAAGCAT
         TTGTCTCCTCTCGTTCTTCTTTACCTCGGTCATCTAGGATTAGATCTCGGGACCTTCGTA

         5836 mboll, 5862 xbal,

   5881  CCAGGAAGTCAGCCTAGGACTGCTTGTAACAATTGCTATTGTAAAAAGTGTTGCTTTCAT
         GGTCCTTCAGTCGGATCCTGACGAACATTGTTAACGATAACATTTTTCACAACGAAAGTA

         5893 avr2,

   5941  TGCTACGCGTGTTTCACAAGAAAAGGCTTAGGCATCTCCTATGGCAGGAAGAAGCGGAGA
         ACGATGCGCACAAAGTGTTCTTTTCCGAATCCGTAGAGGATACCGTCCTTCTTCGCCTCT

         5945 mlul, 5988 mboll,

   6001  CAGCGACGAAGAGCTCCTCAGGACAGTCAGACTCATCAAGCTTCTCTATCAAAGCAGTAA
         GTCGCTGCTTCTCGAGGAGTCCTGTCAGTCTGAGTAGTTCGAAGAGATAGTTTCGTCATT

         6008 mboll, 6011 sacl, 6016 mstll, 6038 hlndlll,

   6061  GTAGTAAATGTAATGCAATCTTTACAAATATTAGCAATAGTATCATTAGTAGTAGTAGCA
         CATCATTTACATTACGTTAGAAATGTTTATAATCGTTATCATAGTAATCATCATCATCGT

   6121  ATAATAGCAATAGTTGTGTGGACCTAGTACTCATAGAATATAGGAAAATATTAAGACAA
         TATTATCGTTATCAACACACCTGGTATCATGAGTATCTTTATATCCTTTTTATAATTCTGTT

         6147 scal,

                                                                    MetLys  ENV
   6181  AGAAAAATAGACAGATTAATTGATAGAATAAGAGAAAAAGCAGAAGACAGTGGCAATGAAA
         TCTTTTATCTGTCTAATTAACTATCTTATTCTCTTTTTCGTCTTCTGTCACCGTTACTTT

         6222 mboll,

         ValLysGlyThrArgArgAsnTyrGlnHisLeuTrpArgTrpGlyThrLeuLeuLeuGly
   6241  GTGAAGGGGACCAGGAGGAATTATCAGCACTTGTGGAGATGGGGCACCTTGCTCCTTGGG
         CACTTCCCCTGGTCCTCCTTAATAGTCGTGAACACCTCTACCCCGTGGAACGAGGAACCC

         MetLeuMetIleCysSerAlaThrGluLysLeuTrpValThrValTyrTyrGlyValPro
   6301  ATGTTGATGATCTGTAGTGCTACAGAAAAATTGTGGGTCACAGTTTATTATGGAGTACCT
         TACAACTACTAGACATCACGATGTCTTTTTAACACCCAGTGTCAAATAATACCTCATGGA
```

## FIG. 4K

NVD000016

```
      ValTrpLysGluAlaThrThrThrLeuPheCysAlaSerAspAlaArgAlaTyrAspThr
6361  GTGTGGAAAGAAGCAACTACCACTCTATTTTGTGCATCAGATGCTAGAGCATATGATACA
      CACACCTTTCTTCGTTGATGGTGAGATAAAACACGTAGTCTACGATCTCGTATACTATGT
                                                      ^
      6410 ndeI,

      GluValHisAsnValTrpAlaThrHisAlaCysValProThrAspProAsnProGlnGlu
6421  GAGGTACATAATGTTTGGGCCACACATGCCTGTGTACCCACAGACCCCAAACCCACAAGAA
      CTCCATGTATTACAAACCCGGTGTGTACGGACACATGGGTGCTCTGGGGTTGGGTGTTCTT

      ValValLeuGlyAsnValThrGluAsnPheAsnMetTrpLysAsnAsnMetValGluGln
6481  GTAGTATTGGGAAATGTGACAGAAAATTTTAACATGTGGAAAAATAACATGGTAGAACAG
      CATCATAACCCTTTACACTGTCTTTTAAAATTGTACACCTTTTTATTGTACCATCTTGTC

      MetGlnGluAspIleIleSerLeuTrpAspGlnSerLeuLysProCysValLysLeuThr
6541  ATGCAGGAGGATATAATCAGTTTATGGGATCAAAGCCTAAAGCCATGTGTAAAATTAACC
      TACGTCCTCCTATATTAGTCAAATACCCTAGTTTCGGATTTCGGTACACATTTTAATTGG
                               ^
      6567 binI,

      ProLeuCysValThrLeuAsnCysThrAspLeuGlyLysAlaThrAsnThrAsnSerSer
6601  CCACTCTGTGTTACTTTAAATTGCACTGATTTGGGGAAGGCTACTAATACCAATAGTAGT
      GGTGAGACACAATGAAATTTAACGTGACTAAACCCCTTCCGATGATTATGGTTATCATCA
                              ^
      6615 ahaIII,

      AsnTrpLysGluGluIleLysGlyGluIleLysAsnCysSerPheAsnIleThrThrSer
6661  AATTGGAAAGAAGAAATAAAAGGAGAAATAAAAAACTGCTCTTTCAATATCACCACAAGC
      TTAACCTTTCTTCTTTATTTTCCTCTTTATTTTTTGACGAGAAAGTTATAGTGGTGTTCG
                                                      ^
      6670 mboII,

      IleArgAspLysIleGlnLysGluAsnAlaLeuPheArgAsnLeuAspValValProIle
6721  ATAAGAGATAAGATTCAGAAAGAAAATGCACTTTTTCGTAACCTTGATGTAGTACCAATA
      TATTCTCTATTCTAAGTCTTTCTTTTACGTGAAAAAGCATTGGAACTACATCATGGTTAT

      AspAsnAlaSerThrThrThrAsnTyrThrAsnTyrArgLeuIleHisCysAsnArgSer
6781  GATAATGCTAGTACTACTACCAACTATACCAACTATAGGTTGATACATTGTAACAGATCA
      CTATTACGATCATGATGATGGTTGATATGGTTGATATCCAACTATGTAACATTGTCTAGT
                                            ^
      6790 scaI,

      ValIleThrGlnAlaCysProLysValSerPheGluProIleProIleHisTyrCysThr
6841  GTCATTACACAGGCCTGTCCAAAGGTATCATTTGAGCCAATTCCCATACATTATTGTACC
      CAGTAATGTGTCCGGACAGGTTTCCATAGTAAACTCGGTTAAGGGTATGTAATAACATGG
                               ^
      6851 stuI,

      ProAlaGlyPheAlaIleLeuLysCysAsnAsnLysThrPheAsnGlyLysGlyProCys
6901  CCGGCTGGTTTTGCGATTCTAAAGTGTAATAATAAAACGTTCAATGGAAAAGGACCATGT
      GGCCGACCAAAACGCTAAGATTTCACATTATTATTTTGCAAGTTACCTTTTCCTGGTACA

      ThrAsnValSerThrValGlnCysThrHisGlyIleArgProIleValSerThrGlnLeu
6961  ACAAATGTCAGCACAGTACAATGTACACATGGAATTAGGCCAATAGTGTCAACTCAACTG
      TGTTTACAGTCGTGTCATGTTACATGTGTACCTTAATCCGGTTATCACAGTTGAGTTGAC

      LeuLeuAsnGlySerLeuAlaGluGluGluValValIleArgSerAspAsnPheThrAsn
7021  CTGTTAAATGGCAGTCTAGCAGAAGAAGAGGTAGTAATTAGATCTGACAATTTCACGAAC
      GACAATTTACCGTCAGATCGTCTTCTTCTCCATCATTAATCTAGACTGTTAAAGTGCTTG
                                        ^  ^            ^
      7042 mboII, 7045 mboII, 7060 bglII,
```

## FIG. 4L

NVD000017

```
      AsnAlaLysThrIleIleValGlnLeuAsnGluSerValAlaIleAsnCysThrArgPro
7081  AATGCTAAAACCATAATAGTACAGCTGAATGAATCTGTAGCAATTAACTGTACAAGACCC
      TTACGATTTTGGTATTATCATGTCGACTTACTTAGACATCGTTAATTGACATGTTCTGGG
                                              ^
      7102 pvull,

      AsnAsnAsnThrArgLysSerIleTyrIleGlyProGlyArgAlaPheHisThrThrGly
7141  AACAACAATACAAGAAAAAGTATCTATATAGGACCAGGGAGAGCATTTCATCAACAGGA
      TTGTTGTTATGTTCTTTTTCATAGATATATCCTGGTCCCTCTCGTAAAGTATGTTGTCCT
                                                                 ^
      7199 mboII,

      ArgIleIleGlyAspIleArgLysAlaHisCysAsnIleSerArgAlaGlnTrpAsnAsn
7201  AGAATAATAGGAGATATAAGAAAAGCACATTGTAACATTAGTAGAGCACAATGGAATAAC
      TCTTATTATCCTCTATATTCTTTTCGTGTAACATTGTAATCATCGTGTTACCTTATTG

      ThrLeuGluGlnIleValLysLeuArgGluGlnPheGlyAsnAsnLysThrIleVal
7261  ACTTTAGAACAGATAGTTAAAAAATTAAGAGAACAGTTTGGGAATAATAAAACAATAGTC
      TGAAATCTTGTCTATCAATTTTTTAATTCTCTTGTCAAACCCTTATTATTTTGTTATCAG

      PheAsnGlnSerSerGlyGlyAspProGluIleValMetHisSerPheAsnCysArgGly
7321  TTTAATCAATCCTCAGGAGGGGACCCAGAAATTGTAATGCACAGTTTTAATTGTAGAGGG
      AAATTAGTTAGGAGTCCTCCCCTGGGTCTTTAACATTACGTGTCAAAATTAACATCTCCC
                                   ^
      7331 mstII,

      GluPhePheTyrCysAsnThrThrGlnLeuPheAsnAsnThrTrpArgLeuAsnHisThr
7381  GAATTTTTCTACTGTAATACAACACAACTGTTTAATAATACATGGAGGTTAAATCACACT
      CTTAAAAAGATGACATTATGTTGTGTTGACAAATTATTATGTACCTCCAATTTAGTGTGA

      GluGlyThrLysGlyAsnAspThrIleIleLeuProCysArgIleLysGlnIleIleAsn
7441  GAAGGAACTAAAGGAAATGACACAATCATACTCCCATGTAGAATAAAACAAATTATAAAC
      CTTCCTTGATTTCCTTTACTGTGTTAGTATGAGGGTACATCTTATTTTGTTTAATATTTG

      MetTrpGlnGluValGlyLysAlaMetTyrAlaProProIleGlyGlyGlnIleSerCys
7501  ATGTGGCAGGAAGTAGGAAAAGCAATGTATGCCCCTCCCATTGGAGGACAAATTAGTTGT
      TACACCGTCCTTCATCCTTTTCGTTACATACGGGGAGGGTAACCTCCTGTTTAATCAACA

      SerSerAsnIleThrGlyLeuLeuLeuThrArgAspGlyGlyThrAsnValThrAsnAsp
7561  TCATCAAATATTACAGGGCTGCTATTAACAAGAGATGGTGGTACAAATGTAACTAATGAC
      AGTAGTTTATAATGTCCCGACGATAATTGTTCTCTACCACCATGTTTACATTGATTACTG

      ThrGluValPheArgProGlyGlyGlyAspMetArgAspAsnTrpArgSerGluLeuTyr
7621  ACCGAGGTCTTCAGACCTGGAGGAGGAGATATGAGGGACAATTGGAGAAGTGAATTATAT
      TGGCTCCAGAAGTCTGGACCTCCTCCTCTATACTCCCTGTTAACCTCTTCACTTAATATA
                                                               ^
      7628 mboII,

      LysTyrLysValIleLysIleGluProLeuGlyIleAlaProThrLysAlaLysArgArg
7681  AAATATAAAGTAATAAAAATTGAACCATTAGGAATAGCACCCACCAAGGCAAAGAGAAGA
      TTTATATTTCATTATTTTTAACTTGGTAATCCTTATCGTGGGTGGTTCCGTTTCTCTTCT
                                                              ^
      7736 mboII,

      ValValGlnArgGluLysArgAlaValGlyIleGlyAlaMetPheLeuGlyPheLeu
7741  GTGGTGCAGAGAGAAAAAAGAGCAGTGGGAATAGTAGGAGCTATGTTCCTTGGGTTCTTG
      CACCACGTCTCTCTTTTTTCTCGTCACCCTTATCATCCTCGATCAAGGAACCCAAGAAC

      GlyAlaAlaGlySerThrMetGlyAlaValSerLeuThrLeuThrValGlnAlaArgGln
7801  GGAGCAGCAGGAAGCACTATGGGCGCAGTGTCATTGACGGCTGACGGTACAGGCCAGACAA
      CCTCGTCGTCCTTCGTGATACCCGCGTCACAGTAACTGCCGACTGCCATGTCCGGTCTGTT
```

**FIG. 4M**

NVD000018

```
       LeuLeuSerGlyIleValGlnGlnGlnAsnAsnLeuLeuArgAlaIleGluAlaGlnGln
7861   TTATTGTCTGGTATAGTGCAACAGCAGAACAATTTGCTGAGGGCTATTGAGGCGCAACAA
       AATAACAGACCATATCACGTTGTCGTCTTGTTAAACGACTCCCGATAACTCCGCGTTGTT

       HisLeuLeuGlnLeuThrValTrpGlyIleLysGlnLeuGlnAlaArgValLeuAlaVal
7921   CATCTGTTGCAACTCACAGTCTGGGGCATCAAGCAGCTCCAGGCAAGAGTCCTGGCTGTG
       GTAGACAACGTTGAGTGTCAGACCCCGTAGTTCGTCGAGGTCCGTTCTCAGGACCGACAC

       GluArgTyrLeuArgAspGlnGlnLeuLeuGlyIleTrpGlyCysSerGlyLysLeuIle
7981   GAAAGATACCTAAGGGATCAACAGCTCCTAGGGATTTGGGGTTGCTCTGGAAAAACTCATT
       CTTTCTATGGATTCCCTAGTTGTCGAGGATCCCTAAACCCCAACGAGACCTTTTGAGTAA

       7989 mstII, 7995 binI, 8007 avr2,

       CysThrThrAlaValProTrpAsnAlaSerTrpSerAsnLysSerLeuGluAspIleTrp
8041   TGCACCACTGCTGTGCCTTGGAATGCTAGTTGGAGTAATAAATCTCTGGAAGACATTTGG
       ACGTGGTGACGACACGGAACCTTACGATCAACCTCATTATTTAGAGACCTTCTGTAAACC

       8089 mboll,

       AspAsnMetThrTrpMetGlnTrpGluArgGluIleAspAsnTyrThrAsnThrIleTyr
8101   GATAACATGACCTGGATGCAGTGGGAAAGAGAAATTGACAATTACACAAACACAATATAC
       CTATTGTACTGGACCTACGTCACCCTTTCTCTTTAACTGTTAATGTGTTTGTGTTATATG

