IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., and NOVARTIS PHARMA AG,<br><br>    Plaintiffs,<br><br>  v.<br><br>BIOGEN IDEC, INC. and ALEXION PHARMACEUTICALS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 11-84-SLR-MPT<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT OF INVALIDITY**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Alexion Pharmaceuticals, Inc., and Biogen Idec Inc. (collectively "Defendants") respectfully move this Court for summary judgment of invalidity of all claims asserted by Plaintiffs Novartis Vaccines & Diagnostics, Inc. and Novartis Pharma AG in this litigation as follows:

1. Asserted claims 1, 2, 4, 6, 8, 13, 14 and 17 of U.S. Patent No. 5,688,688 are invalid for lack of written description.

2. Asserted claims 1, 2, 4, 6, 8, and 17 of U.S. Patent No. 5,688,688 are invalid as indefinite.

The grounds for summary judgment of invalidity based on lack of written description are set forth in Defendants' Memorandum in Support of Defendants' Motion for Summary Judgment of Invalidity and supporting papers, submitted herewith, and any Reply submissions. The grounds for summary judgment of invalidity based on indefiniteness are set forth in Defendants' Claim

Construction Brief and supporting papers, filed on August 9, 2013, and any Sur-Reply submissions.

                                                Respectfully submitted,

Dated:  August 16, 2013

                                                /s/ Brian E. Farnan
                                                Joseph J. Farnan, III (Bar No. 3945)
                                                Brian E. Farnan (Bar No. 4089)
                                                FARNAN LLP
                                                919 N. Market Street, 12th Floor
                                                Wilmington, DE 19801
                                                Telephone: (302) 777-0300
                                                bfarnan@farnanlaw.com

                                                *Counsel for Alexion Pharmaceuticals, Inc.*

*Of Counsel*:

Gerald J. Flattmann, Jr.
David M. Conca
Anthony Michael
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 E. 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

-1-

By: /s/ Benjamin Schladweiler
    Collins J Seitz Jr. (Bar No. 2237)
    Benjamin Schladweiler (Bar No. 4601)
    SEITZ ROSS ARONSTAM & MORITZ LLP
    100 South West Street
    Wilmington DE 19801
    Tel. (302) 576-1601
    cseitz@seitzross.com

    *Attorney for Defendant Biogen Idec Inc.*

*Of counsel:*

Donald R. Ware
dware@foleyhoag.com
Claire Laporte
claporte@foleyhoag.com
Jeremy A. Younkin
jyounkin@foleyhoag.com
Sarah S. Burg
sburg@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts  02210
Phone:  (617) 832-1000

August 16, 2013