IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC., AND NOVARTIS PHARMA AG,<br><br>*Plaintiffs*,<br><br>v.<br><br>BIOGEN IDEC INC., AND ALEXION PHARMACEUTICALS, INC.,<br><br>*Defendants*. | Civil Action No. 11-84-SLR<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS NOVARTIS VACCINES AND DIAGNOSTICS, INC. AND NOVARTIS PHARMA AG'S JOINT ANSWER TO DEFENDANT BIOGEN IDEC'S COUNTERCLAIMS TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

Plaintiffs Novartis Vaccines and Diagnostics, Inc. ("V&D") and Novartis Pharma AG ("Pharma") (collectively "Plaintiffs") answer the Counterclaims of Defendant Biogen Idec, Inc. ("Biogen") as follows:

**COUNTERCLAIMS**

1. Plaintiffs admit that Biogen seeks declarations that the '688 Patent is invalid and has not been infringed by Biogen.

**NATURE OF THE ACTION**

2. Plaintiffs admit the allegations of paragraph 2.

**THE PARTIES**

3. Upon information and belief, Plaintiffs admit the allegations of paragraph 3.

4. Plaintiffs admit the allegations of paragraph 4.

5. Plaintiffs admit the allegations of paragraph 5.

## JURISDICTIONAL STATEMENT

6. Plaintiffs admit the allegations of paragraph 6.

7. Plaintiffs admit the allegations of paragraph 7.

8. Plaintiffs admit allegations of paragraph 8.

9. Plaintiffs admit the allegations of paragraph 9.

10. Plaintiffs admit the allegations of paragraph 10.

11. Plaintiffs admit the allegations of paragraph 11.

## FIRST COUNT

### (Declaration of Non-infringement of the '688 Patent)

12. Plaintiffs admit that defendant Biogen purports to incorporate by reference Paragraphs 1 through 11 of its Counterclaim. Plaintiffs incorporate by reference Paragraphs 1 through 11 of its answers to Biogen's Counterclaims.

13. Plaintiffs admit the allegations of paragraph 13.

14. Plaintiffs admit the allegations of paragraph 14.

15. Plaintiffs deny the allegations of paragraph 15.

## SECOND COUNT

### (Declaration of Invalidity of the '688 Patent)

16. Plaintiffs admit that defendant Biogen purports to incorporate by reference Paragraphs 1 through 15 of its Counterclaim. Plaintiffs incorporate by reference Paragraphs 1 through 15 of its answers to Biogen's Counterclaims.

17. Plaintiffs admit the allegations of paragraph 17.

18. Plaintiffs deny the allegations of paragraph 18.

## AFFIRMATIVE DEFENSE TO COUNTERCLAIMS

Plaintiffs assert the following affirmative defense: Biogen's counterclaims fail to state claims upon which relief can be granted.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request the Court to enter a judgment:

A. dismissing Biogen's counterclaims in their entirety with prejudice, and

B. granting any such additional relief the Court deems just and proper.

Dated: August 29, 2013

  /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

George A. Riley (pro hac vice)
O'Melveny & Myers LLP
Two Embarcadero Center
San Francisco, CA 94111
(415) 984-8700
griley@OMM.com

John C. Kappos (pro hac vice)
Bo K. Moon (pro hac vice)
O'Melveny & Myers LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
(949) 823-6954
jkappos@OMM.com
bmoon@OMM.com

*Attorneys for Plaintiff,*
NOVARTIS VACCINES AND DIAGNOSTICS, INC.

  /s/ Andrew C. Mayo
Steven J. Balick (#2114)
Tiffany Geyer Lydon (#3950)
Andrew C. Mayo (#5207)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

Thomas P. Steindler
Charles J. Hawkins
Raymond M. Gabriel
MCDERMOTT, WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC 20001
(202) 756-8000
tsteindler@mwe.com
chawkins@mwe.com
rgabriel@mwe.com

*Attorneys for Plaintiff,*
NOVARTIS PHARMA AG