IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC., AND NOVARTIS PHARMA AG, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 11-084-SLR-MPT |
| v. | ) ) ) | REDACTED |
| MEDIMMUNE, LLC, BIOGEN IDEC, INC., AND ALEXION PHARMACEUTICALS, INC., | ) ) ) | PUBLIC VERSION |
| Defendants. | ) | |

**DECLARATION OF RAYMOND M. GABRIEL IN SUPPORT OF NOVARTIS PHARMA AG'S OPPOSITION TO BIOGEN IDEC INC.'S MOTION TO DISMISS <u>NOVARTIS PHARMA AG FOR LACK OF SUBJECT MATTER JURISDICTION</u>**

I, Raymond M. Gabriel, declare as follows:

1. I am an associate with the law firm of McDermott Will & Emery LLP, counsel for Plaintiff Novartis Pharma AG. Unless otherwise stated, I have personal knowledge of the facts set forth herein.

2. Attached hereto, as **Exhibit 1**, is a true and correct copy of an Exclusive License Agreement between Novartis Vaccines and Diagnostics, Inc., and Novartis Pharma AG, produced as NP00000001-10.

3. Attached hereto, as **Exhibit 2**, is a true and correct copy of Novartis Pharma AG's First Supplemental Response to Defendants' Joint Interrogatory No. 15 dated December 7, 2012.

4. Attached hereto, as **Exhibit 3**, is a true and correct copy of Novartis Pharma AG's Third Supplemental Responses and Objections to Defendants' Third Set of Joint Interrogatories (Nos. 10-13) dated March 12, 2013.

{00780684;v1 }

- 2 -

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on August 29, 2013 at Washington, D.C.

*/s/ Raymond M. Gabriel*

Raymond M. Gabriel

# EXHIBITS 1-3 REDACTED IN THEIR ENTIRETY