IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., and NOVARTIS PHARMA AG,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BIOGEN IDEC, INC. and ALEXION PHARMACEUTICALS, INC.,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 11-84-SLR-MPT<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

**ALEXION'S MOTION FOR SUMMARY
JUDGMENT OF NON-INFRINGEMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Alexion Pharmaceuticals, Inc., ("Alexion") respectfully moves this Court for summary judgment of non-infringement of all claims asserted by Plaintiff Novartis Vaccines & Diagnostics, Inc. in this litigation as follows:

1. The manufacture, sale, use, and offer for sale of Alexion's Soliris® product does not infringe asserted claims 1, 2, 4, 6, 8, 13, 14 and 17 of U.S. Patent No. 5,688,688 ("the '688 patent").

2. Alexion has not induced Lonza to infringe asserted claims 1, 2, 4, 6, 8, and 17 of the '688 patent.

The grounds for summary judgment of non-infringement are set forth in Alexion's Memorandum in Support of Its Opposition to Novartis's Motion For Partial Summary Judgment of Infringement and Motion For Summary Judgment of Non-infringement and supporting papers.

| | |
|---|---|
| Date: September 9, 2013 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ Brian E. Farnan<br>Joseph J. Farnan, III (Bar No. 3945)<br>Brian E. Farnan (Bar No. 4089)<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>Facsimile: (302) 777-0301<br>bfarnan@farnanlaw.com<br><br>Gerald J. Flattmann, Jr. (admitted *pro hac vice*)<br>David M. Conca (admitted *pro hac vice*)<br>Anthony Michael (admitted *pro hac vice*)<br>Paul Hastings LLP<br>Park Avenue Tower<br>75 E. 55th Street<br>New York, NY 10022<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br><br>*Attorneys for Defendant Alexion Pharmaceuticals, Inc.* |