**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| NOVARTIS VACCINES & DIAGNOSTICS, INC., and NOVARTIS PHARMA AG, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 11-84-SLR-MPT |
| BIOGEN IDEC, INC. and ALEXION PHARMACEUTICALS, INC., | ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) ) | |

**BIOGEN IDEC INC.'S CROSS-MOTION FOR
SUMMARY JUDGMENT OF NONINFRINGEMENT OF ALL CLAIMS IN SUIT**

Biogen Idec Inc. ("Biogen Idec") respectfully moves this Court, pursuant to Fed. R. Civ. P. 56, for an order denying Novartis Vaccines and Diagnostics, Inc.'s and Novartis Pharma AG's Motion for Partial Summary Judgment for Infringement of Claim 1 of U.S. Patent No. 5,688,688 by Biogen (D.I. 479) and granting Biogen Idec summary judgment of non-infringement. The grounds for this motion are set forth in Biogen Idec's opening/answering brief and supporting papers.

2

Respectfully submitted,

SEITZ ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

Donald R. Ware
Claire Laporte
Jeremy A. Younkin
Sarah Burg
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000
dware@foleyhoag.com
claporte@foleyhoag.com
jyounkin@foleyhoag.com
sburg@foleyhoag.com

 */s/ Benjamin J. Schladweiler*
Collins J. Seitz, Jr. (Bar No. 2237)
Benjamin J. Schladweiler (Bar No. 4601)
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
cseitz@seitzross.com
bschladweiler@seitzross.com

*Counsel for Defendant Biogen Idec Inc.*

Dated:  September 9, 2013

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Schladweiler, hereby certify that on September 9, 2013, I caused the foregoing *Biogen Idec Inc.'s Cross-Motion for Summary Judgment of all Claims in Suit* to be served via electronic mail upon the following individuals:

Richard K. Herrmann
Mary B. Matterer
Kenneth L. Dorsney
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

*Counsel for Novartis Vaccines and Diagnostics Inc.*

John C. Kappos
Bo K. Moon
Diane K. Pang
Michael L. Myers
Nicholas B. Janda
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
jkappos@omm.com
bmoon@omm.com
dpang@omm.com
mmyers@omm.com
njanda@omm.com

George A. Riley
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
griley@omm.com

Andrew Kumamoto
Don F. Kumamoto
Cora L. Schmid
HELIXIP LLP
303 Twin Dolphin Drive, 6th Floor
Redwood City, CA 94065
akurnamoto@helixip.com
dfkumamoto@helixip.com
cschmid@helixip.com

*Counsel for Novartis Vaccines and Diagnostics Inc.*

2

| | |
|---|---|
| Steven J. Balick<br>Andrew Colin Mayo<br>Tiffany Geyer Lydon<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE  19801<br>sbalick@ashby-geddes.com<br>amayo@ashby-geddes.com<br>tlydon@ashby-geddes.com<br><br>*Counsel for Novartis Pharma AG* | Thomas P. Steindler<br>Charles J. Hawkins<br>Raymond M. Gabriel<br>MCDERMOTT WILL & EMERY LLP<br>The McDermott Building<br>500 North Capitol Street, N.W.<br>Washington, D.C.  20001<br>tsteindler@mwe.com<br>chawkins@mwe.com<br>rgabriel@mwe.com<br><br>Katherine Nicole Clouse, Ph.D.<br>MCDERMOTT WILL & EMERY LLP<br>28 State Street<br>Boston, MA  02109-1175<br>nclouse@mwe.com<br><br>*Counsel for Novartis Pharma AG* |
| Brian E. Farnan<br>FARNAN LLP<br>919 North Market Street<br>12th Floor<br>Wilmington, DE  19801<br>bfarnan@farnanlaw.com<br><br>*Counsel for Alexion Pharmaceuticals, Inc.* | Alyssa D. Klapper<br>Anthony Michael<br>David M. Conca<br>Gerald J. Flattmann, Jr.<br>Petra Scamborova<br>PAUL HASTINGS LLP<br>75 East 55th Street<br>New York, NY  10022<br>alyssaklapper@paulhastings.com<br>anthonymichael@paulhastings.com<br>davidconca@paulhastings.com<br>geraldflattmann@paulhastings.com<br>petrascamborova@paulhastings.com<br><br>*Counsel for Alexion Pharmaceuticals, Inc.* |

 */s/ Benjamin J. Schladweiler*
 Benjamin J. Schladweiler (Bar No. 4601)