       ThrLeuLeuGluGluSerGlnAsnGlnGlnGluLysAsnGluGlnGluLeuLeuGluLeu
8161   ACCTTACTTGAAGAATCGCAGAACCAACAAGAAAAGAATGAACAAGAATTATTAGAATTG
       TGGAATGAACTTCTTAGCGTCTTGGTTGTTCTTTCTTACTTGTTCTTAATAATCTTAAC

       8170 mboll,

       AspLysTrpAlaSerLeuTrpAsnTrpPheSerIleThrAsnTrpLeuTrpTyrIleLys
8221   GATAAGTGGGCAAGTTTGTGGAATTGGTTTAGCATAACAAACTGGCTGTGGTATATAAAG
       CTATTCACCCGTTCAAACACCTTAACCAAATCGTATTGTTTGACCGACACCATATATTTC

       IlePheIleMetIleValGlyGlyValLeuIleGlyLeuArgIleValPheAlaValLeuSer
8281   ATATTCATAATGATAGTAGGAGGCTTGGTAGGTTTAAGAATAGTTTTTGCTGTGCTTTCT
       TATAAGTATTACTATCATCCTCCGAACCATCCAAATTCTTATCAAAAACGACACGAAAGA

       IleValAsnArgValArgGlnGlyTyrSerProLeuSerPheGlnThrArgLeuProVal
8341   ATAGTGAATAGAGTTAGGCAGGGATACTCACCATTGTCATTTCAGACCCGCCTCCCAGTG
       TATCACTTATCTCAATCCGTCCCTATGAGTGGTAACAGTAAAGTCTGGGCGGAGGGTCAG

       8400 aval,

       ProArgGlyProAspArgProAspGlyIleGluGluGluGlyGlyGluArgAspArgAsp
8401   CCGAGGGGACCCGACAGGCCCGACGGAATCGAAGAAGAAGGTGGAGAGAGAGACAGAGAC
       GGCTCCCCTGGGCTGTCCGGGCTGCCTTAGCTTCTTCTTCCACCTCTCTCTCTGTCTCTG

       8431 mboll, 8434 mboll,

       ArgSerValArgLeuValAspGlyPheLeuAlaLeuIleTrpGluAspLeuArgSerLeu
8461   AGATCCGTTCGGTTAGTGGATGGATTCTTAGCACTTATCTGGGAAGATCTGCGGAGCCTG
       TCTAGGCAAGCTAATCACCTACCTAAGAATCGTGAATAGACCCTTCTAGACGCCTCGGAC

       8503 mboll, 8505 bglll,

       CysLeuPheSerTyrArgArgLeuArgAspLeuLeuLeuIleAlaAlaArgThrValGlu
8521   TGCCTCTTCAGCTACCGCCGCTTGAGAGACTTACTCTTGATTGCAGCGAGGACTGTGGAA
       ACGGAGAAGTCGATGGCGGCGAACTCTCTGAATGAGAACTAACGTCGCTCCTGACACCTT

       8525 mboll,
```

**FIG. 4N**

NVD000019

```
        IleLeuGlyHisArgGlyTrpGluAlaLeuLysTyrTrpTrpSerLeuLeuGlnTyrTrp
8581    ATTCTGGGGCACAGGGGGTGGGAAGCCCTCAAATATTGGTGGAGTCTCCTGCAGTATTGG
        TAAGACCCCGTGTCCCCACCCTTCGGGAGTTTATAACCACCTCAGAGGACGTCATAACC
                                                           ^
        8629 pst1,

        IleGlnGluLeuLysAsnSerAlaValSerTrpLeuAsnAlaThrAlaIleAlaValThr
8641    ATTCAGGAACTAAAGAATAGTGCTGTTAGCTGGCTCAACGCCACAGCTATAGCAGTAACT
        TAAGTCCTTGATTTCTTATCACGACAATCGACCGAGTTGCGGTGTCGATATCGTCATTGA

        GluGlyThrAspArgValIleGluValAlaValAlaGlnArgAlaTyrArgAlaIleLeuHisIle
8701    GAGGGGACAGATAGGGTTTATAGAAGTAGCACAAAGAGCTTATAGAGCTATTCTCCACATA
        CTCCCCTGTCTATCCCAATATCTTCATCGTGTTTCTCGAATATCTCGATAAGAGGTGTAT

        HisArgArgIleArgGlnGlyLeuGluArgLeuLeuLeuOC  MetGlyGlyLysTrpSer
8761    CATAGAAGAATTAGACAGGGCTTGGAAAGGCTTTTGCTATAAGATGGGTGGCAAGTGGTCA
        GTATCTTCTTAATCTGTCCCGAACCTTTCCGAAAACGATATTCTACCCACCGTTCACCAGT
                ^                                              ^
        8765 mboll,

        LysArgSerMetGlyGlyTrpSerAlaIleArgGluArgMetArgArgAlaGluProArg
8822    AAACGTAGTATGGGTGGATGGTCTGCTATAAGGGAAAGAATGAGACGAGCTGAGCCACGA
        TTTGCATCATACCCACCTACCAGACGATATTCCCTTTCTTACTCTGCTCGACTCGGTGCT

        AlaGluProAlaAlaAlaAspGlyValGlyValAlaValSerArgAspLeuGluLysHisGlyAla
8882    GCTGAGCCAGCAGCAGATGGGGTGGGAGCAGTATCTCGAGACCTGGAAAAACATGGAGCA
        CGACTCGGTCGTCGTCTACCCCACCCTCGTCATAGAGCTCTGGACCTTTTGTACCTCGT
        8883 tthIII1, 8916 aval xhol,
                                        ^

        IleThrSerSerAsnThrAlaAlaThrAsnAlaAspCysAlaTrpLeuGluAlaGlnGlu
8942    ATCACAAGTAGCAATACAGCAGCTACTAATGCTGATTGTGCCTGGCTAGAAGCACAAGAG
        TAGTGTTCATCGTTATGTCGTCGATGATTACGACTAACACGGACCGATCTTCGTGTTCTC

        GluGluGluValGlyPheProValArgProGlnValPheAlaProMetThrTyrLys
9002    GAGGAAGAGGTGGGTTTTCCAGTCAGACCTCAGGTACCTTTAAGACCAATGACTTACAAG
        CTCCTTCTCCACCCAAAAGGTCAGTCTGGAGTCCATGGAAATTCTGGTTACTGAATGTTC
                                     ^                    ^
        9005 mboll, 9029 mstII, 9034 kpnl,

        AlaAlaLeuAspIleSerHisPheLeuLysGlyLysGlyGlyLeuGluGlyLeuIleTrp
9062    GCAGCTTTAGATATTAGCCACTTTTTAAAAGAAAAGGGGGGACTGGAAGGGCTAATTTGG
        CGTCGAAATCTATAATCGGTGAAAAATTTCTTTTCCCCCTGACCTTCCCGATTAAACC
                                            ^
        9085 ahall1,

        SerGlnArgArgGlnGluIleLeuAspLeuTrpIleTyrHisThrGlnGlyTyrPhePro
9122    TCCCAAAGAAGACAAGAGATCCTTGATCTGTGGATCTACCACACACAAGGCTACTTCCCT
        AGGGTTTCTTCTGTTCTCTAGGAACTAGACACCTAGATGGTGTGTGTTCCGATGAAGGGA
                       ^                    ^
        9129 mboll, 9153 binI,

        AspTrpGlnAsnTyrThrProGlyProGlyIleArgTyrProLeuThrPheGlyTrpCys
9182    GATTGGCAGAATTACACACCAGGGCCAGGGATCAGATATCCACTGACCTTTGGATGGTGC
        CTAACCGTCTTAATGTGTGGTCCCGGTCCCTAGTCTATAGGTGACTGGAAACCTACCACG
                                              ^    ^
        9210 binI, 9216 ecor5,
```

# FIG. 40

```
       PheLysLeuValProValGluProGluLysValGluGluAlaAsnGluGlyGluAsnAsn
9242   TTCAAGCTAGTACCAGTTGAGCCAGAGAAGGTAGAAGAGGCCAATGAAGGAGAGAACAAC
       AAGTTCGATCATGGTCAACTCGGTCTCTTCCATCTTCTCCGGTTACTTCCTCTCTTGTTG
                                            ^

       SerLeuLeuHisProMetSerLeuHisGlyMetGluAspAlaGluLysGluValLeuVal
9302   AGCTTGTTACACCCTATGAGCCTGCATGGGATGGAGGACGCGGAGAAAGAAGTGTTAGTG
       TCGAACAATGTGGGATACTCGGACGTACCCTACCTCCTGCGCCTCTTTCTTCACAATCAC

       TrpArgPheAspSerLysLeuAlaPheHisHisMetAlaArgGluLeuHisProGluTyr
9362   TGGAGGTTTGACAGCAAACTAGCATTTCATCACATGGCCCGAGAGCTGCATCCGGAGTAC
       ACCTCCAAACTGTCGTTTGATCGTAAAGTAGTGTACCGGGCTCTCGACGTAGGCCTCATG
                                            ^                    ^
       9399 aval, 9417 scal,

       TyrLysAspCysOP
9422   TACAAAGACTGCTGACATCGAGCTTTCTACAAGGGACTTTCCGCTGGGGACTTTCCAGGG
       ATGTTTCTGACGACTGTAGCTCGAAAGATGTTCCCTGAAAGGCGACCCCTGAAAGGTCCC

9482   AGGCGTGGCCTGGGCGGGACTGGGGAGTGGCGTCCCTCAGATGCTGCATATAAGCAGCTG
       TCCGCACCGGACCCGCCCTGACCCCTCACCGCAGGGAGTCTACGACGTATATTCGTCGAC
                                                              ^
       9536 pvull,

9542   CTTTTTGCCTGTACTGGGTCTCTCTGGTTAGACCAGATCTGAGCCTGGGAGCTCTCTGGC
       GAAAAACGGACATGACCCAGAGAGACCAATCTGGTCTAGACTCGGACCCTCGAGAGACCG
                                         ^
       9575 bglll, 9590 sacl,

9602   TAACTAGGGAACCCACTGCTTAAGCCTCAATAAAGCTTGCCTTGAGTGCTTCAAGTAGTG
       ATTGATCCCTTGGGTGACGAATTCGGAGTTATTTCGAACGGAACTCACGAAGTTCATCAC
                                         ^
       9620 aflll, 9634 hindlll,

9662   TGTGCCCGTCTGTTGTGTGACTCTGGTAACTAGAGATCCCTCAGACCCTTTTAGTCAGTG
       ACACGGGCAGACAACACACTGAGACCATTGATCTCTAGGGAGTCTGGGAAAATCAGTCAC

9722   TGGAAAAATCTCTAGCAG
       ACCTTTTTAGAGATCGTC
```

# FIG. 4P

NVD000021

```
       U3 →
-453 CTGGAAGGGCTAATTTGGTCCCAAAGAAGACAAGAGATCCTTGATCTGTGGATCTACCAC
     ACACAAGGCTACTTCCCTGATTGGCAGAATTACACACCAGGGCCAGGGATCAGATATCCA

-333 CTGACCTTTGGATGGTGCTTCAAGCTAGTACCAGTTGAGCCAGAGAAGGTAGAAGAGGCC
     AATGAAGGAGAGAACAACAGCTTGTTACACCCTATGAGCCTGCATGGGATGGAGGACGCG    L

-214 GAGAAAGAAGTGTTAGTGTGGAGGTTTGACAGCAAACTAGCATTTCATCACATGGCCCGA
     GAGCTGCATCCGGAGTACTACAAAGACTGCTGACATCGAGCTTTCTACAAGGGACTTTCCG    T

-93  CTGGGGACTTTCCAGGGAGGCGTGGCCTGGGCGGGACTGGGGAGTGGCGTCCCTCAGATG
                                                                    R
     CTGCATATAAGCAGCTGCTTTTTGCCTGTACTG GGTCTCTCTGGTTAGACCAGATCTGAG
                                ← U3 R →

28   CCTGGGAGCTCTCTGGCTAACTAGGGAACCCACTGCTTAAGCCTCAATAAAGCTTGCCTT
          ← R  U5 →
     GAGTGCTTCA AGTAGTGTGTGCCCGTCTGTTGTGTGACTCTGGTAACTAGAGATCCCTCA
                          ← U5
148  GACCCTTTTAGTCAGTGTGGAAAAATCTCTAGCAG TGGCGCCCGAACAGGGACGCGAAA
     GCGAAAGTAGAACCAGAGGAGCTCTCTCGACGCAGGACTCGGCTTGCTGAAGCGCGCACAG

268  CAAGAGGCGAGGGGCGGCGACTGGTGAGTACGCCAATTTTTGACTAGCGGAGGCTAGAAG
                    MetGlyAlaArgAlaSerValLeuSerGlyGlyGluLeuAspLysTrpGlu   17
     GAGAGAGATGGGTGCGAGAGCGTCGGTATTAAGCGGGGGAGAATTAGATAAAATGGGAA
         LysIleArgLeuArgProGlyGlyLysLysLysTyrLysLeuLysHisIleValTrpAla
388  AAAATTCGGTTAAGGCCAGGGGGAAAGAAAAAATATAAGTTAAAACATATAGTATGGGCA
         SerArgGluLeuGluArgPheAlaValAsnProGlyLeuLeuGluThrSerGluGlyCys   57
     AGCAGGGAGCTAGAACGATTCGCAGTCAATCCTGGCCTGTTAGAAACATCAGAAGGCTGC
         ArgGlnIleGluGlyGlnLeuGlnProSerLeuGlnThrGlySerGluGluLeuArgSer
508  AGACAAATATTGGGACAGCTACAGCCATCCCTTCAGCAGGATCAGAAGAACTTAGATCA
         LeuTyrAsnThrValAlaThrLeuTyrCysValHisGlnArgIleAspValLysAspThr   97
     TTATATAATACAGTAGCAACCCTCTATTGTGTACATCAAAGGATAGATGTAAAAGACACC
         LysGluAlaAlaLeuGluLysIleGluGluGluGlnAsnLysSerLysLysLysAlaGlnGln
628  AAGGAAGCTTTAGAGAAGATAGAGGAAGAGCAAAACAAAAGTAAGAAAAAGGCACAGCAA
         AlaAlaAlaAlaAlaGlyThrGlyAsnSerSerGlnValSerGlnAsnTyrProIleVal   137
     GCAGCAGCTGCAGCTGGCACAGGAAACAGCAGCCAGGTCAGCCAAAATTACCCTATAGTG
         GlnAsnLeuGlnGlyGlnMetValHisGlnAlaIleSerProArgThrLeuAsnAlaTrp
748  CAGAACCTACAGGGGCAAATGGTACATCAGGCCCATATCACCTAGAACTTTAAATGCATGG
         ValLysValValGluGluLysAlaPheSerProGluValIleProMetPheSerAlaLeu   177
     GTAAAAGTAGTAGAAGAAAAGGCTTTCAGCCCAGAAGTAATACCCATGTTTTCAGCATTA
         SerGluGlyAlaThrProGlnAspLeuAsnThrMetLeuAsnThrValGlyGlyHisGln
868  TCAGAAGGAGCCACCCCACAAGATTTAAACACCATGCTAAACACAGTGGGGGGACATCAA
```

### FIG. 5A

NVD000022

```
     AlaAlaMetGlnMetLeuLysGluThrIleAsnGluGluAlaAlaGluTrpAspArgVal    217 G
     GCAGCCATGCAAATGTTAAAAGAGACTATCAATGAGGAAGCTGCAGAATGGGATAGAGTG
988  CATCCAGTGCATGCAGGGCCTATTGCACCAGGCCAAATGAGAGAACCAAGGGGAAGTGAC    A
     IleAlaGlyThrThrSerThrLeuGlnGlnGlyTrpMetThrArgAsnAsnProPro       257
     ATAGCAGGAACTACTAGTACCCTTCAGGAACAAATAGGATGGATGACAAATAATCCACCT    G
1108 ATCCCAGTAGGAGAAATCTATAAAAGATGGATAATCCTGGGATTAAATAAAATAGTAAGA   IleProValGlyGluIleTyrLysArgTrpIleIleLeuGlyLeuAsnLysIleValArg
     MetTyrSerProThrSerIleLeuAspIleArgGlnGlyProLysGluProPheArgAsp    297
     ATGTATAGCCCTACCAGCATTCTGGACATAAGACAAGGACCAAAGGAACCCTTTAGAGAT
1228 TATGTAGACCGGTTCTATAAAACTCTAAGAGCCGAACAAGCTTCACAGGATGTAAAAAAT   TyrValAspArgPheTyrLysThrLeuArgAlaGluGlnAlaSerGlnAspValLysAsn
     TrpMetThrGluThrLeuLeuValGlnAsnAlaAsnProAspCysLysThrIleLeuLys    337
     TGGATGACAGAAACCTTGTTGGTCCAAAATGCAAACCCAGATTGTAAGACTATTTTAAAA
1348 GCATTGGGACCAGCAGCTACACTAGAAGAAATGATGACAGCATGTCAGGGAGTGGGGGGA   AlaLeuGlyProAlaAlaThrLeuGluGluMetMetThrAlaCysGlnGlyValGlyGly
     ProGlyHisLysAlaArgValLeuAlaGluAlaMetSerGlnValThrAsnProAlaAsn    377
     CCCGGCCCATAAAGCAAGAGTTTTGGCTGAAGCCATGAGCCAAGTAACAAATCCAGCTAAC
1468 ATAATGATGCAGAGAGAGGCAATTTTTAGGAACCAAAGAAAGACTGTTAAGTGTTTCAATTGT   IleMetMetGlnArgGlyAsnPheArgAsnGlnArgLysThrValLysCysPheAsnCys
     GlyLysGluGlyHisIleAlaLysAsnCysArgAlaProArgLysLysGlyCysTrpArg    417
     GGCAAAGAAGGGCACATAGCCAAAAATTGCAGGGCCCCTAGGAAAAAAGGGCTGTTGGAGAA
1588 TGTGGAAGGGAAGGACACCAAATGAAAGATTGCACTGAGAGACAGGCTAATTTTTTAGGG   CysGlyArgGluGlyHisGlnMetLysAspCysThrGluArgGlnAlaAsnPheLeuGly
                                                                      PhePheArgG
     LysIleTrpProSerTyrLysGlyArgProGlyAsnPheLeuGlnSerArgProGluPro    457
     IuAspLeuAlaPheLeuGlnGlyLysAlaArgGluPheSerSerGluGlnThrArgAla    23
     AAGATCTGGCCTTCCTACAAGGGAAGGCCAGGGAATTTTCTTCAGAGCAGACCAGAGCCA
     ThrAlaProProGluGluSerPheArgPheGlyGluGluLysThrThrProSerGlnLys    P
     AsnSerProThrArgArgGluGlnValTrpGlyGlyGluAsnAsnserLeuSerGluA
1708 ACAGCCCCACCAGAAGAGAGCTTCAGGTTTGGGGAGGAGAAAACAACTCCCTCTCAGAAG
     GlnGluProIleAspLysGluLeuTyrProLeuThrSerLeuArgSerLeuPheGlyAsn    497
     IaGlyAlaAspArgGlnGlyThrValSerPheAsnPheProGlnIleThrLeuTrpGln    63
     CAGGAGCCGATAGACAAGGAACTGTATCCTTTAACTTCCCTCAGATCACTCTTTGGCAAC    O
     AspProSerSerGlnOC
     ArgProLeuValThrIleArgIleGlyGlyGlnLeuLysGluAlaLeuLeuAspThrGlyA
1828 GACCCCTCGTCACAATAAGGATAGGGGGGCAACTAAAGGAAGCTCTATTAGATACAGGAG    L
     IaAspAspThrValLeuGluGluMetAsnLeuProGlyLysTrpLysProLysMetIle   103
     CAGATGATACAGTATTAGAAGAAATGAATTTGCCAGGAAAATGGAAACCAAAAATGATAG
     GlyGlyIeIGlyGlyPheIleLysValArgGlnTyrAspGlnIleProValGluIleCysG
1948 GGGGAATTGGAGGTTTTATCAAAGTAAGACAGTACGATCAGATACCTGTAGAAATCTGTG
```

FIG. 5B

```
       lyHisLysAlaIleGlyThrValLeuValGlyProThrProValAsnIleIleGlyArg 143
       GACATAAAGCTATAGGTACAGTATTAGTAGGACCTACACCTGTCAACATAATTGGAAGAA

       AsnLeuLeuThrGlnIleGlyCysThrLeuAsnPheProIleSerProIleGluThrValP
2068   ATCTGTTGACTCAGATTGGTTGTACTTTAAATTTCCCCATTAGTCCTATTGAAACTGTAC

       roValLysLeuLysProGlyMetaspGlyProLysValLysGlnTrpProLeuThrGlu 183
       CAGTAAAATTAAAGCCAGGAATGGATGGCCCAAAAGTTAAGCAATGGCCATTGACAGAAG

       GluLysIleLysIleAlaLeuValGluIleCysThrGluMetGluLysGluGlyLysIleSerL
2188   AAAAAAATAAAAGCATTAGTAGAGATATGTACAGAAATGGAAAAGGAAGGGAAAATTTCAA

       ysIleGlyProGluAsnProTyrAsnThrProValPheAlaIleLysLysLysAspSer 223
       AAATTGGGCCTGAAAATCCATACAATACTCCAGTATTTGCTATAAAGAAAAAAGACAGTA

       ThrLysTrpArgLysLeuValAspPheArgGluLeuAsnLysArgThrGlnAspPheTrpG
2308   CTAAATGGAGAAAACTAGTAGATTTCAGAGAACTTAATAAAAGAACTCAAGACTTCTGGG

       luValGlnLeuGlyIleProHisProAlaGlyLeuLysLysLysLysSerValThrVal 263
       AAGTTCAGTTAGGAATACCACACCCCGCAGGGTTAAAAAAGAAAAAATCAGTAACAGTAT

       LeuAspValGlyAspAlaTyrPheSerValProLeuAspLysAspPheArgLysTyrThrA
2428   TGGATGTGGGTGATGCATACTTTTCAGTTCCCTTAGATAAAGACTTCAGAAAGTATACTG

       laPheThrIleProSerIleAsnAsnGluThrProGlyIleArgTyrGlnTyrAsnVal 303
       CATTTACCATACCTAGTATAAACAATGAGACACCAGGGATTAGATATCAGTACAATGTGC

       LeuProGlnGlyTrpLysGlySerProAlaIlePheGlnSerSerMetThrLysIleLeuG
2548   TGCCACAGGGATGGAAAGGATCACCAGCAATATTCCAAAGTAGCATGACAAAAATCTTAG

       luProPheArgLysGlnAsnProAspIleValIleTyrGlnTyrMetAspAspLeuTyr 343
       AGCCTTTTAGAAAACAGAATCCAGACATAGTTATCTATCAATACATGGATGATTTGTATG

       ValGlySerAspLeuGluIleGlyGlnHisArgThrLysIleGluGluLeuArgGlnHisL
2668   TAGGATCTGACTTAGAAATAGGGCAGCATAGAACAAAAATAGAGGAACTGAGACAGCATC

       euLeuArgTrpGlyPheThrThrProAspLysLysHisGlnLysGluProProPheLeu 383
       TGTTGAGGTGGGGATTTACCACACCAGACAAAAAACATCAGAAAGAACCTCCATTCCTTT

       TrpMetGlyTyrGluLeuHisProAspLysTrpThrValGlnProIleMetLeuProGluL
2788   GGATGGGTTATGAACTCCATCCTGATAAATGGACAGTACAGCCTATAATGCTGCCAGAAA

       ysAspSerTrpThrValAsnAspIleGlnLysLeuValGlyLysLeuAsnTrpAlaSer 423
       AAGACAGCTGGACTGTCAATGACATACAGAAGTTAGTGGGAAAATTGAATTGGGCAAGTC

       GlnIleTyrAlaGlyIleLysValLysGlnLeuCysLysLeuLeuArgGlyThrLysAlaL
2908   AGATTTATGCAGGGATTAAAGTAAAGCAGTTATGTAAACTCCTTAGAGGAACCAAAGCAC

       euThrGluValIleProLeuThrGluGluAlaGluLeuGluLeuAlaGluAsnArgGlu 463 P
       TAACAGAAGTAATACCACTAACAGAAGAAGCAGAGCTAGAACTGGCAGAAAACAGGGAGA

       IleLeuLysGluProValHisGluValTyrTyrAspProSerLysAspLeuValAlaGluI
3028   TTCTAAAAGAACCAGTACATGAAGTATATTATGACCCATCAAAAGACTTAGTAGCAGAAA

       leGlnLysLysGlnGlyGlnGlnTrpThrTyrGlnIleTyrGlnGluProPheLysAsn 503 O
       TACAGAAGCAGGGGCAAGGCCAATGGACATATCAAATTTATCAAGAGCCATTTAAAAATC

       LeuLysThrGlyLysTyrAlaArgMetArgGlyAlaHisThrAsnAspValLysGlnLeuT
3148   TGAAAACAGGAAAGTATGCAAGGATGAGGGGTGCCCACACTAATGATGTAAAACAGTTAA

       hrGluAlaValGlnLysValSerIleGluSerIleValIleTrpGlyLysIleProLys 543
       CAGAGGCAGTGCAAAAAGTATCCACAGAAAGCATAGTAATATGGGGAAAGATTCCTAAAT
```

**FIG. 5C**

```
          PheLysLeuProIleGlnLysGluThrTrpGluAlaTrpTrpMetGluTyrTrpGlnAlaT
     3268 TTAAACTACCCATACAAAAGGAAACATGGGAAGCATGGTGGATGGAGTATTGGCAAGCTA

          hrTrpIleProGluTrpGluPheValAsnThrProProLeuValLysLeuTrpTyrGln 583
          CCTGGATTCCTGAGTGGGAGTTTGTCAATACCCCTCCCTTAGTGAAATTATGGTACCAGT

          LeuGluLysGluProIleValGlyValAlaGluThrPheTyrValAspGlyAlaAlaAsnArgG
     3388 TAGAGAAAGAACCCATAGTAGGAGCAGAAACTTTCTATGTAGATGGGGCAGCTAATAGGG

          luThrLysLeuGlyLysAlaGlyTyrValThrAspArgGlyArgGlnLysValValSer 623
          AGACTAAATTAGGAAAAGCAGGATATGTTACTGACAGAGGAAGACAAAAAGTTGTCTCCA

          IleAlaAspThrThrAsnGlnLysThrGluLeuGlnAlaIleHisLeuAlaLeuGlnAspS
     3508 TAGCTGACACAACAAATCAGAAGACTGAATTACAAGCAATTCATCTAGCTTTGCAGGATT

          erGlyLeuGluValAsnIleValThrAspSerGlnTyrAlaLeuGlyIleIleGlnAla 663
          CGGGATTAGAAGTAAACATAGTAACAGACTCACAATATGCATTAGGAATCATTCAAGCAC

          GlnProAspLysSerGluSerGluLeuValSerGlnIleIleGluGlnLeuIleLysLysG
     3628 AACCAGATAAGAGTGAATCAGAGTTAGTCAGTCAAATAATAGAGCAGTTAATAAAAAAGG

          luLysValTyrLeuAlaTrpValProAlaHisLysGlyIleGlyGlyAsnGluGlnVal 703
          AAAAGGTCTACCTGGCATGGGTACCAGCACACAAAAGGAATTGGAGGAAATGAACAAGTAG

          AspLysValSerAlaGlyIleArgLysValLeuPheLeuAsnGlyIleAspLysAlaG
     3748 ATAAATTAGTCAGTGCTGGAATCAGGAAAGTACTATTTTTGAATGGAATAGATAAGGCCC

          lnGluGluHisGluLysTyrHisSerAsnTrpArgAlaMetAlaSerAspPheAsnLeu 743
          AAGAAGAACATGAGAAATATCACAGTAATTGGAGAGCAATGGCTAGTGATTTTAACCTGC

          ProProValValAlaLysGluIleValAlaSerCysAspLysCysGlnLeuLysGlyGluA
     3868 CACCTGTAGTAGCAAAAGAAATAGTAGCCAGCTGTGATAAATGTCAGCTAAAAGGAGAAG

          laMetHisGlyGlnValAspCysSerProGlyIleTrpGlnLeuAspCysThrHisLeu 783
          CCATGCATGGACAAGTAGACTGTAGTCCAGGAATATGGCAACTAGATTGTACACATCTAG

          GluGlyLysIleIleLeuValAlaValHisValAlaGlyTyrIleGluAlaGluValI
     3988 AAGGAAAAATTATCCTGGTAGCAGTTCATGTAGCCAGTGGATATATAGAAGCAGAAGTTA

          leProAlaGluThrGlyGlnGluThrAlaTyrPheLeuLeuLysLeuAlaGlyArgTrp 823
          TTCCAGCAGAGACAGGGCAGGAAACAGCATATTTTCTCTTAAAAATTAGCAGGAAGATGGC

          ProValLysThrIleHisThrAspAsnGlySerAsnPheThrSerThrThrValLysAlaA
     4108 CAGTAAAAACAATACATACAGACAATGGCAGCAATTTCACCAGTACTACGGTTAAGGCCG

          laCysTrpTrpAlaGlyIleLysGlnGluPheGlyIleProTyrAsnProGlnSerGln 863
          CCTGTTGGTGGGCAGGGATCAAGCAGGAATTTGGCATTCCCTACAATCCCCAAAGTCAAG

          GlyValValGluSerMetAsnAsnGluLeuLysLysIleIleGlyGlnValArgAspGlnA
     4228 GAGTAGTAGAATCTATGAATAATGAATTAAAGAAAATTATAGGACAGGTAAGAGATCAGG

          laGluHisLeuLysThrAlaValGlnMetAlaValPheIleHisAsnPheLysArgLys 903
          CTGAACACCTTAAGACAGCAGTACAAATGGCAGTATTCATCCACAATTTTAAAAGAAAAG

          GlyGlyIleGlyGlyTyrSerAlaGlyGluArgIleValAspIleIleAlaThrAspIleG
     4348 GGGGGATTGGGGGGATACAGTGCAGGGGAAAGAATAGTAGACATAATAGCAACAGACATAC

          lnThrLysGluLeuGlnIleThrLysIleGlnAsnPheArgValTyrTyrArg 943
          AAACTAAAGAACTACAAAAGCAAATTACAAAAATTCAAAATTTTCGGGTTTATTACAGGG
```

# FIG. 5D

NVD000025

```
         AspAsnLysAspProLeuTrpLysGlyProAlaLysLeuLeuTrpLysGlyGluGlyAlaV
    4468 ACAACAAAGATCCCCTTTGGAAAGGACCAGCAAAGCTTCTCTGGAAAGGTGAAGGGGCAG

         alValIleGlnAspAsnSerAspIleLysValValProArgArgLysAlaLysIleIle  983
         TAGTAATACAAGATAATAGTGACATAAAAGTAGTGCCAAGAAGAAAGAAGCAAAAATCATTA

         ArgAspTyrGlyLysGlnMetAlaGlyAspAspCysValAlaSerArgGlnAspGluAsnA
    4588 GGGATTATGGAAAACAGATGGCAGGTGATGATTGTGTGGCAAGTAGACAGGATGAGGATT

         M
         AGAACATGGAAAAGTTTAGTAAAACACCATATGTATATTTCAAAGAAAGCTAAAGGATGG

    4708 TTTTATAGACATCACTATGAAAGTACTCATCCAAGAGTAAGTTCAGAAGTACACATCCCC

         CTAGGGGATGCTAAATTGGTAATAACAACATATTGGGGTCTGCATACAGGAGAAAGAGAA

    4828 TGGCATTTGGGCCAGGGAGTCGCCATAGAATGGAGGAAAAAGAAATATAGCACACAAGTA

         GACCCTGGCCTAGCAGACCAACTAATTCATCTGCATTATTTTGATTGTTTTTCAGAATCT

    4948 GCTATAAAAAATGCCATATTAGGATATAGAGTTAGTCCTAGGTGTGAATATCAAGCAGGA

         CATAACAAGGTAGGATCTCTACAATACTTGGCACTAGCAGCATTAATAACACCAAAAAAG

    5068 ACAAAGCCACCTTTGCCTAGTGTTAAGAAACTGACAGAGGATAGATGGAACAAGCCCCAG

         AAGACCAAGGGCCACAGAGGGAGCCATACAATGAATGGACACTAGAGCTTTTAGAGGAGC

    5188 TTAAGAGAGAAGCTGTTAGACATTTTCCTAGGCCATGGCTCCATAGCTTAGGACAATATA

         TCTATGAAACTTATGGGGATACTTGGGCAGGAGTGGAAGCCATAATAAGAATTCTGCAAC

    5308 AACTGCTGTTTATTCATTTCAGAATTGGGTGTCAACATAGCAGAATAGGCATTATTCAAC

         AGAGGAGAGCAAGAAGAAATGGAGCCAGTAGATCCTAATCTAGAGCCCTGGAAGCATCCA

    5428 GGAAGTCAGCCTAGGACTGCTTGTAACAATTGCTATTGTAAAAAGTGTTGCTTTCATTGC

         TACGCGTGTTTCACAAGAAAAGGCTTAGGCATCTCCTATGGCAGGAAGAAGCGGAGACAG

    5548 CGACGAAGAGCTCCTCAGGACAGTCAGACTCATCAAGCTTCTCTATCAAAGCAGTAAGTA

         GTAAATGTAATGCAATCTTTACAAATATTAGCAATAGTATCATTAGTAGTAGTAGCAATA

    5668 ATAGCAATAGTTGTGTGGACCATAGTACTCATAGAATATAGGAAAAATATTAAGACAAAGA

                                                      MetLysVal  3
         AAATAGACAGATTAATTGATAGAATAAGAGAAAAAGCAGAAGACAGTGGCAATGAAAGTG

         LysGlyThrArgArgAsnTyrGlnHisLeuTrpArgTrpGlyThrLeuLeuLeuGlyMet
    5788 AAGGGGACCAGGAGGAATTATCAGCACTTGTGGAGATGGGGCACCTTGCTCCTTGGGATG

         LeuMetIleCysSerAlaThrGluLysLeuTrpValThrValTyrTyrGlyValProVal  43
         TTGATGATCTGTAGTGCTACAGAAAAATTGTGGGTCACAGTTTATTATGGAGTACCTGTG

         TrpLysGluAlaThrThrThrLeuPheCysAlaSerAspAlaArgAlaTyrAspThrGlu
    5908 TGGAAAGAAGCAACTACCACTCTATTTTGTGCATCAGATGCTAGAGCCATATGATACAGAG

         ValHisAsnValTrpAlaThrHisAlaCysValProThrAspProAsnProGlnGluVal  83
         GTACATAATGTTTGGGCCACACATGCCTGTGTACCCACAGACCCCAACCCACAAGAAGTA
```

**FIG. 5E**

NVD000026

```
      ValLeuGlyAsnValThrGluAsnPheAsnMetTrpLysAsnAsnMetValGluGlnMet
6028  GTATTGGGAAATGTGACAGAAAATTTTAACATGTGGAAAAATAACATGGTAGAACAGATG

      GlnGluAspIleIleSerLeuTrpAspGlnSerLeuLysProCysValLysLeuThrPro    123
      CAGGAGGATATAATCAGTTTATGGGATCAAAGCCTAAAGCCATGTGTAAAATTAACCCCA

      LeuCysValThrLeuAsnCysThrAspLeuLysAlaThrAsnThrAsnSerSerAsn
6148  CTCTGTGTTACTTTAAATTGCACTGATTTGGGGAAGGCTACTAATACCAATAGTAGTAAT

      TrpLysGluGluIleLysLysGlyGluIleLysAsnCysSerPheAsnIleThrThrSerIle    163
      TGGAAGAAGAAATAAAAAGGAGAAATAAAAAACTGCTCTTTCAATATCACCACAAGCATA

      ArgAspLysIleGlnLysGluAsnAlaLeuPheArgAsnLeuAspValValProIleAsp
6268  AGAGATAAGATTCAGAAAGAAAATGCACTTTTTCGTAACCTTGATGTAGTACCAATAGAT

      AsnAlaSerThrThrThrAsnTyrThrAsnTyrArgLeuIleHisCysAsnArgSerVal    203
      AATGCTAGTACTACTACTAACTATACCAACTATAGGTTGATACATTGTAACAGATCAGTC

      IleThrGlnAlaCysProLysValSerPheGluProIleProIleHisTyrCysThrPro
6388  ATTACACAGGCCTGTCCAAAGGTATCATTTGAGCCAATTCCCATACATTATTGTACCCCG

      AlaGlyPheAlaIleLeuLysCysAsnAsnLysThrPheAsnGlyLysGlyProCysThr    243  E
      GCTGGTTTTGCGATTCTAAAGTGTAATAATAAAACGTTCAATGGAAAAGGACCATGTACA

      AsnValSerThrValGlnCysThrHisGlyIleArgProIleValSerThrGlnLeuLeu
6508  AATGTCAGCACAGTACAATGTACACATGGAATTAGGCCAATAGTGTCAACTCAACTGCTG

      LeuAsnGlySerLeuAlaGluGluGluIleValIleIleArgSerAspAsnPheThrAsnAsn    283  N
      TTAAATGGCAGTCTAGCAGAAGAAGAGGTAGTAATTAGATCTGACAATTTCACGAACAAT

      AlaLysThrIleIleValGlnLeuAsnGluSerValAlaIleAsnCysThrArgProAsn
6628  GCTAAAACCATAATAGTACAGCTGAATGAATCTGTAGCAATTAACTGTACAAGACCCAAC

      AsnAsnThrArgLysSerIleTyrIleGlyProGlyArgAlaPheHisThrThrGlyArg    323  V
      AACAATACAAGAAAAAGTATCTATATAGGACCAGGGAGAGCATTTCATACAACAGGAAGA

      IleIleGlyAspIleArgLysAlaHisCysAsnIleSerArgAlaGlnTrpAsnAsnThr
6748  ATAATAGGAGATATAAGAAAAGCACATTGTAACATTAGTAGAGCACAATGGAATAACACT

      LeuGluGlnIleValLysLysLeuArgGluGlnPheGlyAsnAsnLysThrIleValPhe    363
      TTAGAACAGATAGTTAAAAAATTAAGAGAACAGTTTGGGAATAATAAAACAATAGTCTTT

      AsnGlnSerSerGlyGlyAspProGluIleValMetHisSerPheAsnCysArgGlyGlu
6868  AATCAATCCTCAGGAGGGGACCCAGAAATTGTAATGCACAGTTTTAATTGTAGAGGGGAA

      PhePheTyrCysAsnThrThrGlnLeuPheAsnAsnThrTrpArgLeuAsnHisThrGlu    403
      TTTTTCTACTGTAATACAACACAACTGTTTAATAATACATGGAGGTTAAATCACACTGAA

      GlyThrLysGlyAsnAspThrIleIleLeuProCysArgIleLysGlnIleIleAsnMet
6988  GGAACTAAAGGAAATGACACAATCATACTCCCATGTAGAATAAAACAAATTATAAACATG

      TrpGlnGluValGlyLysAlaMetTyrAlaProProIleGlyGlyGlnIleSerCysSer    443
      TGGCAGGAAGTAGGAAAAGCAATGTATGCCCCTCCCATTGGAGGACAAATTAGTTGTTCA

      SerAsnIleThrGlyLeuLeuLeuThrArgAspGlyGlyThrAsnValThrAsnAspThr
7108  TCAAATATTACAGGGCTGCTATTAACAAGAGATGGTGGTACAAATGTAACTAATGACACC

      GluValPheArgProGlyGlyGlyAspMetArgAspAsnTrpArgSerGluLeuTyrLys    483
      GAGGTCTTCAGACCTGGAGGAGGAGATATGAGGGACAATTGGAGGAGTGAATTATATAAA
```

**FIG. 5F**

```
        TyrLysValIleLysIleGluProLeuGlyIleAlaProThrLysAlaLysArgArgVal
7228    TATAAAGTAATAAAAATTGAACCATTAGGAATAGCACCCACCAAGGCAAAGAGAAGAGTG

        ValGlnArgGluLysArgAlaValGlyIleValGlyAlaMetPheLeuGlyPheLeuGly     523
        GTGCAGAGAGAAAAAGAGCAGTGGGAATAGTAGGAGCTATGTTCCTTGGGTTCTTGGGA

        AlaAlaGlySerThrMetGlyAlaValSerLeuThrLeuThrValGlnAlaArgGlnLeu
7348    GCAGCAGGAAGCACTATGGGCGCAGTGTCATTGACGCTGACGGTACAGGCCAGACAATTA

        LeuSerGlyIleValGlnGlnGlnAsnAsnLeuLeuArgAlaIleGluAlaGlnGlnHis     563
        TTGTCTGGTATAGTGCAACAGCAGAACAATTTGCTGAGGGCTATTGAGGCGCAACAACAT

        LeuLeuGlnLeuThrValTrpGlyIleLysGlnLeuGlnAlaArgValLeuAlaValGlu
7468    CTGTTGCAACTCACAGTCTGGGGCATCAAGCAGCTCCAGGCAAGAGTCCTGGCTGTGGAA

        ArgTyrLeuArgAspGlnGlnLeuLeuGlyIleTrpGlyCysSerGlyLysLeuIleCys     603
        AGATACCTAAGGGATCAACAGCTCCTAGGGATTTGGGGTTGCTCTGGAAAACTCATTTGC

        ThrThrAlaValProTrpAsnAlaSerTrpSerAsnLysSerLeuGluAspIleTrpAsp
7588    ACCACTGCTGTGCCTTGGAATGCTAGTTGGAGTAATAAATCTCTGGAAGACATTTGGGAT

        AsnMetThrTrpMetGlnTrpGluArgGluIleAspAsnTyrThrAsnThrIleTyrThr     643
        AACATGACCTGGATGCAGTGGGAAAGAGAAATTGACAATTACACAAACACAATATACACA

        LeuLeuGluGluSerGlnAsnGlnGlnGluLysAsnGluGlnGluLeuLeuGluLeuAsp
7708    TTACTTGAAGAATCGCAGAACCAACAAGAAAAGAATGAACAAGAATTATTAGAATTGGAT

        LysTrpAlaSerLeuTrpAsnTrpPheSerIleThrAsnTrpLeuTrpTyrIleLysIle     683
        AAGTGGGCAAGTTTGTGGAATTGGTTTAGCATAACAAACTGGCTGTGGTATATAAAGATA

        PheIleMetIleValGlyGlyLeuValGlyLeuArgIleValPheAlaValLeuSerIle     E
7828    TTCATAATGATAGTAGGAGGCTTGGTAGGTTTAAGAATAGTTTTTGCTGTCTTTCTATA

        ValAsnArgValArgGlnGlyTyrSerProLeuSerPheGlnThrArgLeuProValPro     723
        GTGAATAGAGTTAGGCAGGGATACTCACCATTGTCATTTCAGACCCGCCTCCCAGTCCCG     N

        ArgGlyProAspArgProAspGlyIleGluGluGluGlyGlyGluArgAspArgAspArg
7948    AGGGGACCCGACAGGCCCGACGGAATCGAAGAAGAAGGTGGAGAGAGAGACAGAGACAGA

        SerValArgLeuValAspGlyPheLeuAlaLeuIleTrpGluAspLeuArgSerLeuCys     V
        TCCGTTCGATTAGTGGATGGATTCTTAGCACTTATCTGGGAAGATCTGCGGAGCCTGTGC

        LeuPheSerTyrArgArgLeuArgAspLeuLeuLeuIleAlaAlaArgThrValGluIle
8068    CTCTTCAGCTACCGCCGCTTGAGAGACTTACTCTTGATTGCAGCGAGGACTGTGGAAATT

        LeuGlyHisArgGlyTrpGluAlaLeuLysTyrTrpTrpSerLeuLeuGlnTyrTrpIle     803
        CTGGGGCACAGGGGGTGGGAAGCCCTCAAATATTGGTGGAGTCTCCTGCAGTATTGGATT

        GlnGluLeuLysAsnSerAlaValSerTrpLeuAsnAlaThrAlaIleAlaValThrGlu
8188    CAGGAACTAAAGAATAGTGCTGTTAGCTGGCTCAACGCCACAGCTATAGCAGTAACTGAG

        GlyThrAspArgValIleGluValAlaGlnArgAlaTyrArgAlaIleLeuHisIleHis     843
        GGGACAGATAGGGTTATAGAAGTAGCACAAAGAGCTTATAGAGCTATTCTCCACATACAT

        ArgArgIleArgGlnGlyLeuGluArgLeuLeuOC
8308    AGAAGAAATTAGACAGGGCTTGGAAAGGCTTTTGCTATAAGATGGGTGGCAAGTGGTCAAA

        ACGTAGTATGGGTGGATGGTCTGCTATAAGGGAAAGAATGAGACGAGCTGAGCCACGAGC
```

**FIG. 5G**

```
8428  TGAGCCAGCAGCAGATGGGGTGGGAGCAGTATCTCGAGACCTGGAAAAACATGGAGCAAT
      CACAAGTAGCAATACAGCAGCTACTAATGCTGATTGTGCCTGGCTAGAAGCACAAGAGGA
8548  GGAAGAGGTGGGTTTTCCAGTCAGACCTCAGGTACCTTTAAGACCAATGACTTACAAGGC
                                                U3 ──▶
      AGCTTTAGATATTAGCCACTTTTTAAAAGAAAAGGGGGGA CTGGAAGGGCTAATTTGGT      L
8667  CCCAAAGAAGACAAGAGATCCTTGATCTGTGGATCTACCACACACAAGGCTACTTCCCTG
      ATTGGCAGAATTACACACCAGGGCCAGGGATCAGATATCCACTGACCTTTGGATGGTGCT      T
8787  TCAAGCTAGTACCAGTTGAGCCAGAGAAGGTAGAAGAGGCCAATGAAGGAGAGAACAACA
      GCTTGTTACACCCTATGAGCCTGCATGGGATGGAGGACGCGGAGAAAGAAGTGTTAGTGT      R
8907  GGAGGTTTGACAGCAAACTAGCATTTCATCACATGGCCCGAGAGCTGCATCCGGAGTACT
      ACAAAGACTGCTGACATCGAGCTTTCTACAAGGGACTTTCCGCTGGGGACTTTCCAGGGA
9027  GGCGTGGCCTGGGCGGGACTGGGGAGTGGCGTCCCTCAGATGCTGCATATAAGCAGCTGC
                    ◀── U3 R ──▶
      TTTTTGCCTGTACTG GGTCTCTCTGGTTAGACCAGATCTGAGCCTGGGAGCTCTCTGGC
                                                    ◀─ R U5 ──▶
9146  TAACTAGGGGAACCCACTGCTTAAGCCTCAATAAAGCTTGCCTTGAGTGCTTCA AGTAGT
      GTGTGCCCGTCTGTTGTGTGACTCTGGTAACTAGAGATCCCTCAGACCCTTTTAGTCAGT
                              ◀── U5
9265  GTGGAAAAATCTCTAGCAG
```

**FIG. 5H**



FIG. 6

NVD000030

## FIG. 7





```
                                                                        *
                                                                  MetIleVal
                                                                  ATGATCGTA
        ┌──────────────────────────┐
        │      ptac 5 promotor      │
        └──────────────────────────┘
      GlnAsnLeuGlnGlyGlnMetValHisGlnAlaIleSerProArgThrLeuAsnAlaTrp
748   CAGAATCTGCAGGGGCAAATGGTACATCAGGCCATATCACCTAGAACTTTAAATGCATGG

      ValLysValValGluGluLysAlaPheSerProGluValIleProMetPheSerAlaLeu
      GTAAAAGTAGTAGAAGAAAAAGGCTTTCAGCCCAGAAGTAATACCCATGTTTTCAGCATTA   181

      SerGluGlyAlaThrProGlnAspLeuAsnThrMetLeuAsnThrValGlyGlyHisGln
868   TCAGAAGGAGCCACCCCACAAGATTTAAACACCATGCTAAACACAGTGGGGGGACATCAA

      AlaAlaMetGlnMetLeuLysGluThrIleAsnGluValAlaAlaGluTrpAspArgVal
      GCAGCCATGCAAATGTTAAAAGAGACTATCAATGAGGAAGCTGCAGAATGGGATAGAGTG   221

      HisProValHisAlaGlyProIleAlaProGlyGlnMetArgGluProArgGlySerAsp
988   CATCCAGTGCATGCAGGGCCTATTGCCACCAGGCCAAATGAGAGAACCAAGGGGAAGTGAC

      IleAlaGlyThrThrSerThrLeuGlnGluGlnIleGlyTrpMetThrAsnAsnProPro
      ATAGCAGGAACTACTAGTACCCTTCAGGAACAAATAGGATGGATGACAAATAATCCACCT   261

      IleProValGlyGluIleTyrLysArgTrpIleIleLeuGlyLeuAsnLysIleValArg
1108  ATCCCAGTAGGAGAAATCTATAAAAGATGGATAATCCTGGGATTAAATAAAATAGTAAGA

      MetTyrSerProThrSerIleLeuAspIleArgGlnGlyProLysGluProPheArgAsp
      ATGTATAGCCCTACCAGCATTCTGGACATAAGACAAGGACCAAAGGAACCCTTTAGAGAT   301

      TyrValAspArgPheTyrLysThrLeuArgAlaGluGlnAlaSerGlnAspValLysAsn
1228  TATGTAGACCGGTTCTATAAAACTCTAAGAGCCGAACAAGCTTCACAGGATGTAAAAAAT

      TrpMetThrGluThrLeuLeuValGlnAsnAlaAsnProAspCysLysThrIleLeuLys
      TGGATGACAGAAACCTTGTTGGTCCAAAATGCAAACCCAGATTGTAAGACTATTTTAAAA   341

      AlaLeuGlyProAlaAlaThrLeuGluGluMetMetThrAlaCysGlnGlyValGlyGly
1348  GCATTGGGACCAGCAGCTACACTAGAAGAAATGATGACAGCATGTCAGGGAGTGGGGGGA

      ProGlyHisLysSerAlaArgValLeu   Stop   Stop   ┌──────────────────────────┐
      CCCGGGCATAAAGCAAGAGTTTTGTGATAG              │      ptac 5             │
                                                 └──────────────────────────┘
```

**FIG. 8**

```
                                                    MetIleVal  141
                            ┌─────────────────────┐ ATGATCGTA
                            │   ptac 5 Promotor    │
                            └─────────────────────┘
     GlnAsnLeuGlnGlyGlnMetValHisGlnAlaIleSerProArgThrLeuAsnAlaTrp
 748 CAGAATCTGCAGGGGCAAATGGTACATCAGGCCATATCACCTAGAACTTTAAATGCATGG

     ValLysValValGluGluLysAlaPheSerProGluValIleProMetPheSerAlaLeu  181
     GTAAAAGTAGTAGAAGAAAAGGCTTTCAGCCCAGAAGTAATACCCATGTTTTCAGCATTA          G

     SerGluGlyAlaThrProGlnAspLeuAsnThrMetLeuAsnThrValGlyGlyHisGln
 868 TCAGAAGGGGAGCCACCCCACAAGATTTAAACACCATGCTAAACACAGTGGGGGGACATCAA

     AlaAlaMetGlnMetLeuLysGluThrIleAsnGluValAlaAlaGluTrpAspArgVal  221
     GCAGCCATGCAAATGTTAAAAGAGACTATCAATGAGGAAGCTGCAGAATGGGATAGAGTG

     HisProValHisAlaGlyProIleAlaProGlyGlnMetArgGluProArgGlySerAsp           A
 988 CATCCAGTGCATGCAGGGCCTATTGCACCAGGCCAAATGAGAGAACCAAGGGGAAGTGAC

     IleAlaGlyThrThrSerThrLeuGlnGluGlnIleGlyTrpMetThrAsnAsnProPro  261
     ATAGCAGGAACTACTAGTACCCTTCAGGAACAAATAGGATGGATGACAAATAATCCACCT

     IleProValGlyGluIleTyrLysArgTrpIleIleLeuGlyLeuAsnLysIleValArg           G
1108 ATCCCAGTAGGAGAAATCTATAAAAAGATGGATAATCCTGGGATTAAATAAAATAGTAAGA

     MetTyrSerProThrSerIleLeuAspIleArgGlnGlyProLysGluProPheArgAsp  301
     ATGTATAGCCCTACCAGCATTCTGGACATAAGACAAGGACCAAAGGAACCCTTTAGAGAT

     TyrValAspArgPheTyrLysThrLeuArgAlaGluGlnAlaSerGlnAspValLysAsn
1228 TATGTAGACCGGTTCTATAAAACTCTAAGAGCCGAACAAGCTTCACAGGATGTAAAAAAT

     TrpMetThrGluThrLeuLeuValGlnAsnAlaAsnProAspCysLysThrIleLeuLys  341
     TGGATGACAGAAACCCTTGTTGGTCCAAAATGCAAACCCAGATTGTAAGACTATTTTAAA

     AlaLeuGlyProAlaAlaThrLeuGluGluMetMetThrAlaCysGlnGlyValGlyGly
1348 GCATTGGGACCAGCAGCTACACTAGAAGAAATGATGACAGCATGTCAGGGAGTGGGGGGA

     ProGlyHisLysAlaArgValLeuAlaGluAlaMetSerGlnValThrAsnProAlaAsn  381
     CCCGGCCATAAAGCAAGAGTTTTGGCTGAAGCCATGAGCCAAGTAACAAATCCAGCTAAC

     IleMetMetGlnArgGlyAsnPheArgAsnGlnArgLysThrValLysCysPheAsnCys
1468 ATAATGATGCAGAGAGGCAATTTTTAGGAACCAAAGAAAGACTGTTAAGTGTTTCAATTGT

     GlyLysGluGlyHisIleAlaLysAsnCysArgAlaProArgLysLysGlyCysTrpArg  421
     GGCAAAGAAGGGCACATAGCCAAAAATTGCAGGGCCCCTAGGAAAAAAGGGCTGTTGGAGA

     CysGlyArgGluGlyHisGlnMetLysAspCysThrGluArgGlnAlaAsnPheLeuGly
                                                              PhePheArgGly
1588 TGTGGAAGGGAAGGACACCAAATGAAAGATTGCACTGAGAGACAGGCTAATTTTTTAGGG

     LysIleTrpProSerTyrLysGlyArgProGlyAsnPheLeuGlnSerArgProGluPro  461
     IuAspLeuAlaPheLeuGlnGlyLysAlaArgGluPheSerSerGluGlnThrArgAla  23
     AAGATCTGGCCTTCCTACAAGGGAAGGCCAGGGAATTTTCTTCAGAGCAGACCAGAGCCA

     ThrAlaProProGlnGluSerPheArgPheGlyGluGluLysThrThrProSerGlnLys
     AsnSerProThrArgArgGluLeuGlnValTrpGlyGluAsnAsnSerLeuSerGluA   
1708 ACAGCCCCACCAGAAGAGAGCTTCAGGTTTGGGGAGGAGAAAACAACTCCCTCTCAGAAG

     GlnGluProIleAspLysGluLeuTyrProLeuThrSerLeuArgSerLeuPheGlyAsn  501
     laGlyAlaAspArgGlnGlyThrValSerPheAsnPheProGlnIleThrLeuTrpGln  63
     CAGGAGCCGATAGACAAGGAACTGTATCCTTTAACTTCCCTCAGATCACTCTTTGGCAAC
```

**FIG. 9A**

```
     AspProSerSerGlnOC
     ArgProLeuValThrIleArgIleGlyGlyGlnLeuLysGluAlaLeuLeuAspThrGlyA
1828 GACCCCTCGTCACAATAAGGATAGGGGGGGCAACTAAAGGAAGCTCTATTAGATACAGGAG

     laAspAspThrValLeuGluGluMetAsnLeuProGlyLysTrpLysProLysMetIle 103
     CAGATGATACAGTATTAGAAGAAATGAATTTGCCAGGAAAATGGAAACCAAAAATGATAG

     GlyGlyIleGlyGlyPheIleLysValArgGlnTyrAspGlnIleProValGluIleCysG
1948 GGGGAATTGGAGGTTTTATCAAAGTAAGACAGTACGATCAGATACCTGTAGAAATCTGTG

     lyHisLysAlaIleGlyThrValLeuValGlyProThrProValAsnIleIleGlyArg 143
     GACATAAAGCTATAGGTACAGTATTAGTAGGACCTACACCTGTCAACATAATTGGAAGAA

     AsnLeuLeuThrGlnIleGlyCysThrLeuAsnPheProIleSerProIleGluThrValP
2068 ATCTGTTGACTCAGATTGGTTGTACTTTAAATTTCCCCATTAGTCCTATTGAAACTGTAC

     roValLysLeuLysProGlyMetAspGlyProLysValLysGlnTrpProLeuThrGlu 183
     CAGTAAAATTAAAGCCAGGAATGGATGGCCCAAAAGTTAAGCAATGGCCATTGACAGAAG

     GluLysIleLysAlaLeuValGluIleCysThrGluMetGluLysGluGlyLysIleSerL
2188 AAAAAATAAAAGCATTAGTAGAGATATGTACAGAAATGGAAAAGGAAGGGAAAATTTCAA

     ysIleGlyProGluAsnProTyrAsnThrProValPheAlaIleLysLysLysAspSer 223
     AAATTGGGCCTGAAAATCCATACAATACTCCAGTATTTGCTATAAAGAAAAAAGACAGTA

     ThrLysTrpArgLysLeuValAspPheArgGluLeuAsnLysArgThrGlnAspPheTrpG
2308 CTAAATGGAGAAAACTAGTAGATTTCAGAGAACTTAATAAAAGAACTCAAGACTTCTGGG

     luValGlnLeuGlyIleProHisProAlaGlyLeuLysLysLysLysSerValThrVal 263
     AAGTTCAGTTAGGAATACCACACCCCGCAGGGTTAAAAAAGAAAAAATCAGTAACAGTAT

     LeuAspValGlyAspAlaTyrPheSerValProLeuAspLysAspPheArgLysTyrThrA
2428 TGGATGTGGGTGATGCATACTTTTCAGTTCCCTTAGATAAAGACTTTAGAAAGTATACTG

     laPheThrIleProSerIleAsnAsnGluThrProGlyIleArgTyrGlnTyrAsnVal 303
     CATTTACCATACCTAGTATAAACAATGAGACACCAGGGATTAGATATCAGTACAATGTGC

     LeuProGlnGlyTrpLysGlySerProAlaIlePheGlnSerSerMetThrLysIleLeuG
2548 TGCCACAGGGATGGAAAGGATCACCAGCAATATTCCAAAGTAGCATGACAAAAATCTTAG

     luProPheArgLysGlnAsnProAspIleValIleTyrGlnTyrMetAspAspLeuTyr 343
     AGCCTTTTAGAAAACAGAATCCAGACATAGTTATCTATCAATACATGGATGATTTGTATG

     ValGlySerAspLeuGluIleGlyGlnHisArgThrLysIleGluGluLeuArgGlnHisL
2668 TAGGATCTGACTTAGAAATAGGGCAGCATAGAACAAAAATAGAGGAACTGAGACAACATC

     euLeuArgTrpGlyPheThrThrProAspLysLysHisGlnLysGluProProPheLeu 383
     TGTTGAGGTGGGGATTTACCACACCAGACAAAAAACATCAGAAAGAACCTCCATTCCTTT

     TrpMetGlyTyrGluLeuHisProAspLysTrpThrValGlnProIleMetLeuProGluL
2788 GGATGGGTTATGAACTCCATCCTGATAAATGGACAGTACAGCCTATAATGCTGCCAGAAA

     ysAspSerTrpThrValAsnAspIleGlnLysLeuValGlyLysLeuAsnTrpAlaSer 423
     AAGACAGCTGGACTGTCAATGACATACAGAAGTTAGTGGGAAAATTGAATTGGGCAAGTC

     GlnIleTyrAlaGlyIleLysValLysGlnLeuCysLysLeuLeuArgGlyThrLysAlaL
2908 AGATTTATGCAGGGATTAAAGTAAAGCAGTTATGTAAACTCCTTAGAGGAACCAAAGCAC

     euThrGluValIleProLeuThrGluGluAlaGluLeuGluLeuAlaGluAsnArgGlu 463
     TAACAGAAGTAATACCACTAACAGAAGAAGCAGAGCTAGAACTGGCAGAAAACAGGGAGA
```

P
O
L

## FIG. 9B

NVD000034

```
      IleLeuLysGluProValHisGluValTyrTyrAspProSerLysAspLeuValAlaGluI
3028  TTCTAAAAGAACCAGTACATGAAGTATATTATGACCCATCAAAAGACTTAGTAGCAGAAA

      leGlnLysGlnGlyGlnGlyGlnTrpThrTyrGlnIleTyrGlnGluProPheLysAsn 503
      TACAGAAGCAGGGGCAAGGCCAATGGACATATCAAATTTATCAAGAGCCATTTAAAAATC

      LeuLysThrGlyLysTyrAlaArgMetArgGlyAlaHisThrAsnAspValLysGlnLeuT
3148  TGAAAACAGGAAAGTATGCAAGGATGAGGGGTGCCCACACTAATGATGTAAAACAGTT

      hrGluAlaValGluLysValSerThrGluSerIleValIleTrpGlyLysIleProLys 543
```

```
[    ptac 5    ]
```

## FIG. 9C

NVD000035

ARV GAG p16 - synthetic Parts A and B

```
5'      arv 234        3'
        MetGlnArgGlyAsnPheArgAsnGlnArgLysThrValLysCysPheAsnCysGlyLys
        TATTATGCAAAGAGGTAACTTCAGGAATCAAAGAAAGACCGTTAAGTGTTTCAACTGTGGTAAG
        ATAATACGTTTCTCCATTGAAGTCCTTAGTTTCTTTCTGGCAATTCACAAAGTTGACACCATTC
3'           ^ arv 235    ^ 5'
    10 mnl1, 23 hinf1,


        GluGlyHisIleAlaLysAsnCysArgAlaProArgLysLysAlaCysTrpArgCysGly
    63  GAAGGTCACATCGCTAAGAACTGTAGAGCTCCAAGAAAGAAGGCTTGTTGGAGATGTGGT
        CTTCCAGTGTAGCGATTCTTGACATCTCGAGGTTCTTTCTTCCGAACAACCTCTACACCA

        76 ddel, 88 ban2 hgiA hgiJ11 sacl sdu1, 89 alul,


        ArgGluGlyHisGlnMetLysAspCysThrGluArgGlnAlaAsnPheLeuGlyLysIle
    123 AGAGAAGGTCACCAAATGAAGGACTGTACCGAAAGACAAGCTAACTTCTTGGGTAAGATC
        TCTCTTCCAGTGGTTTACTTCCTGACATGGCTTTCTGTTCGATTGAAGAACCCATTCTAG
             ^                                       ^
        129 bstE2, 131 hph, 148 rsaI, 161 alul, 178 bgl11 xho2, 179
        sau3a,


        TrpProSerTyrLysGlyArgProGlyAsnPheLeuGlnSerArgProGluProThrAla
    183 TGGCCATCTTACAAGGGTAGACCAGGTAACTTCTTGCAATCCAGACCAGAACCAACCGCT
        ACCGGTAGAATGTTCCCATCTGGTCCATTGAAGAACGTTAGGTCTGGTCTTGGTTGGCGA
              ^^                           ^         ^   ^^
        183 ball cfrl hael, 184 haell1, 199 accl, 204 apyl ecorll sc
        rF1,


        ProProGluGluSerPheArgGlyGluGluLysThrThrProSerGlnLysGlnGlu
    243 CCACCTGAAGAAAGTTTCAGGTTCGGTGAAGAAAAGACCACCCCATCTCAAAAGCAAGAA
        GGTGGACTTCTTTCAAAGTCCAAGCCACTTCTTTTCTGGTGGGGTAGAGTTTTCGTTCTT
                 ^                 ^
        249 mbol1, 267 hph, 270 mbol1,


        ProIleAspLysGluLeuTyrProLeuThrSerLeuArgSerLeuPheGlyAsnAspPro
    303 CCAATCGACAAGGAATTGTACCCATTGACCTCTTTGAGATCCTTGTTCGGTAACGATCCC
        GGTTAGCTGTTCCTTAACATGGGTAACTGGAGAAACTCTAGGAACAAGCCATTGCTAGGG
               ^       ^        ^         ^    ^^      ^
        307 taql, 320 rsal, 331 mnl1, 339 xho2, 340 sau3a, 357 sau3a,
        361 mnl1, 362 aval xhol,


        SerSerGlnOP AM
    363 TCGAGCCAATGATAG
        AGCTCGGTTACTATCAGCT
           ^              ^^
        363 taql, 377 accl hindll sall
```

# FIG. 10

```
                                                              MetSer
              ┌─────────────────────┐                        ATGTCT
              │    PYK Promoter     │
              └─────────────────────┘
       ArgIleAspCysSerAlaThrGluLysLeuTrpValThrValTyrTyrGlyValProVal  51
       AGAATCGAT GTAGTGCTACAGAAAAATTGTGGGTCACAGTTTATTATGGAGTACCTGTG

       TrpLysGluAlaThrThrThrLeuPheCysAlaSerAspAlaArgAlaTyrAspThrGlu
  5908 TGGAAAGAAGCAACTACCACTCTATTTTGTGCATCAGATGCTAGAGCATATGATACAGAG

       ValHisAsnValTrpAlaThrHisAlaCysValProThrAspProAsnProGlnGluVal  91
       GTACATAATGTTTGGGCCACACATGCCTGTGTACCCACAGACCCCAACCCACAAGAAGTA

       ValLeuGlyAsnValThrGluAsnPheAsnMetTrpLysAsnAsnMetValGluGlnMet
  6028 GTATTGGGAAATGTGACAGAAAATTTTAACATGTGGAAAAATAACATGGTAGAACAGATG

       GlnGluAspIleIleSerLeuTrpAspGlnSerLeuLysProCysValLysLeuThrPro  131
       CAGGAGGATATAATCAGTTTATGGGATCAAAGCCTAAAGCCATGTGTAAAATTAACCCCA

       LeuCysValThrLeuAsnCysThrAspLeuGlyLysAlaTheAsnThrAsnSerSerAsn
  6148 CTCTGTGTTACTTTAAATTGCACTGATTTGGGGAAGGCTACTAATACCAATAGTAGTAAT

       TrpLysGluGluLeuLysGlyGluIleLysAsnCysSerPheAsnIleThrThrSerIle  171
       TGGAAAGAAGAAATAAAAGGAGAAATAAAAAACTGCTCTTTCAATATCACCACAAGCATA

       ArgAspLysIleGlnLysGluAsnAlaLeuPheArgAsnLeuAspValValProIleAsp
  6268 AGAGATAAGATTCAGAAAGAAAATGCACTTTTCGTAACCTTGATGTAGTACCAATAGAT

       AsnAlaSerThrThrThrAsnTyrThrAsnTyrArgLeuIleHisCysAsnArgSerVal  211
       AATGCTAGTACTACTACCAACTATACCAACTATAGGTTGATACATTGTAACGATCAGTC

       IleThrGlnAlaCysProLysValSerPheGluProIleProIleHisTyrCysThrPro
  6388 ATTACACAGGCCTGTCCAAAGGTATCATTTGAGCCAATTCCCATACATTATTGTACCCCG

       AlaGlyPheAlaIleLeuLysCysAsnAsnLysThrPheAsnGlyLysGlyProCysThr  251
       GCTGGTTTTGCGATTCTAAAGTGTAATAATAAAACGTTCAATGGGAAAAGGACCATGTACA
```

# FIG. 11A

NVD000037

```
     AsnValSerThrValGlnCysThrHisGlyIleArgProIleValSerThrGlnLeuLeu
6508 AATGTCAGCACAGTACAATGTACACATGGAATTAGGCCAATAGTGTCAACTCAACTGCTG

     LeuAsnGlySerLeuAlaGluGluGluValValIleArgSerAspAsnPheThrArgAsn   291
     TTAAATGGCAGTCTAGCAGAAGAAGAGGTAGTAATTAGATCTGACAATTTCACGAACAAT

     AlaLysThrIleIleValGlnLeuAsnGluSerValAlaIleAsnCysThrArgProAsn
6628 GCTAAAACCATAATAGTACAGCTGAATGAATCTGTAGCAATTAACTGTACAAGACCCAAC

     AsnAsnThrArgLysSerIleTyrIleGlyProGlyArgAlaPheHisThrThrGlyArg   331
     AACAATACAAGAAAAAGTATCTATATAGGACCAGGGAGAGCATTTCATACAACAGGAAGA

     IleIleGlyAspIleArgLysAlaHisCysAsnIleSerArgAlaGlnTrpAsnAsnThr
6748 ATAATAGGAGATATAAGAAAAGCACATTGTAACATTAGTAGAGCACAATGGAATAACACT

     LeuGluGlnIleValLysLysLeuArgGluGlnPheGlyAsnAsnLysThrIleValPhe   371
     TTAGAACAGATAGTTAAAAAATTAAGAGAACAGTTTGGGAATAATAAAACAATAGTCTTT

     AsnGlnSerSerGlyGlyAspProGluIleValMetHisSerPheAsnCysArgGlyGlu
6868 AATCAATCCTCAGGAGGGGACCCAGAAATTGTAATGCACAGTTTTAATTGTAGAGGGGAA

     PhePheTyrCysAsnThrThrGlnLeuPheAsnAsnThrTrpArgLeuAsnHisThrGlu   411   E
     TTTTTCTACTGTAATACAACACAACTGTTTAATAATACATGGAGGTTAAATCACACTGAA

     GlyThrLysGlyAsnAspThrIleIleLeuProCysArgIleLysGlnIleIleAsnMet
6988 GGAACTAAAGGAAATGACACAATCATACTCCCATGTAGAATAAAACAAATTATAAACATG

     TrpGlnGluValGlyLysAlaMetTyrAlaProProIleGlyGlyGlnIleSerCysSer   451   N
     TGGCAGGAAGTAGGAAAAGCAATGTATGCCCCTCCCATTGGAGGACAAATTAGTTGTTCA

     SerAsnIleThrGlyLeuLeuLeuThrArgAspGlyGlyThrAsnValThrAsnAspThr
7108 TCAAATATTACAGGGCTGCTATTAACAAGAGATGGTGGTACAAATGTAACTAATGACACC

     GluValPheArgProGlyGlyGlyAspMetArgAspAsnTrpArgSerGluLeuTyrLys   491   V
     GAGGTCTTCAGACCTGGAGGAGGAGATATGAGGGACAATTGGAGAAGTGAATTATATAAA

     TyrLysValIleLysIleGluProAsnSerValSer
7228 TATAAAGTAATAAAAATTGAACCAAATTCGGTATCTTGA          ┌─────────────┐
                                                    │ PYK Terminator │
                                                    └─────────────┘
```

**FIG. 11B**

NVD000038

```
                                  MetIleAspLysAlaGlnGluGluHisGluLysTyrHisSerAsnTrp
Nucleotide             1 AGGAXAACAG::::ATGAT:GA:AAGGCACAAGAAGAACATGAGAAATATCACAGTAATTGG
positions                TCCXTTGTC::::TACTA:CT:TTCCGTGTTCTTCTTGTACTCTTTATAGTGTCATTAACC
relative to
Figure 5.                32 mboII, 38 nlaIII,

                           ArgAlaMetAlaSerAspPheAsnLeuProProValValAlaLysGluIleValAlaSer
   3820               62 AGAGCCATGGCTAGTGATTTTAACCTGCCACCTGTAGTAGCAAAAGAAATAGTAGCCAGC
                         TCTCGGTACCGATCACTAAAATTGGACGGTGGACATCATCGTTTTCTTTATCATCGGTCG

                         66 ncol, 67 nlaIII, 118 nspBII pvuII, 119 aluI,

                           CysAspLysCysGlnLeuLysGlyGluAlaMetHisGlyGlnValAspCysSerProGly
   3880              122 TGTGATAAATGTCAGCTAAAAGGAGAAGCCATGCATGGACAAGTAGACTGTAGTCCAGGA
                         ACACTATTTACAGTCGATTTTCCTCTTCGGTACGTACCTGTTCATCTGACATCAGGTCCT

                         135 aluI, 151 nlaIII, 152 nsiI ava3, 155 nlaIII, 164 accI,
                         176 apyI bstXI ecorII scrFI,

                           IleTrpGlnLeuAspCysThrHisLeuGlyGlyLysIleIleLeuValAlaValHisVal
   3940              182 ATATGGCAACTAGATTGTACACATCTAGAAGGAAAAATTATCCTGGTAGCAGTTCATGTA
                         TATACCGTTGATCTAACATGTGTAGATCTTCCTTTTTAATAGGACCATCGTCAAGTACAT

                         198 rsaI, 205 xbaI, 223 apyI ecorII scrFI, 236 nlaIII,

                           AlaSerGlyTyrIleGluAlaIleGlyValIleProAlaGluThrGlyGlnGluThrAlaTyr
   4000              242 GCCAGTGGATATATAGAAGCAGAAGTTATTCCAGCAGAGACAGGGCAGGAAAACAGCATAT
                         CGGTCACCTATATATCTTCGTCTTCAATAAGGTCGTCTCTGTCCCGTCCTTTGTCGTATA

                         263 xmnI,

                           PheLeuLeuLysLeuAlaGlyArgTrpProValLysThrIleHisThrAspAsnGlySer
   4060              302 TTTCTCTTAAAATTAGCAGGAAGATGGCCAGTAAAGACAATACATACAGACAATGGCAGC
                         AAAGAGAATTTTAATCGTCCTTCTACCGGTCATTTTTGTTATGTATGTCTGTTACCGTCG

                         321 mboII, 326 balI cfrI hael, 327 haeIII, 357 fnu4hI,

                           AsnPheThrSerThrThrValLysValAlaAlaCysTrpTrpAlaGlyIleLysGlnGluPhe
   4120              362 AATTTCACCAGTACTACGGTTAAGGCCGCCTGTTGGTGGGCAGGGATCAAGCAGGAATTT
                         TTAAAGTGGTCATGATGCCAATTCCGGCGGACAACCACCCGTCCCTAGTTCGTCCTTAAA

                         366 hph, 371 scaI, 372 rsaI, 385 haeIII, 386 fnu4hI nsbII,
                         405 binI, 406 dpnI sau3a,

                           GlyIleProTyrAsnProGlnSerGlnGlyValValGluSerMetAsnAsnGluLeuLys
   4180              422 GGCATTCCCTACAATCCCCAAAGTCAAGGAGTAGTAGAATCTATGAACAATAATGAATTAAAG
                         CCGTAAGGGATGTTAGGGGTTTCAGTTCCTCATCATCTTAGATACTTATTACTTAATTTC

                         423 bsmI, 458 hinfI,

                           LysIleIleGlyGlnValArgAspGlnAlaGluHisLeuLysThrAlaValGlnMetAla
   4240              482 AAAATTATAGGACAGGTAAGAGATCAGGCTGAACACCTTAAGACAGCAGTACAAATGGCA
                         TTTTAATATCCTGTCCATTCTCTAGTCCGACTTGTGGAATTCTGTCGTCATGTTTACCGT

                         503 dpnI sau3a, 518 aflIII, 530 rsaI,

                           ValPheIleHisAsnPheLysArgLysGlyIleGlyGlyTyrSerAlaGlyGluArg
   4300              542 GTATTCATCCACAATTTTAAAAGAAAAAGGGGGGATTGGGGGATACAGTGCAGGGGAAAGA
                         CATAAGTAGGTGTTAAAATTTTCTTTCCCCCCTAACCCCTATGTCACGTCCCCTTTCT

                         547 fokI, 557 ahaIII,
```

**FIG. 12A**

NVD000039

```
                  IleValAspIleIleAlaThrAspIleGlnThrLysGluLeuGlnLysGlnIleThrLys
4360      602  ATAGTAGACATAATAGCAACAGACATACAAACTAAAGAACTACAAAAGCAAATTACAAAA
               TATCATCTGTATTATCGTTGTCTGTATGTTTGATTTCTTGATGTTTTCGTTTAATGTTTT
                                          ^
               605 accl,

                  IleGlnAsnPheArgValTyrTyrArgAspAsnLysAspProLeuTrpLysGlyProAla
4420      662  ATTCAAAATTTTCGGGTTTATTACAGGGACAACAAAGATCCCCTTTGGAAAGGACCAGCA
               TAAGTTTTAAAAGCCCAAATAATGTCCCTGTTGTTCTAGGGGAAACCTTTCCTGGTCGT
                                                        ^^
               697 xho2, 698 dpn1 sau3a, 713 asu1 ava2,

                  LysLeuLeuTrpLysGlyGluGlyAlaValValIleGlnAspAsnSerAspIleLysVal
4480      722  AAGCTTCTCTGGAAAGGTGAAGGGGCAGTAGTAATACAAGATAATAGTGACATAAAAGTA
               TTCGAAGAGACCTTTCCACTTCCCCGTCATCATTATGTTCTATTATCACTGTATTTTCAT
                 ^^
               722 hindlll, 723 alul, 737 hph,

                  ValProArgArgLysAlaLysIleIleArgAspTyrGlyLysGlnMetAlaGlyAspAsp
4540      782  GTGCCAAGAAGAAAAGCAAAAATCATTAGGGATTATGGAAAACAGATGGCAGGTGATGAT
               CACGGTTCTTCTTTTCGTTTTTAGTAATCCCTAATACCTTTTGTCTACCGTCCACTACTA
                                                                      ^
               789 mbo11, 833 hph,

                  CysValAlaSerArgGlnAspGluAspAM
4600      842  TGTGTGGCAAGTAGACAGGATGAGGATTAGTCGCACGGAATTCTTTAGTAAAACACC
               ACACACCGTTCATCTGTCCTACTCCTAATCAGCTGCCTTAAGAAATCATTTTGTGG
                                        ^^        ^^      ^
               852 accl, 859 fokl, 863 mnll, 871 accl hindll sall, 872 taql,
               878 ecorl,
```

## FIG. 12B

NVD000040



FIG. 13



FIG. 14

NVD000042

```
     SOD
     MetAlaThrLysAlaValCysValLeuLysGlyAspGlyProValGlnGlyIleIleAsn
  1  CATGGCGACGAAGGCCGTGTGCGTGCTGAAGGGCGACGGCCCAGTGCAGGGCATCATCAAT
     CGCTGCTTCCGGCACACGCACGACTTCCCGCTGCCGGGTCACGTCCCGTAGTAGTTA

     PheGluGlnLysGluSerAsnGlyProValLysValTrpGlySerIleLysGlyLeuThr
 62  TTCGAGCAGAAGGAAAGTAATGGACCAGTGAAGGTGTGGGGAAGCATTAAAGGACTGACT
     AAGCTCGTCTTCCTTTCATTACCTGGTCACTTCCACACCCCTTCGTAATTTCCTGACTGA

     GluGlyLeuHisGlyPheHisValHisGluPheGlyAspAsnThrAlaGlyCysThrSer
122  GAAGGCCTGCATGGATTCCATGTTCATGAGTTTGGAGATAATACAGCAGGCTGTACCAGT
     CTTCCGGACGTACCTAAGGTACAAGTACTCAAACCTCTATTATGTCGTCCGACATGGTCA

     AlaGlyProHisPheAsnProLeuSerArgLysHisGlyGlyProLysAspGluGluArg
182  GCAGGTCCTCACTTTAATCCTCTATCCAGAAAAACACGGTGGGCCAAAGGATGAAGAGAGG
     CGTCCAGGAGTGAAATTAGGAGATAGGTCTTTTGTGCCACCCGGTTTCCTACTTCTCTCC

     HisValGlyAspLeuGlyAsnValThrAlaAspAspLysAspGlyValAlaAspValSerIle
242  CATGTTGGAGACTTGGGCAATGTGACTGCTGACAAAGATGGTGTGGCCGATGTGTCTATT
     GTACAACCTCTGAACCCGTTACACTGACGACTGTTTCTACCACACCGGCTACACAGATAA

     GluAspSerValIleSerLeuSerGlyAspHisCysIleIleGlyArgThrLeuValVal
302  GAAGATTCTGTGATCTCACTCTCAGGAGACCATTGCATCATTGGCCGCACACTGGTGGTC
     CTTCTAAGACACTAGAGTGAGAGTCCTCTGGTAACGTAGTAACCGGCGTGTGACCACCAG

     HisGluLysAlaAspAspLeuGlyLysGlyValAsnGluValSerThrLysThrGlyAsn
362  CATGAAAAAGCAGATGACTTGGGCAAAGGTGGAAATGAAGAAAGTACAAAGACAGGAAAC
     GTACTTTTTCGTCTACTGAACCCGTTTCCACCTTTACTTCTTTCATGTTTCTGTCCTTTG

                                              ENV 5B
     AlaGlySerArgLeuAlaCysGlyValIleGlyIleAlaMetAlaIleGluAlaGlnGln
422  GCTGGAAGTCGTTTGGCTTGTGGTGTAATTGGGATCGCCATGGCTATTCGAAGCTCAACAA
     CGACCTTCAGCAAACCGAACACCACATTAACCCTAGCGGTACCGATAGCTTCGAGTTGTT

     HisLeuLeuGlnLeuThrValTrpGlyIleLysGlnLeuGlnAlaArgValLeuAlaVal
482  CACTTGCTGCAGTTGACCGTTTGGGGTATCAAGCAGTTGCAGGCTAGAGTTTTGGCTGTT
     GTGAACGACGTCAACTGGCAAACCCCATAGTTCGTCAACGTCCGATCTCAAAACCGACAA

     GluArgTyrLeuArgAspGlnGlnLeuLeuGlyIleTrpGlyCysSerGlyLysLeuIle
542  GAAAGATACTTGAGAGATCAACAATTGTTGGGTATCTGGGGTTGTCTCTGGTAAGTTGATT
     CTTTCTATGAACTCTCTAGTTGTTAACAACCCATAGACCCCAACAAGACCATTCAACTAA

     CysThrThrAlaValProTrpAsnAlaSerTrpSerAsnLysSerLeuGluAspIleTrp
602  TGTACCACCGCTGTTCCCTGGAACGCTTCTTGGTCTAACAAGTCTTTGGAAGACATCTGG
     ACATGGTGGCGACAAGGGACCTTGCGAAGAACCAGATTGTTCAGAAACCTTCTGTAGACC

     AspAsnMetThrTrpMetGlnTrpGluArgGluIleAspAsnTyrThrAsnThrIleTyr
662  GACAACATGACCTGGATGCAATGGGAAAGAGAAATCGACAACTACACCAACACCATCTAC
     CTGTTGTACTGGACCTACGTTACCCTTTCTCTTTAGCTGTTGATGTGGTTGGTAGATG

     ThrLeuLeuGluGluSerGlnAsnGlnGlnGluLysAsnGluGlnGluLeuLeuGluLeu
722  ACCTTGTTGGAAGAATCTCAAAACCAACAAGAAAAGAACGAACAAGAATTGTTGGAATTG
     TGGAACAACCTCCTTAGAGTTTTGGTTGTTCTTTCTTGCTTGTTCTTAACAACCTTAAC

     AspLysTrpAlaSerLeuTrpAsnTrpPheSerIleThrAsnTrpAM
782  GACAAGTGGGCAAGCTTGTGGAACTGGTTCTCTATCACCAACTGGTAG
     CTGTTCACCCGTTCGAACACCTTGACCAAGAGATAGTGGTTGACCATCAGCT

                Translated Mol. Weight = 30414.22
```

# FIG. 15

NVD000043



FIG. 16A



## FIG. 16B

NVD000045



FIG. 17

NVD000046



NVD000047



## FIG. 19



FIG. 20



**FIG. 21**

```
          1
      Met Pro Ile Val Gln Asn Leu Gln Gly Gln Met Val His Gln
    C ATG CCT ATA GTG CAG AAT CTG CAG GGG CAA ATG GTA CAT CAG

                        20
    Ala Ile Ser Pro Arg Thr Leu Asn Ala Trp Val Lys Val Val Glu
    GCC ATA TCA CCT AGA ACT TTA AAT GCT TGG GTA AAA GTA GTA GAA

    30                                      40
    Glu Lys Ala Phe Ser Pro Glu Val Ile Pro Met Phe Ser Ala Leu
    GAA AAG GCT TTC AGC CCA GAA GTA ATA CCC ATG TTT TCA GCA TTA

                            50
    Ser Glu Gly Ala Thr Pro Gln Asp Leu Asn Thr Met Leu Asn Thr
    TCA GAA GGA GCC ACC CCT CAA GAT TTA AAC ACC ATG CTA AAC ACA

    60                                      70
    Val Gly Gly His Gln Ala Ala Met Gln Met Leu Lys Glu Thr Ile
    GTG GGG GGA CAT CAA GCA GCC ATG CAA ATG TTA AAA GAG ACT ATC

                            80
    Asn Glu Glu Ala Ala Glu Trp Asp Arg Val His Pro Val His Ala
    AAT GAG GAG GCT GCC GAA TGG GAT AGA GTG CAT CCA GTG CAT GCA

    90                                      100
    Gly Pro Ile Ala Pro Gly Gln Met Arg Glu Pro Arg Gly Ser Asp
    GGG CCT ATT GCA CCA GGC CAA ATG AGA GAA CCA AGG GGA AGT GAC
```

# FIG. 22A

NVD000051

```
                              110
Ile Ala Gly Thr Thr Ser Thr Leu Gln Glu Gln Ile Gly Trp Met
ATA GCA GGA ACT ACT AGT ACC CTT CAG GAA CAA ATA GGA TGG ATG

120                                          130
Thr Asn Asn Pro Pro Ile Pro Val Gly Glu Ile Tyr Lys Arg Trp
ACA AAT AAT CCA CCT ATC CCA GTA GGA GAA ATC TAT AAA AGA TGG

                              140
Ile Ile Leu Gly Leu Asn Lys Ile Val Arg Met Tyr Ser Pro Thr
ATA ATC CTG GGA TTA AAT AAA ATA GTA AGA ATG TAT AGC CCT ACC

150                                 160
Ser Ile Leu Asp Ile Arg Gln Gly Pro Lys Glu Pro Phe Arg Asp
AGC ATT CTG GAC ATA AGA CAA GGA CCA AAG GAA CCC TTT AGA GAT

                         170
Tyr Val Asp Arg Phe Tyr Lys Thr Leu Arg Ala Glu Gln Ala Ser
TAT GTA GAC CGG TTC TAT AAA ACT CTA AGA GCC GAA CAA GCT TCA

180                                          190
Gln Asp Val Lys Asn Trp Met Thr Glu Thr Leu Leu Val Gln Asn
CAG GAT GTA AAA AAT TGG ATG ACA GAA ACC TTG TTG GTC CAA AAT

                         200
Ala Asn Pro Asp Cys Lys Thr Ile Leu Lys Ala Leu Gly Pro Ala
GCA AAC CCA GAT TGT AAG ACT ATT TTA AAA GCA TTG GGA CCA GCA

210                                          220
Ala Thr Leu Glu Glu Met Met Thr Ala Cys Gln Gly Val Gly Gly
GCT ACA CTA GAA GAA ATG ATG ACA GCA TGT CAG GGA GTG GGG GGA

                         230     232
Pro Gly His Lys Ala Arg Val Leu OP
CCC GGG CAT AAA GCA AGA GTT TTG TGA TAG

Translated Mol. Weight = 25700.75
```

# FIG. 22B

NVD000052



FIG. 23

```
                                                         SOD--►
                                                         MetAlaThrLysAla
                                                         ATGGCTACAAAGGCT
                                                         TACCGATGTTTCCGA

         ValCysValLeuLysGlyAspGlyProValGlnGlyIleIleAsnPheGluGlnLysGlu
   1383  GTTTGTGTTTTGAAGGGTGACGGCCCAGTTCAAGGTATTATTAACTTCGAGCAGAAGGAA
         CAAACACAAAACTTCCCACTGCCGGGTCAAGTTCCATAATAATTGAAGCTCGTCTTCCTT

         SerAsnGlyProValLysValTrpGlySerIleLysGlyLeuThrGluGlyLeuHisGly
   1443  AGTAATGGACCAGTGAAGGTGTGGGGAAGCATTAAAGGACTGACTGAAGGCCTGCATGGA
         TCATTACCTGGTCACTTCCACACCCCTTCGTAATTTCCTGACTGACTTCCGGACGTACCT

         PheHisValHisGluPheGlyAspAsnThrAlaGlyCysThrSerAlaGlyProHisPhe
   1503  TTCCATGTTCATGAGTTTGGAGATAATACAGCAGGCTGTACCAGTGCAGGTCCTCACTTT
         AAGGTACAAGTACTCAAACCTCTATTATGTCGTCCGACATGGTCACGTCCAGGAGTGAAA

         AsnProLeuSerArgLysHisGlyGlyProLysAspGluGluArgHisValGlyAspLeu
   1563  AATCCTCTATCCAGAAAACACGGTGGGCCAAAGGATGAAGAGAGGCATGTTGGAGACTTG
         TTAGGAGATAGGTCTTTTGTGCCACCCGGTTTCCTACTTCTCTCCGTACAACCTCTGAAC

         GlyAsnValThrAlaAspLysAspGlyValAlaAspValSerIleGluAspSerValIle
   1623  GGCAATGTGACTGCTGACAAAGATGGTGTGGCCGATGTGTCTATTGAAGATTCTGTGATC
         CCGTTACACTGACGACTGTTTCTACCACACCGGCTACACAGATAACTTCTAAGACACTAG

         SerLeuSerGlyAspHisCysIleIleGlyArgThrLeuValValHisGluLysAlaAsp
   1683  TCACTCTCAGGAGACCATTGCATCATTGGCCGCACACTGGTGGTCCATGAAAAAGCAGAT
         AGTGAGAGTCCTCTGGTAACGTAGTAACCGGCGTGTGACCACCAGGTACTTTTTCGTCTA

         AspLeuGlyLysGlyGlyAsnGluGluSerThrLysThrGlyAsnAlaGlySerArgLeu
   1743  GACTTGGGCAAAGGTGGAAATGAAGAAAGTACAAAGACAGGAAACGCTGGAAGTCGTTTG
         CTGAACCCGTTTCCACCTTTACTTCTTTCATGTTTCTGTCCTTTGCGACCTTCAGCAAAC

                             linker --►                     p31 --►►
         AlaCysGlyValIleGlyIleAlaGlnAsnSerGlyValGlyAlaMetAlaMetAlaSer
   1803  GCTTGTGGTGTAATTGGGATCGCCCAGAATTCAGGTGTTGGAGCCATGGCTATGGCTAGT
         CGAACACCACATTAACCCTAGCGGGTCTTAAGTCCACAACCTCGGTACCGGTACCGATCA

         AspPheAsnLeuProProValValAlaLysGluIleValAlaSerCysAspLysCysGln
   1863  GATTTTAACCTGCCACCTGTAGTAGCAAAAGAAATAGTAGCCAGCTGTGATAAATGTCAG
         CTAAAATTGGACGGTGGACATCATCGTTTCTTTATCATCGGTCGACACTATTTACAGTC

         LeuLysGlyGluAlaMetHisGlyGlnValAspCysSerProGlyIleTrpGlnLeuAsp
   1923  CTAAAAGGAGAAGCCATGCATGGACAAGTAGACTGTAGTCCAGGAATTTGGCAACTAGAT
         GATTTTCCTCTTCGGTACGTACCTGTTCATCTGACATCAGGTCCTTATACCGTTGATCTA
```

## FIG. 24A

```
     CysThrHisLeuGluGlyLysIleIleLeuValAlaValHisValAlaSerGlyTyrIle
1983 TGTACACATCTAGAAGGAAAAAATTATCCTGGTAGCAGTTCATGTAGCCAGTGGATATATA
     ACATGTGTAGATCTTCCTTTTTAATAGGACCATCGTCAAGTACATCGGTCACCTATATAT

     GluAlaGluValIleProAlaGluThrGlyGlnGluThrAlaTyrPheLeuLeuLysLeu
2043 GAAGCAGAAGTTATTCCAGCAGAGACAGGGCAGGAAACAGCATATTTTCTCTTAAAATTA
     CTTCGTCTTCAATAAGGTCGTCTCTGTCCCGTCCTTTGTCGTATAAAAGAGAATTTTAAT

     AlaGlyArgTrpProValLysThrIleHisThrAspAsnGlySerAsnPheThrSerThr
2103 GCAGGAAGATGGCCAGTAAAAAACAATACATACAGACAATGGCAGCAATTTCACCAGTACT
     CGTCCTTCTACCGGTCATTTTTGTTATGTATGTCTGTTACCGTCGTTAAAGTGGTCATGA

     ThrValLysAlaAlaCysTrpTrpAlaGlyIleLysGlnGluPheGlyIleProTyrAsn
2163 ACGGTTAAGGCCGCCTGTTGGTGGGCAGGGATCAAGCAGGAATTTGGCATTCCCTACAAT
     TGCCAATTCCGGCGGACAACCACCCGTCCCTAGTTCGTCCTTAAACCGTAAGGGATGTTA

     ProGlnSerGlnGlyValValGluSerMetAsnAsnGluLeuLysLysIleIleGlyGln
2223 CCCCAAAGTCAAGGAGTAGTAGAATCTATGAATAATGAATTAAAGAAAATTATAGGACAG
     GGGGTTTCAGTTCCTCATCATCTTAGATACTTATTACTTAATTTCTTTTAATATCCTGTC

     ValArgAspGlnAlaGluHisLeuLysThrAlaValGlnMetAlaValPheIleHisAsn
2283 GTAAGAGATCAGGCTGAACACCTTAAGCAGCAGTACAAATGGCAGTATTCATCCACAAT
     CATTCTCTAGTCCGACTTGTGGAATTCTGTCGTCATGTTTACCGTCATAAGTAGGTGTTA

     PheLysArgLysGlyGlyIleGlyGlyTyrSerAlaGlyGluArgIleValAspIleIle
2343 TTTAAAAGAAAAGGGGGGGATTGGGGGATACAGTGCAGGGGAAAGAATAGTAGACATAATA
     AAATTTTCTTTTCCCCCCTAACCCCTATGTCACGTCCCCTTTCTTATCATCGTATTAT

     AlaThrAspIleGlnThrLysGluLeuGlnLysGlnIleThrLysIleGlnAsnPheArg
2403 GCAACAGACATACAAACTAAAGAACTACAAAAGCAAATTACAAAAAATTCAAAATTTTCGG
     CGTTGTCTGTATGTTTGATTTCTTGATGTTTTCGTTTAATGTTTTTAAGTTTTAAAAGCC

     ValTyrTyrArgAspAsnLysAspProLeuTrpLysGlyProAlaLysLeuLeuTrpLys
2463 GTTTATTACAGGGACAACAAAGATCCCCTTTGGAAAGGACCAGCAAAGCTTCTCTGGAAA
     CAAATAATGTCCCTGTTGTTTCTAGGGGAAACCTTTCCTGGTCGTTTCGAAGAGACCTTT

     GlyGluGlyAlaValValIleGlnAspAsnSerAspIleLysValValProArgArgLys
2523 GGTGAAGGGGCAGTAGTAATACAAGATAATAGTGACATAAAAGTAGTGCCAAGAAGAAAA
     CCACTTCCCCGTCATCATTATGTTCTATTATCACTGTATTTTCATCACGGTTCTTCTTTT

     AlaLysIleIleArgAspTyrGlyLysGlnMetAlaGlyAspAspCysValAlaSerArg
2583 GCAAAAATCATTAGGGATTATGGAAAACAGATGGCAGGTGATGATTGTGTGGCAAGTAGA
     CGTTTTTAGTAATCCCTAATACCTTTTGTCTACCGTCCACTACTAACACACCGTTCATCT

     GlnAspGluAspAM
2643 CAGGATGAGGATTAG
     GTCCTACTCCTAATC
```

FIG. 24B

NVD000055



FIG. 25

Sequence of SOD/env-4

```
SOD -->
    MetAlaThrLysAlaValCysValLeuLysGlyAspGlyProValGlnGlyIleIleAsn
  1 CATGGCGACGAAGGCCGTGTGCGTGCTGAAGGGCGACGGCCCAGTGCAGGGCATCATCAAT
    CGCTGCTTCCGGCACACGCACGACTTCCCGCTGCCGGGTCACGTCCCGTAGTAGTTA

    PheGluGlnLysGluSerAsnGlyProValLysValTrpGlySerIleLysGlyLeuThr
 62 TTCGAGCAGAAGGAAAGTAATGGACCAGTGAAGGTGTGGGGAAGCATTAAAGGACTGACT
    AAGCTCGTCTTCCTTTCATTACCTGGTCACTTCCACACCCCTTCGTAATTTCCTGACTGA

    GluGlyLeuHisGlyPheHisValHisGlyPheGlyAspAsnThrAlaGlyCysThrSer
122 GAAGGCCTGCATGGATTCCATGTTCATGAGTTTGGAGATAATACAGCAGGCTGTACCAGT
    CTTCCGGACGTACCTAAGGTACAAGTACTCAAACCTCTATTATGTCGTCCGACATGGTCA

    AlaGlyProHisPheAsnProLeuSerArgLysHisGlyGlyProLysAspGluGluArg
182 GCAGGTCCTCACTTTAATCCTCTATCCAGAAAACACGGTGGGCCAAAGGATGAAGAGAGG
    CGTCCAGGAGTGAAATTAGGAGATAGGTCTTTTGTGCCACCCGGTTTCCTACTTCTCTCC

    HisValGlyAspLeuGlyAsnValThrAlaAspLysAspGlyValAlaAspValSerIle
242 CATGTTGGAGACTTGGGCAATGTGACTGCTGACAAAGATGGTGTGGCCGATGTGTCTATT
    GTACAACCTCTGAACCCGTTACACTGACGACTGTTTCTACCACACCGGCTACACAGATAA

    GluAspSerValIleSerLeuSerGlyAspHisCysIleIleGlyArgThrLeuValVal
302 GAAGATTCTGTGATCTCACTCTCAGGAGACCATTGCATCATTGGCCGCACACTGGTGGTC
    CTTCTAAGACACTAGAGTGAGAGTCCTCTGGTAACGTAGTAACCGGCGTGTGACCACCAG

    HisGluLysAlaAspAspLeuGlyLysGlyGlyAsnGluGluSerThrLysThrGlyAsn
362 CATGAAAAAGCAGATGACTTGGGCAAAGGTGGAAATGAAGAAAGTACAAAGACAGGAAAC
    GTACTTTTTCGTCTACTGAACCCGTTTCCACCTTTACTTCTTTCATGTTTCTGTCCTTTG

                                      Env4-->
    AlaGlySerArgLeuAlaCysGlyValIleGlnIleAlaMetGluValValIleArgSer
422 GCTGGAAGTCGTTTGGCTTGTGGTGTAATTGGGATCGCCATGGAGGTAGTAATTAGATCT
    CGACCTTCAGCAAACCGAACACCACATTAACCCTAGCGGTACCTCCATCATTAATCTAGA

    AspAsnPheThrAsnAsnAlaLysThrIleIleValGlnLeuAsnGluSerValAlaIle
482 GACAAATTTCACGAACAATGCTAAAACCATAATAGTACAGCTGAATGAATCTGTAGCAATT
    CTGTTAAAGTGCTTGTTACGATTTTGGTATTATCATGTCGACTTACTTAGACATCGTTAA

    AsnCysThrArgProAsnAsnThrArgLysSerIleTyrIleGlyProGlyArgAla
542 AACTGTACAAGACCCAACAACAATACAAGAAAAAGTATCTATATAGGACCAGGGAGAGCA
    TTGACATGTTCTGGGTTGTTGTTATGTTCTTTTTCATAGATATATCCTGGTCCCTCTCGT
```

**FIG. 26A**

NVD000057

```
        PheHisThrThrGlyArgIleIleGlyAspIleArgLysAlaHisCysAsnIleSerArg
602     TTTCATACAACAGGAAGAATAATAGGAGATATAAGAAAAGCACATTGTAACATTAGTAGA
        AAAGTATGTTGTCCTTCTTATTATCCTCTATATTCTTTTCGTGTAACATTGTAATCATCT

        AlaGlnTrpAsnAsnThrLeuGluGlnIleValLysLysLeuArgGluGlnPheGlyAsn
662     GCACAATGGAATAACACTTTAGAACAGATAGTTAAAAAAATTAAGAGAACAGTTTGGGAAT
        CGTGTTACCTTATTGTGAAATCTTGTCTATCAATTTTTTAATTCTCTTGTCAAACCCTTA

        AsnLysThrIleValPheAsnGlnSerSerGlyGlyAspProGluIleValMetHisSer
722     AATAAAACAATAGTCTTTAATCAATCCTCAGGAGGGGACCCCAGAAATTGTAATGCACAGT
        TTATTTTGTTATCAGAAATTAGTTAGGAGTCCTCCCCTGGGTCTTTAACATTACGTGTCA

        PheAsnCysArgGlyGluPhePheTyrCysAsnThrThrGlnLeuPheAsnAsnThrTrp
782     TTTAATTGTAGAGGGGAATTTTTCTACTGTAATACAACACAACTGTTTAATAATACATGG
        AAATTAACATCTCCCCTTAAAAAGATGACATTATTGTTGTTGACAAATTATTATGTACC

        ArgLeuAsnHisThrGluGlyThrLysGlyAsnAspThrIleIleLeuProCysArgIle
842     AGGTTAAATCACACTGAAGGAACTAAAGGAAATGCCAAAATCATACTCCCATGTAGAATA
        TCCAATTTAGTGTGACTTCCTTGATTTCCTTTACTGTGTTAGTATGAGGGTACATCTTAT

        LysGlnIleIleAsnMetTrpGlnGluValGlyLysAlaMetTyrAlaProProIleGly
902     AAACAAATTATAAACATGTGGCAGGAAGTAGGGAAAGCAATGTATGCCCCTCCCATTGGA
        TTTGTTTAATATTTGTACACCGTCCTTCATCCTTTTCGTTACATACGGGGAGGGTAACCT

        GlyGlnIleSerCysSerSerAsnIleThrGlyLeuLeuLeuThrArgAspGlyGlyThr
962     GGACAAATTAGTTGTTCATCAAATATTACAGGGCTGCTATTAACAAGAGATGGTGGTACA
        CCTGTTTAATCAACAAGTAGTTTATAATGTCCCGACGATAATTGTTCTCTACCACCATGT

        AsnValThrAsnAspThrGluValPheArgProGlyGlyGlyAspMetArgAspAsnTrp
1022    AATGTAACTAATGACACCGAGGTCTTCAGACCTGGAGGAGGAGATATGAGGGACAATTGG
        TTACATTGATTACTGTGGCTCCAGAAGTCTGGACCTCCTCCTCTATACTCCCTGTTAACC

        ArgSerGluLeuTyrLysTyrLysValIleLysIleGluProLeuGlyIleAlaProThr
1082    AGAAGTGAATTATATAAATATAAAGTAATAAAAATTGAACCATTAGGAATAGCACCCACC
        TCTTCACTTAATATATTTATATTTCATTATTTTTAACTTGGTAATCCTTATCGTGGGTGG

        LysAlaLysArgArgValValGlnArgGlyLysArgOP OP
1142    AAGGCAAAGAGAAGAGTGGTGCAGAGAGAAAAAAAGATGATGAAGCTTG
        TTCCGTTTCTCTTCTCACCACGTCTCTCTTTTTTCTACTACTTCGAACAGCT
```

# FIG. 26B



**FIG. 27**

NVD000059



FIG. 28

NVD000060



**FIG. 29**

NVD000061



FIG. 30

NVD000062



FIG. 31A

FIG. 31B

NVD000063